IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | NO. 2:07-cv-371-TJW-CE |
| GOOGLE INC., et al. | |

## POLARIS'S DISCLOSURE STATEMENT

Plaintiff Polaris IP, LLC ("Polaris") submits this Disclosure Statement as follows:

I.

Polaris's parent corporation is Plutus IP, LLC. No publicly held corporation owns 10% or more of Polaris's stock.

Dated: August 28, 2007

Respectfully submitted,

**POLARIS IP, LLC**

By: /s/ John J. Edmonds
Danny L. Williams
LEAD ATTORNEY
Texas State Bar No. 21518050
Terry D. Morgan
Texas State Bar No. 14452430
J. Mike Amerson
Texas State Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: mike@wmalaw.com

David M. Pridham
Intellectual Property Navigation Group, LLC
Rhode Island State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 938-7400
Facsimile:  (903) 938-7404
E-mail:  david@ipnav.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
Email: johnedmonds@edmondslegal.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com
Email:  jsh@emafirm.com

Jason W. Cook
Texas Bar No. 24028537
The Law Office of Jason W. Cook
5320 Victor St.
Dallas, Texas 75214
Telephone:  (214) 504-6813
Facsimile:  (469) 327-2777
Email:  jcook@cookip.com

**ATTORNEYS FOR PLAINTIFF
POLARIS IP, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: August 28, 2007                          /s/ John J. Edmonds
                                                    John J. Edmonds