IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**POLARIS IP, LLC,**

v.                                                  Civil Action No. 2:07-cv-371-TJW-CE

**GOOGLE, INC., et al.**                     JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David Pridham, enters his appearance in this matter for Plaintiff Polaris IP, LLC for the purpose of receiving notices and orders from the Court.

DATED this 28th day of August, 2007.

                                                     Respectfully submitted,

                                                     By: \s\ David Pridham
                                                          David Pridham
                                                          R.I. State Bar No. 6625
                                                          207C North Washington
                                                          Marshall, Texas 75670
                                                          Telephone:  903-938-7400
                                                          Facsimile:  903-938-7404
                                                          E-mail:  david@ipnav.com

**CERTIFICATE OF SERVICE**

   I certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of August, 2007, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

               \s\ David Pridham