IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**POLARIS IP, LLC,**

v.                                             Civil Action No. 2:07-cv-371-TJW-CE

**GOOGLE, INC., et al.**                   JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, John J. Edmonds, enters his appearance in this matter for Plaintiff Polaris IP, LLC for the purpose of receiving notices and orders from the Court.

DATED this 28th day of August, 2007.

                                            Respectfully submitted,

                                            By: \s\ John J. Edmonds
                                                  John J. Edmonds
                                                  Texas State Bar No. 00789758
                                                  The Edmonds Law Firm, PC
                                                  709 Sabine Street
                                                  Houston, Texas 77007
                                                  Telephone: 713-858-3320
                                                  Facsimile: 832-415-2535
                                                  E-mail: johnedmonds@edmondslegal.com

**CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of August, 2007, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

      \s\ John J. Edmonds