# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**POLARIS IP, LLC,**

v.                                       Civil Action No. 2:07-cv-371-TJW-CE

**GOOGLE, INC., et al.**                JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jason W. Cook, enters his appearance in this matter for Plaintiff Polaris IP, LLC for the purpose of receiving notices and orders from the Court.

DATED this 28th day of August, 2007.

                                                       Respectfully submitted,

                                                       By: \s\ Jason W. Cook
                                                              Jason W. Cook
                                                              Texas State Bar No. 24028537
                                                              **The Law Office of Jason W. Cook**
                                                              5320 Victor St.
                                                              Dallas, Texas 75214
                                                              Telephone: (214) 504-6813
                                                              Facsimile: (469) 327-2777
                                                              Email: jcook@cookip.com

## **CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of August, 2007, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

      \s\ Jason W. Cook