IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>        **Plaintiff,**<br>   v.<br><br>**GOOGLE INC.,**<br><br>        **Defendants.** | **Case No.  2:07cv371-TJW**<br><br>**Jury Demanded** |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Kajeer Yar, enters his appearance in this matter for Plaintiff Polaris IP, LLC for the purpose of receiving notices and orders from the Court.

DATED this 28th day of August, 2007.

Respectfully submitted,

By: \s\ Kajeer Yar
Kajeer Yar
State Bar No. 24025838
2431 East 61st Street, Suite 320
Tulsa, Oklahoma 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
E-mail:  kyar@ipnav.com

**CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of August, 2007, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\ Kajeer Yar