IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-cv-371-TJW-CE |
| | § | |
| v. | § | |
| | § | |
| (1) GOOGLE, INC.; | § | |
| (2) YAHOO! INC.; | § | |
| (3) AMAZON.COM, INC.; | § | |
| (4) A9.COM, INC.; | § | JURY TRIAL DEMANDED |
| (5) BORDERS, INC.; | § | |
| (6) BORDERS GROUP INC.; | § | |
| (7) AOL LLC; | § | |
| (8) AMERICA ONLINE, INC.; | § | |
| (9) IAC/INTERACTIVECORP; and | § | |
| (10) IAC SEARCH AND MEDIA, INC., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT GOOGLE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant Google, Inc. ("Google") files this Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint and would respectfully show the Court as follows:

Google has requested and Plaintiff has agreed to an extension of Google's time to respond to Plaintiff's Original Complaint up to and including October 19, 2007.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
(903) 509-5000
(903) 509-5092 (facsimile)
jainsworth@wilsonlawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 11th day of September, 2007.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Google, Inc. has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth