IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-cv-371-TJW-CE |
| | § | |
| v. | § | |
| | § | |
| (1)  GOOGLE, INC.; | § | |
| (2)  YAHOO! INC.; | § | |
| (3)  AMAZON.COM, INC.; | § | |
| (4)  A9.COM, INC.; | § | JURY TRIAL DEMANDED |
| (5)  BORDERS, INC.; | § | |
| (6)  BORDERS GROUP INC.; | § | |
| (7)  AOL LLC; | § | |
| (8)  AMERICA ONLINE, INC.; | § | |
| (9)  IAC/INTERACTIVECORP; and | § | |
| (10) IAC SEARCH AND MEDIA, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Before the Court is Defendant Google, Inc.'s ("Google") Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint. Having considered the matter, the Court GRANTS the motion and extends the date for Google to serve a response to Plaintiff's Original Complaint up to and including October 19, 2007.

SIGNED this 14th day of September, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE