UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>(1) GOOGLE, INC.;<br>(2) YAHOO! INC.;<br>(3) AMAZON.COM, INC.;<br>(4) A9.COM, INC.;<br>(5) BORDERS, INC.;<br>(6) BORDERS GROUP INC.;<br>(7) AOL LLC;<br>(8) AMERICA ONLINE, INC.;<br>(9) IAC/INTERACTIVECORP; and<br>(10) IAC SEARCH AND MEDIA, INC.,<br><br>               Defendants. | Civil Action No. 2-07-CV-371-TJW-CE<br><br>JURY DEMANDED |

**DEFENDANTS AOL LLC AND AMERICA ONLINE, INC.'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
ORIGINAL COMPLAINT**

      Defendants AOL LLC and America Online, Inc. file this Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint and would respectfully show the Court as follows:

      AOL LLC and America Online, Inc. have requested and Plaintiff has agreed to a thirty-day extension of AOL LLC's and America Online, Inc.'s time to respond to Plaintiff's Original Complaint.

      A proposed Order granting this agreed motion is attached for the Court's convenience.

Dated: September 17, 2007　　　　　　　　Respectfully submitted,

By: ____/s/ Victoria F. Maroulis____

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: (415) 875.6700
charlesverhoeven@quinnemanuel.com

VICTORIA F. MAROULIS
Cal. Bar No. 202603 (admitted in E.D. Tex.)
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
victoriamaroulis@quinnemanuel.com

Attorneys for Defendant
AOL, LLC and America Online, Inc.

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with John Edmonds, counsel for Plaintiff Polaris IP, LLC, and that Mr. Edmonds has agreed to the relief sought in this motion.

/s/ Kevin A. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 17, 2007. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Kevin A. Smith