UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>(1) GOOGLE, INC.;<br>(2) YAHOO! INC.;<br>(3) AMAZON.COM, INC.;<br>(4) A9.COM, INC.;<br>(5) BORDERS, INC.;<br>(6) BORDERS GROUP INC.;<br>(7) AOL LLC;<br>(8) AMERICA ONLINE, INC.;<br>(9) IAC/INTERACTIVECORP; and<br>(10) IAC SEARCH AND MEDIA, INC.,<br><br>           Defendants. | Civil Action No. 2:07-CV-371-TJW-CE<br><br>JURY DEMANDED |

**ORDER GRANTING AOL LLC AND AMERICA ONLINE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Before the Court is Defendant AOL LLC and America Online, Inc's (collectively "AOL") Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint. Having considered the matter, the Court GRANTS the motion and extends the date for AOL to serve a response to Plaintiff's Original Complaint by thirty days.