IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; | § | JURY DEMANDED |
| 2. YAHOO! INC.; | § | |
| 3. AMAZON.COM, INC.; | § | |
| 4. A9.COM, INC.; | § | |
| 5. BORDERS, INC.; | § | |
| 6. BORDERS GROUP INC.; | § | |
| 7. AOL LLC; | § | |
| 8. AMERICA ONLINE, INC.; | § | |
| 9. IAC/INTERACTIVECORP; and | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Original Complaint until and through October 19, 2007. Such motion is GRANTED.

It is therefore ORDERED that Defendant YAHOO! INC. has until and through October 19, 2007 to answer, move, or otherwise respond to Plaintiff's Original Complaint.

{A07\7854\0003\W0339463.1 }