# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, | |
|     Plaintiff, | Civil Action No.  2:07-cv-371-TJW-CE |
| v. | |
| (1)    GOOGLE INC.; | JURY TRIAL DEMANDED |
| (2)    YAHOO! INC.; | |
| (3)    AMAZON.COM, INC.; | |
| (4)    A9.COM, INC.; | |
| (5)    BORDERS, INC.; | |
| (6)    BORDERS GROUP INC.; | |
| (7)    AOL LLC; | |
| (8)    AMERICA ONLINE, INC.; | |
| (9)    IAC/INTERACTIVECORP; and | |
| (10)  IAC SEARCH AND MEDIA, INC. | |
|     Defendants. | |

## DEFENDANTS AMAZON.COM, INC., A9.COM, INC., BORDERS, INC. AND BORDERS GROUP, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF POLARIS IP, LLC'S ORIGINAL COMPLAINT

Defendants Amazon.com, Inc., A9.com, Inc., Borders, Inc., and Borders Group, Inc. without waiving any defenses or any matters that may be presented under Federal Rule of Civil Procedure 12 or any other rule, file this Unopposed Motion to Extend Time to Respond to Plaintiff Polaris IP, LLC's Original Complaint and would respectfully show the Court as follows:

Defendants Amazon.com, A9.com, Borders and Borders Group have requested and Polaris IP has agreed to an extension of these defendants' time to respond in any manner including answer, motion or any other pleading to Plaintiff's Original Complaint up to and including October 18, 2007.

A proposed Order granting this unopposed motion is attached for the Court's

convenience.

Dated:  October 1, 2007                           Respectfully submitted,

                                                        */s/Tyler Baker*
                                                        Tyler Baker (Texas Bar No. 01595600)
                                                        **FENWICK & WEST LLP**
                                                        Silicon Valley Center
                                                        801 California Street
                                                        Mountain View, CA  94041
                                                        (650) 955-8500
                                                        (650) 938-5200 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, per Local Rule CV-5(a)(3), this motion was served on all counsel who have consented to electronic service on October 1, 2007.

                                                        */s/Tyler Baker*
                                                        Tyler Baker

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendants Amazon.com, A9.com, Borders, and Borders Group has conferred with Polaris IP's counsel concerning this motion and Polaris IP does not oppose the motion.

                                                        */s/Tyler Baker*
                                                        Tyler Baker