# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, | |
|     Plaintiff, | Civil Action No. 2:07-cv-371-TJW-CE |
| v. | |
| (1)   GOOGLE INC.; | JURY TRIAL DEMANDED |
| (2)   YAHOO! INC.; | |
| (3)   AMAZON.COM, INC.; | |
| (4)   A9.COM, INC.; | |
| (5)   BORDERS, INC.; | |
| (6)   BORDERS GROUP INC.; | |
| (7)   AOL LLC; | |
| (8)   AMERICA ONLINE, INC.; | |
| (9)   IAC/INTERACTIVECORP; and | |
| (10) IAC SEARCH AND MEDIA, INC. | |
|     Defendants. | |

## ORDER GRANTING DEFENDANTS AMAZON.COM, INC., A9.COM, INC., BORDERS, INC. AND BORDERS GROUP, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF POLARIS IP, LLC'S ORIGINAL COMPLAINT

Before the Court is Defendants Amazon.com, A9.com, Inc., Borders, Inc. and Borders Group, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff Polaris IP, LLC's Original Complaint. Having considered the matter, the Court **GRANTS** the motion. It is therefore **ORDERED** that the date for Amazon.com, A9.com, Borders and Borders Group to answer, move, or otherwise respond to the Original Complaint is extended up to and including October 18, 2007.