IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>(1) GOOGLE INC.;<br>(2) YAHOO! INC.;<br>(3) AMAZON.COM, INC.;<br>(4) A9.COM, INC.;<br>(5) BORDERS, INC.;<br>(6) BORDERS GROUP INC.;<br>(7) AOL LLC;<br>(8) AMERICA ONLINE, INC.;<br>(9) IAC/INTERACTIVECORP; and<br>(10) IAC SEARCH AND MEDIA, INC.<br><br>   Defendants. | Civil Action No.  2:07-cv-371-TJW-CE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS AMAZON.COM, INC., A9.COM, INC.,
BORDERS, INC. AND BORDERS GROUP, INC.'S UNOPPOSED MOTION TO
EXTEND TIME TO RESPOND TO PLAINTIFF POLARIS IP, LLC'S ORIGINAL
COMPLAINT**

 Before the Court is Defendants Amazon.com, A9.com, Inc., Borders, Inc. and Borders Group, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff Polaris IP, LLC's Original Complaint.  Having considered the matter, the Court **GRANTS** the motion.  It is therefore **ORDERED** that the date for Amazon.com, A9.com, Borders and Borders Group to answer, move, or otherwise respond to the Original Complaint is extended up to and including October 18, 2007.

 SIGNED this 2nd day of October, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE