# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>(1)  GOOGLE INC.;<br>(2)  YAHOO! INC.;<br>(3)  AMAZON.COM, INC.;<br>(4)  A9.COM, INC.;<br>(5)  BORDERS, INC.;<br>(6)  BORDERS GROUP INC.;<br>(7)  AOL LLC;<br>(8)  AMERICA ONLINE, INC.;<br>(9)  IAC/INTERACTIVECORP; and<br>(10) IAC SEARCH AND MEDIA, INC.,<br><br>                Defendants. | Civil Action No. 2:07-cv-371-TJW-CE |

## DEFENDANTS IAC/INTERACTIVECORP'S AND

## IAC SEARCH AND MEDIA, INC.'S

## <u>RULE 7.1 DISCLOSURE</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants IAC/InterActiveCorp and IAC Search and Media, Inc. (collectively, "IAC") disclose:

1.      IAC has no parent corporation. Liberty Media Corporation and Legg Mason, Inc., publicly held corporations, own, directly or indirectly, 10% or more of IAC's stock.; and

1

  2. Match is a wholly-owned indirect subsidiary of IAC.

Dated: October 18, 2007     Respectfully submitted,

            /s/ Michael A. Jacobs
            Michael A. Jacobs - Lead Attorney
            MORRISON & FOERSTER LLP
            425 Market Street
            San Francisco, California 94105
            Tel: (415) 268-7000
            Fax: (415) 268-7522
            E-mail: mjacobs@mofo.com

OF COUNSEL:

            Otis W. Carroll
            State Bar No. 3895700
            Deborah J. Race
            State Bar No. 16448700
            IRELAND, CARROLL & KELLEY, PC
            6101 South Broadway
            Suite 500
            Tyler, Texas 75703
            Telephone: (903) 561-1600
            Facsimile: (903) 581-1071
            E-mail: fedserv@icklaw.com

            *Attorneys for Defendants*
            *IAC/InterActiveCorp and IAC Search*
            *and Media, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 18th day of October, 2007. Any other counsel of record will be served via facsimile transmission and first-class certified mail, return-receipt requested.

                                      /s/ Michael A. Jacobs
                                       Michael A. Jacobs

sf-2407474