IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>(1) GOOGLE INC.;<br>(2) YAHOO! INC.;<br>(3) AMAZON.COM, INC.;<br>(4) A9.COM, INC.;<br>(5) BORDERS, INC.;<br>(6) BORDERS GROUP INC.;<br>(7) AOL LLC;<br>(8) AMERICA ONLINE, INC.;<br>(9) IAC/INTERACTIVECORP; and<br>(10) IAC SEARCH AND MEDIA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**

This matter came before the Court pursuant to Defendant Yahoo! Inc.'s Motion To Dismiss Or In The Alternative, For More Definite Statement. Based on the briefs, supporting papers, and proceedings herein, and for good cause shown, Defendant's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that:

[Plaintiff Polaris IP, LLC's claims for infringement, inducement, and contributory infringement are dismissed for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).]

2

[Under Fed. R. Civ. P. 12(e), Polaris IP, LLC has \_\_\_\_ days from the date of this ORDER to file and serve an Amended Complaint to provide a more definite statement of the allegations presented in its claims for infringement, inducement, and contributory infringement.]