# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** § § **Plaintiff,** § § **v.** § § **GOOGLE INC., et al.** § § **Defendants.** § § § § | Civil Action No. 2:07-cv-371-TJW-CE **JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT A9.COM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant A9.com, Inc. ("A9.com") states that its parent corporation is Amazon.com, Inc., and that no other publicly held company owns 10% or more of A9.com's stock.

Dated: October 22, 2007                                   Respectfully submitted,

                                                       */s/ Blake C. Erskine*
                                                       BLAKE C. ERSKINE
                                                       Attorney to be noticed
                                                       State Bar No. 06649000
                                                       ERSKINE & MCMAHON, L.L.P.
                                                       Post Office Box 3485
                                                       Longview, Texas 75606-3485
                                                       Tel: (903) 757-8435
                                                       Fax: (903) 757-9429
                                                       E-Mail: BlakeE@erskine-mcmahon.com

-1-

Of counsel:

LYNN H. PASAHOW
Lead Attorney
J. DAVID HADDEN
DARREN E. DONNELLY
SAINA S. SHAMILOV
C. J. ALICE CHUANG
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Tel:  (650) 988-8500
Fax: (650) 938-5200
E-mail:  dhadden@fenwick.com

                                                Attorneys for Defendant
                                                A9.COM, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 22nd day of October, 2007.

                                        Respectfully submitted,

                                        */s/Blake C. Erskine*
                                        Blake C. Erskine, Bar No. 06649000

                                        ERSKINE & MCMAHON, LLP
                                        Post Office Box 3485
                                        Longview, Texas 75606-3485
                                        Tel:  (903) 757-8435
                                        Fax: (903) 757-9429
                                        E-mail:   BlakeE@erskine-mcmahon.com

                                        ATTORNEYS FOR DEFENDANT
                                        A9.COM, INC.