# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 2:07-cv-371-TJW-CE** |
| § | |
| **GOOGLE INC., et al.** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendants.** § | |
| § | |
| § | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM, INC

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Amazon.com, Inc. ("Amazon.com") states that it has no parent corporations, and that Legg Mason Inc. and its affiliated funds own 10% or more of Amazon.com's stock.

Dated: October 22, 2007                                    Respectfully submitted,

                                                                             */s/ Blake C. Erskine*
BLAKE C. ERSKINE
Attorney to be noticed
State Bar No. 06649000
ERSKINE & MCMAHON, L.L.P.
Post Office Box 3485
Longview, Texas 75606-3485
Tel: (903) 757-8435
Fax: (903) 757-9429
E-Mail: BlakeE@erskine-mcmahon.com

Of counsel:

LYNN H. PASAHOW
Lead Attorney
J. DAVID HADDEN
DARREN E. DONNELLY
SAINA S. SHAMILOV
C. J. ALICE CHUANG
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Tel:  (650) 988-8500
Fax: (650) 938-5200
E-mail:  dhadden@fenwick.com

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 22nd day of October, 2007.

    Respectfully submitted,

    */s/Blake C. Erskine*
    Blake C. Erskine, Bar No. 06649000

    ERSKINE & MCMAHON, LLP
    Post Office Box 3485
    Longview, Texas 75606-3485
    Tel: (903) 757-8435
    Fax: (903) 757-9429
    E-mail: BlakeE@erskine-mcmahon.com

    ATTORNEYS FOR DEFENDANT
    AMAZON.COM, INC.