# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **POLARIS IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  2:07-cv-371-TJW-CE |
| | § | |
| **GOOGLE INC., et al.** | § | <u>**JURY TRIAL DEMANDED**</u> |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## <u>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT BORDERS, INC.</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Borders, Inc. ("Borders")

states that its parent corporation is Borders Group, Inc., and that no other publicly held company

owns 10% or more of Borders' stock.

Dated: October 22, 2007                    Respectfully submitted,


                                        */s/ Blake C. Erskine*
                                        BLAKE C. ERSKINE
                                        Attorney to be noticed
                                        State Bar No. 06649000
                                        ERSKINE & MCMAHON, L.L.P.
                                        Post Office Box 3485
                                        Longview, Texas  75606-3485
                                        Tel:  (903) 757-8435
                                        Fax: (903) 757-9429
                                        E-Mail:  BlakeE@erskine-mcmahon.com

Dockets.Justia.com

Of counsel:

LYNN H. PASAHOW
Lead Attorney
J. DAVID HADDEN
DARREN E. DONNELLY
SAINA S. SHAMILOV
C. J. ALICE CHUANG
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Tel:  (650) 988-8500
Fax: (650) 938-5200
E-mail:  dhadden@fenwick.com

ATTORNEYS FOR DEFENDANT
BORDERS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 22nd day of October, 2007.

Respectfully submitted,


*/s/Blake C. Erskine*
Blake C. Erskine, Bar No. 06649000

ERSKINE & MCMAHON, LLP
Post Office Box 3485
Longview, Texas 75606-3485
Tel:  (903) 757-8435
Fax: (903) 757-9429
E-mail:   BlakeE@erskine-mcmahon.com


ATTORNEYS FOR DEFENDANT
BORDERS, INC.