## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-TJW-CE |
| § | |
| **GOOGLE INC., et al.** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendants.** § | |
| § | |
| § | |

## **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT BORDERS GROUP, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Borders Group, Inc. ("Borders Group") states that it has no parent corporation, and that no publicly held company owns 10% or more of Borders Group's stock.

Dated: October 22, 2007                    Respectfully submitted,


          */s/ Blake C. Erskine*
BLAKE C. ERSKINE
Attorney to be noticed
State Bar No. 06649000
ERSKINE & MCMAHON, L.L.P.
Post Office Box 3485
Longview, Texas 75606-3485
Tel: (903) 757-8435
Fax: (903) 757-9429
E-Mail: BlakeE@erskine-mcmahon.com

Of counsel:

LYNN H. PASAHOW
Lead Attorney
J. DAVID HADDEN
DARREN E. DONNELLY
SAINA S. SHAMILOV
C. J. ALICE CHUANG
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Tel: (650) 988-8500
Fax: (650) 938-5200
E-mail: dhadden@fenwick.com

ATTORNEYS FOR DEFENDANT
BORDERS GROUP, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 22nd day of October, 2007.

        Respectfully submitted,

        */s/Blake C. Erskine*
        Blake C. Erskine, Bar No. 06649000

        ERSKINE & MCMAHON, LLP
        Post Office Box 3485
        Longview, Texas 75606-3485
        Tel:  (903) 757-8435
        Fax: (903) 757-9429
        E-mail:   BlakeE@erskine-mcmahon.com

        ATTORNEYS FOR DEFENDANT
        BORDERS GROUP, INC.