# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, § § Plaintiff, § § vs. § § (1) GOOGLE INC.; § (2) YAHOO! INC.; § (3) AMAZON.COM, INC.; § (4) A9.COM, INC.; § (5) BORDERS, INC.; § (6) BORDERS GROUP INC.; § (7) AOL LLC; § (8) AMERICA ONLINE, INC.; § (9) IAC/INTERACTIVECORP; and § (10) IAC SEARCH AND MEDIA, INC., § § Defendants. § | Civil Action No. 2:07-cv-371-TJW-CE JURY TRIAL DEMANDED |

## DEFENDANTS AMERICA ONLINE, INC. AND AOL LLC'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AOL LLC ("AOL") hereby states that it is a wholly owned subsidiary of AOL Holdings, LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of TW AOL Holdings Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant America Online, Inc. hereby states that it is a wholly owned subsidiary of Time Warner Inc., a publicly held corporation, which itself has no parent corporation.

Dated: October 24, 2007

Respectfully submitted,

By:     /s/ Victoria F. Maroulis

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
KEVIN A. SMITH
N.Y. Bar No. 4318952
kevinsmith@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: (415) 875.6700

VICTORIA F. MAROULIS
Cal. Bar No. 202603 (admitted in E.D. Tex.)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants America Online, Inc. & AOL LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 24, 2007.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                                  /s/ Kevin A. Smith