# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **POLARIS IP, LLC,** | § | |
|                **Plaintiff,** | § | |
| **v.** | § | Civil Action No. 2:07-cv-371-TJW-CE |
| **GOOGLE INC., et al.** | § | **JURY TRIAL DEMANDED** |
|                **Defendants.** | § | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT GOOGLE, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Google Inc. ("Google") states that it has no parent corporations, and no publicly traded company owns 10% or more of its stock.

Dated: November 2, 2007

Respectfully submitted,

**GOOGLE INC.**

Of Counsel:
Tyler A. Baker, Texas State Bar No. 01595600
Darryl M. Woo, California Bar No. 100513
LEAD ATTORNEY
Michael J. Sacksteder, CA Bar No. 191605
Saina S. Shamilov, CA Bar No. 215636
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
tbaker@fenwick.com
dwoo@fenwick.com
msacksteder@fenwick.com
sshamilov@fenwick.com
eball@fenwick.com

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:    (903) 509-5000
Facsimile:    (903) 509-5092
jainsworth@wilsonlawfirm.com

Attorneys for Defendant Google Inc.

-1-

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 2nd day of November, 2007.

                                                            */s/ Jennifer P. Ainsworth*_____
                                                            Jennifer P. Ainsworth