IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | No. 2:07-cv-00371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

**PLAINTIFF'S RESPONSE TO AOL'S MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT, MOTION TO STRIKE AND MOTION TO STAY DISCOVERY**

Plaintiff, Polaris IP, LLC ("Polaris IP"), files this Response in opposition to the Motion to Dismiss, or in the Alternative, for a More Definite Statement, Motion to Strike and Motion to Stay Discovery filed by Defendants America Online, Inc. and AOL LLC (collectively "AOL") (Dkt. No. 40), as follows:

**I.**

AOL's Motion merely requests relief "for the reasons set forth" in Google's Motion which is Dkt. No. 39. Polaris IP's contentions regarding AOL's infringement are set forth at paragraphs 23 and 24 of its Complaint, as follows:

> 23. Upon information and belief, Defendant AOL has been and now is directly, literally and/or, upon information and belief, jointly, equivalently and/or indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '947 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by, among other things, methods and systems implementing various websites (including, but not limited to www.aol.com) that comprise interpreting electronic messages with rule base and case base knowledge engines as covered by one or more claims of the '947 Patent. Defendant AOL is thus liable for infringement of the '947 Patent pursuant to 35 U.S.C. § 271.
>
> 24. Upon information and belief, Defendant America Online has been and now is directly, literally and/or, upon information and belief, jointly, equivalently and/or indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '947 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by, among other things,

1

methods and systems implementing various websites (including, but not limited to www.aol.com) that comprise interpreting electronic messages with rule base and case base knowledge engines as covered by one or more claims of the '947 Patent. Defendant America Online is thus liable for infringement of the '947 Patent pursuant to 35 U.S.C. § 271.

It is clear from Polaris IP's Complaint that its infringement allegations against AOL are made relative to AOL's described systems, namely www.aol.com's use of rule base and case base knowledge engines.

AOL's Motion provides no independent analysis and relies solely upon the grounds set forth in Google's Motion. Accordingly, rather than burden the court with repetitiveness, Polaris IP incorporates herein its Response to Google's Motion.

II.

WHEREFORE, premises considered, Plaintiff Polaris IP, LLC requests that the Court DENY AOL's Motion to Dismiss, or in the Alternative, for a More Definite Statement, Motion to Strike and Motion to Stay Discovery. In the alternative, if the Court deems Polaris IP's Complaint to be deficient in any way, then leave should be granted for Polaris IP to amend the Complaint to address any such issues. Polaris IP also requests such other relief to which it may be entitled.

Date: November 5, 2007.    Respectfully submitted,

POLARIS IP, LLC

By: /s/ John J. Edmonds
Eric M. Albritton - LEAD ATTORNEY
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wma.law.com
mike@wma.law.com

David M. Pridham
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535 (Fax)
johnedmonds@edmondslegal.com

Jason W. Cook
Texas Bar No. 24028537
The Law Office of Jason W. Cook
6282 McCommas Blvd.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469) 327-2777
jcook@cookip.com

Attorneys for Plaintiff
POLARIS IP, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 5, 2007                      /s/ John J. Edmonds
                                                                             John J. Edmonds