IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| VS. | § | Case No. 2:07-CV-371 TJW/CE |
| | § | |
| 1. GOOGLE, INC. | § | |
| 2. YAHOO!, INC. | § | |
| 3. AMAZON.COM, INC. | § | |
| 4. A9.COM, INC. | § | |
| 5. BORDERS, INC. | § | JURY TRIAL DEMANDED |
| 6. BORDERS GROUP, INC. | § | |
| 7. AOL, LLC | § | |
| 8. AMERICA ONLINE, INC. | § | |
| 9. IAC/INTERACTIVECORP | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Defendants IAC/InteractiveCorp and IAC Search and Media, Inc. for purposes of receiving notices and orders from the Court.

DATE: November 7, 2007             Respectfully submitted,

                                   BY: /s/ Otis Carroll
                                   Otis Carroll
                                   State Bar No. 03895700
                                   Ireland, Carroll & Kelley, PC
                                   6101 S. Broadway, Suite 500
                                   Tyler, Texas 75703
                                   Tel: (903) 561-1600
                                   Fax: (903) 581-1071
                                   Email: Fedserv@icklaw.com

                                   ATTORNEYS FOR DEFENDANTS
                                   IAC/INTERACTIVECORP and
                                   IAC SEARCH AND MEDIA, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 7th day of November, 2007.

/s/ Otis Carroll