IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| VS. | § | Case No. 2:07-CV-371 TJW/CE |
| | § | |
| 1. GOOGLE, INC. | § | |
| 2. YAHOO!, INC. | § | |
| 3. AMAZON.COM, INC. | § | |
| 4. A9.COM, INC. | § | |
| 5. BORDERS, INC. | § | JURY TRIAL DEMANDED |
| 6. BORDERS GROUP, INC. | § | |
| 7. AOL, LLC | § | |
| 8. AMERICA ONLINE, INC. | § | |
| 9. IAC/INTERACTIVECORP | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Collin Maloney, enters his appearance in this matter for Defendants IAC/InteractiveCorp and IAC Search and Media, Inc. for purposes of receiving notices and orders from the Court.

DATE: November 7, 2007              Respectfully submitted,

BY: /s/ Collin Maloney
Collin Maloney
State Bar No. 00794219
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANTS
IAC/INTERACTIVECORP and
IAC SEARCH AND MEDIA, INC.

Case 2:07-cv-00371-TJW-CE    Document 54    Filed 11/07/2007    Page 2 of 2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 7th day of November, 2007.

                    /s/ Collin Maloney