# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**GOOGLE INC., et al.;**<br><br>   Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO COUNTERCLAIMS OF AMAZON.COM, INC.

Plaintiff Polaris IP, LLC ("Polaris") replies to the counterclaims of Defendant Amazon.com, Inc. ("Amazon") by corresponding paragraph number as follows:

### Nature of Counterclaim

1. Admitted that Amazon purports to bring counterclaims against Polaris. Denied as to merits of counterclaims.

### Parties

2. Admitted.

3. Admitted that Amazon is a defendant and counterclaim plaintiff, but Polaris lacks knowledge or information sufficient to form a belief regarding the other matters asserted in this paragraph.

### Jurisdiction

4. Admitted as to jurisdiction over counterclaims. Denied as to merits of counterclaims.

5. Admitted as to jurisdiction over Polaris. Denied as to merits of counterclaims.

6. Admitted that an actual case or controversy exists. Denied as to merits of counterclaims.

### Venue

7. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

### Controversy

8. Admitted.

9. Admitted.

10. Denied.

### First Counterclaim

11. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-10 above.

12. Denied.

13. Denied.

### Second Counterclaim

14. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-13 above.

15. Denied.

16. Denied.

### Third Counterclaim

17. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-16 above.

18. Denied.

19. Polaris lacks knowledge or information sufficient to form a belief regarding the averments asserted in the first sentence of Paragraph 19 and therefore denies same. The averments asserted in the second sentence of Paragraph 19 are denied.

20. Denied.

21. Denied.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Polaris IP, LLC respectfully requests that this Court enter judgment denying and dismissing Amazon's counterclaims, and that the Court enter judgment in favor of Polaris as requested in Polaris's complaint, as amended or supplemented.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **POLARIS IP, LLC** |
| Dated: November 12, 2007 | By: /s/ *Jason W. Cook* |

    Danny L. Williams
    LEAD ATTORNEY
    Texas State Bar No. 21518050
    Terry D. Morgan
    Texas State Bar No. 14452430
    J. Mike Amerson
    Texas State Bar No. 01150025
    **Williams, Morgan & Amerson, P.C.**
    10333 Richmond, Suite 1100
    Houston, Texas 77042
    Telephone: (713) 934-4060
    Facsimile: (713) 934-7011
    E-mail: danny@wmalaw.com
    E-mail: tmorgan@wmalaw.com
    E-mail: mike@wmalaw.com

    David M. Pridham
    **Intellectual Property Navigation Group, LLC**
    Rhode Island State Bar No. 6625
    207 C North Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 938-7400
    Facsimile: (903) 938-7404
    E-mail: david@ipnav.com

    Eric M. Albritton
    Texas State Bar No. 00790215
    **ALBRITTON LAW FIRM**
    P.O. Box 2649
    Longview, Texas 75606

        Telephone:  (903) 757-8449
        Facsimile:  (903) 758-7397
        Email:  ema@emafirm.com
        Email:  jsh@emafirm.com

        John J. Edmonds
        Texas State Bar No. 00789758
        **THE EDMONDS LAW FIRM, PC**
        709 Sabine Street
        Houston, Texas 77007
        Telephone:  (713) 858-3320
        Facsimile: (832) 415-2535
        Email: johnedmonds@edmondslegal.com

        Jason W. Cook
        Texas State Bar No. 24028537
        **The Law Office of Jason W. Cook**
        5320 Victor St.
        Dallas, Texas 75214
        Telephone:  (214) 504-6813
        Facsimile:  (469) 327-2777
        Email:  jcook@cookip.com

        **ATTORNEYS FOR PLAINTIFF**
        **POLARIS IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 12, 2007                    /s/ *Jason W. Cook*_____
                                                  Jason W. Cook