# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GOOGLE INC., et al.;**<br><br>  Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO COUNTERCLAIMS OF A9.COM, INC.

Plaintiff Polaris IP, LLC ("Polaris") replies to the counterclaims of Defendant A9.com, Inc. ("A9") by corresponding paragraph number as follows:

### Nature of Counterclaim

1. Admitted that A9 purports to bring counterclaims against Polaris. Denied as to merits of counterclaims.

### Parties

2. Admitted.

3. Admitted that A9 is a defendant and counterclaim plaintiff, but Polaris lacks knowledge or information sufficient to form a belief regarding the other matters asserted in this paragraph.

### Jurisdiction

4. Admitted as to jurisdiction over counterclaims. Denied as to merits of counterclaims.

5. Admitted as to jurisdiction over Polaris. Denied as to merits of counterclaims.

6. Admitted that an actual case or controversy exists. Denied as to merits of counterclaims.

### Venue

7. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

### Controversy

8. Admitted.

9. Admitted.

10. Denied.

### First Counterclaim

11. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-10 above.

12. Denied.

13. Denied.

### Second Counterclaim

14. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-13 above.

15. Denied.

16. Denied.

### Third Counterclaim

17. Polaris re-alleges and incorporates by reference its replies to Paragraphs 1-16 above.

18. Denied.

19. Polaris lacks knowledge or information sufficient to form a belief regarding the averments asserted in the first sentence of Paragraph 19 and therefore denies same. The averments asserted in the second sentence of Paragraph 19 are denied.

20. Denied.

21. Denied.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Polaris IP, LLC respectfully requests that this Court enter judgment denying and dismissing A9's counterclaims, and that the Court enter judgment in favor of Polaris as requested in Polaris's complaint, as amended or supplemented.

Respectfully submitted,

**POLARIS IP, LLC**

Dated: November 12, 2007

By: /s/ *Jason W. Cook*
Danny L. Williams
LEAD ATTORNEY
Texas State Bar No. 21518050
Terry D. Morgan
Texas State Bar No. 14452430
J. Mike Amerson
Texas State Bar No. 01150025
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: mike@wmalaw.com

David M. Pridham
**Intellectual Property Navigation Group, LLC**
Rhode Island State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail: david@ipnav.com

Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606

Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com
Email: jsh@emafirm.com

John J. Edmonds
Texas State Bar No. 00789758
**THE EDMONDS LAW FIRM, PC**
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
Email: johnedmonds@edmondslegal.com

Jason W. Cook
Texas State Bar No. 24028537
**The Law Office of Jason W. Cook**
5320 Victor St.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469) 327-2777
Email: jcook@cookip.com

**ATTORNEYS FOR PLAINTIFF
POLARIS IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 12, 2007                    /s/ *Jason W. Cook*_____
                                            Jason W. Cook