IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | No. 2:07-cv-00371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Polaris IP, L.L.C., and defendants Amazon.com, Inc., A9.com, Inc, Borders, Inc. and Borders Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated November 16, 2007, with each party to bear its own costs, expenses and attorneys fees.

Date:  November 23, 2007.                                          Respectfully submitted,

AMAZON.COM, INC. A9.COM, INC.                    POLARIS IP, LLC
BORDERS, INC. and BORDERS GROUP, INC.

By:  /s/ Blake C. Erskine                                          By:  /s/ John J. Edmonds
BLAKE C. ERSKINE                                                   David M. Pridham
State Bar No. 06649000                                             R.I. Bar No. 6625
ERSKINE & MCMAHON, L.L.P.                                          I.P. Navigation Group, LLC
Post Office Box 3485                                               207 C North Washington Avenue
Longview, Texas 75606-3485                                         Marshall, Texas 75670
Tel: (903) 757-8435                                                Telephone: (903) 938-7400
Fax: (903) 757-9429                                                Facsimile: (903) 938-7404

LYNN H. PASAHOW                                                    John J. Edmonds
J. DAVID HADDEN                                                    Texas Bar No. 00789758
DARREN E. DONNELLY                                                 THE EDMONDS LAW FIRM, PC
SAINA S. SHAMILOV                                                  709 Sabine Street
FENWICK & WEST LLP                                                 Houston, Texas 77007
801 California Street                                              Telephone: (713) 858-3320
Mountain View, CA 94041-2008                                       Facsimile: (832) 415-2535
Tel: (650) 988-8500
Fax: (650) 938-5200

**CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

| | |
|---|---|
| Dated:  November 23, 2007 | /s/ John J. Edmonds |
| | John J. Edmonds |