IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| POLARIS IP, LLC | |
|---|---|
| v. | No. 2:07-cv-00371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Polaris IP, L.L.C., and defendants, Amazon.com, Inc., A9.com, Inc, Borders, Inc. and Borders Group, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Polaris IP, LLC, and defendants, Amazon.com, Inc., A9.com, Inc, Borders, Inc. and Borders Group, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated November 16, 2007.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

1