IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al.; <br><br> Defendants. | Civil Action No. 2:07-cv-371-TJW-CE <br><br><br><br> JURY TRIAL DEMANDED |

## AGREED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, Polaris IP, LLC ("Polaris"), moves this court for an order permitting the withdrawal of Jason W. Cook from representation in this action. Polaris's other counsel remain of record. The Defendants do not oppose this motion.

Wherefore, premises considered, Polaris moves the court for an order discharging Jason W. Cook as its attorney of record in this action, and granting such other relief as the court may deem proper.

Respectfully submitted,

**POLARIS IP, LLC**

Dated: January 22, 2008

By: /s/ *Jason W. Cook*
Danny L. Williams
LEAD ATTORNEY
Texas State Bar No. 21518050
Terry D. Morgan
Texas State Bar No. 14452430
J. Mike Amerson
Texas State Bar No. 01150025
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011

E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: mike@wmalaw.com

David M. Pridham
Rhode Island State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail: david@ipnav.com

Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com
Email: jsh@emafirm.com

John J. Edmonds
Texas State Bar No. 00789758
**THE EDMONDS LAW FIRM, PC**
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
Email: johnedmonds@edmondslegal.com

Jason W. Cook
Texas State Bar No. 24028537
**The Law Office of Jason W. Cook**
6282 McCommas Blvd.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469) 327-2777
Email: jcook@cookip.com

**ATTORNEYS FOR PLAINTIFF
POLARIS IP, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7(h), the undersigned counsel for Plaintiff Polaris IP, LLC has conferred with counsel for defendants who advised they do not oppose the relief requested herein.

>                                        */s/ Jason W. Cook*_____
>                                        Jason W. Cook

## CERTIFICATE OF SERVICE

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: January 22, 2008                  /s/ *Jason W. Cook*_____
                                             Jason W. Cook