IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al.; <br><br> Defendants. | Civil Action No. 2:07-cv-371-TJW-CE <br><br><br><br> JURY TRIAL DEMANDED |

## **ORDER GRANTING AGREED MOTION TO WITHDRAW AS ATTORNEY**

Before the Court is Plaintiff's agreed motion to withdraw Jason W. Cook as its attorney of record, and it appearing that such motion should be GRANTED:

IT IS, THEREFORE, ORDERED, that such unopposed motion is GRANTED, and Jason W. Cook is withdrawn as plaintiff's counsel of record.