IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.;<br><br>    Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION TO WITHDRAW AS ATTORNEY

Before the Court is Plaintiff's agreed motion to withdraw Jason W. Cook as its attorney of record, and it appearing that such motion should be GRANTED:

IT IS, THEREFORE, ORDERED, that such unopposed motion is GRANTED, and Jason W. Cook is withdrawn as plaintiff's counsel of record.

SIGNED this 24th day of January, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE