**Appendix K**                                                               Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE



FILED-CLERK
U.S. DISTRICT COURT
2008 JAN 25 AM 9:40
EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-CV-371-TJW-CE__

Style: __Polaris IP, LLC v. Google Inc., et al.__

2. Applicant is representing the following party/ies: __See Attachment A__

3. Applicant was admitted to practice in __CA__ (state) on __December 5, 2005__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: __Northern District of California__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Antonio Sistos__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __January 27, 2008__         Signature _____

83/2362398.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Antonio Sistos
State Bar Number 238847
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 50 California Street, 22nd Floor
City/State/Zip: San Francisco, CA 94111
Telephone #: Telephone: (415) 875 6600
Fax #: Facsimile: (415) 875 6700
E-mail Address: antoniosistos@quinnemanuel.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 1-25-08

DAVID J. MALAND, CLERK
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton
Deputy Clerk

## Attachment A

2.  Applicant is representing the following parties:

    AOL LLC

    America Online, Inc.

    IAC/InterActiveCorp.

    IAC Search and Media, Inc.

83/2352517.1

Receipt for Payment                                      Receipt No. 200034404

# United States District Court

for the
Eastern District of Texas at Marshall

Date: Friday, January 25, 2008

Received from:

**Quinn Emanuel Urquhart Oliver & Hedges**

**50 California Street 22nd Floor**

**San Francisco, CA 94111**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| | |
| Total | $100.00 |

Payment method: Check

Case or other reference: 2:07-cv-371

Comments: CK# 40616 PHV for Verhoeven, Ck# 40619 PHV for Sistos, Ck# 40617 PHV for Kash, Ck# 40618 PHV for Smith

Received by: ch

Case 2:07-cv-00371-TJW Document 73 Filed 01/25/2008 Page 4 of 4