IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. ET AL.,<br><br>Defendants. | NO. 2:07-CV-00371-TJW-CE<br><br><br><br>JURY DEMANDED |

### DEFENDANTS IAC/INTERACTIVE CORP. AND IAC SEARCH AND MEDIA, INC.'S MOTION TO SUBSTITUTE COUNSEL

PLEASE TAKE NOTICE that Defendants IAC/InterActiveCorp. and IAC Search and Media, Inc. hereby move pursuant to Local Rule 11(d) for substitution of counsel. IAC/InterActiveCorp. and IAC Search and Media, Inc. request that Michael A. Jacobs and Morrison & Foerster LLP be permitted to withdraw as counsel of record. IAC/InterActiveCorp. and IAC Search and Media, Inc. further request that the following law firms and attorneys be substituted as attorneys of record:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22d Floor
San Francisco, California 94111
Phone: 415-875-6600
Fax:    415-875-6700

51283/2352375.1

The appearances of Otis W. Carroll, Deborah J. Race, Collin Michael Maloney, and Ireland, Carroll, & Kelley P.C. would be unaffected.

Dated: January 23, 2008

Respectfully submitted,

By: _____
Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000
Fax:    (415) 268-7522

Otis W. Carroll
State Bar No. 3895700
Deborah J. Race
State Bar No. 16448700
Collin Michael Maloney
Ireland, Carroll & Kelley, PC
6101 South Broadway
Suite 500
Tyler, Texas 75703
Phone: (903) 561-1600
Fax:    (903) 581-1071

By: _____

Charles K. Verhoeven - Lead Attorney
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel, Urquhart Oliver & Hedges, LLP
50 California Street, 22d Floor
San Francisco, California 94111
Phone: (415) 875-6600
Fax: (415) 875-6700

Attorneys for Defendants
IAC/InterActiveCorp and IAC Search and Media, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | NO. 2:07-CV-00371-TJW-CE |
| **Plaintiff,** | |
| v. | **JURY DEMANDED** |
| **GOOGLE INC. ET AL.,** | |
| **Defendants.** | |

### [PROPOSED] ORDER SUBSTITUTING COUNSEL

Defendants IAC/InterActiveCorp. and IAC Search and Media, Inc. filed their unopposed motion to substitute counsel pursuant to Local Rule 11(d). Such motion is GRANTED.

It is therefore ORDERED that Michael Jacobs and Morrison & Foerster LLP are withdrawn as counsel for IAC/InterActiveCorp. and IAC Search and Media, Inc. The following attorneys and law firms are substituted in their place:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22d Floor
San Francisco, California 94111
Phone: 415-875-6600
Fax:   415-875-6700

51283/2352426.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

                                                   /s/ Kevin A. Smith