## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | |
| **Plaintiff,** | **Civil Action No. 2:07-cv-371-TJW-CE** |
| **v.** | |
| **GOOGLE INC., et al.;** | |
| **Defendants.** | |
| | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel F. Perez, enters his appearance in the above-referenced proceedings for the Plaintiff, Polaris IP, LLC ("Polaris"). Polaris respectfully requests that the Court take note of this Notice of Appearance and make Daniel F. Perez one of the attorneys of record for Polaris in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Daniel F. Perez at the address set forth below.

Dated: January 29, 2008

Respectfully submitted,

**POLARIS IP, LLC**

By: /s/ Daniel F. Perez
Daniel F. Perez
Texas State Bar No. 15776380
**THE PEREZ LAW FIRM**
6131 Park Lane
Dallas, Texas 75225
Telephone: (214) 289-6659
Facsimile: (214) 521-1128
E-mail: dan@pereziplaw.com

1

**ATTORNEY FOR PLAINTIFF**
**POLARIS IP, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: January 29, 2008                           /s/ Daniel F. Perez