IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | No. 2:07-cv-00371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff, POLARIS IP, LLC, for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

POLARIS IP, LLC

Dated: February 21, 2008

By: /s/Danny L. Williams
Eric M. Albritton - LEAD ATTORNEY
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
mike@wmalaw.com

1

David M. Pridham
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535 (Fax)
johnedmonds@edmondslegal.com

Jason W. Cook
Texas Bar No. 24028537
The Law Office of Jason W. Cook
6282 McCommas Blvd.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469) 327-2777
jcook@cookip.com

Amy Elizabeth LaValle
The LaValle Law Firm
3811 Turtle Creek Blvd.
Suite 1620
Dallas, TX 75219
214/732-7533
Fax: 214/2928831
Email: lavalle@lavallelawfirm.com

Daniel Francisco Perez
Akin Gump Strauss Hauer & Feld - Dallas
1700 Pacific Ave
Suite 4100
Dallas, TX 75201-4618
214-289-6659
Fax: 214-521-1128
Email: dan@pereziplaw.com

Kajeer Yar
Kajeer Yar
2651 East 66th Street
Tulsa, OK 74136
918-292-8158
Fax: 918-292-8158
Email: kyar@yarlawfirm.com

**Attorneys for Plaintiff**
**POLARIS IP, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: February 21, 2008                      /s/Mark Dunglinson
                                                               Mark Dunglinson