## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-TJW-CE |
| § | |
| **GOOGLE INC., ET AL.,** § | |
| § | |
| **Defendants.** § | |

## **ORDER**

The Unopposed Motion to Withdraw Eric M. Albritton as Counsel of Record shall be, and is hereby, GRANTED.