IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, | § § § § |
| Plaintiff, | |
| v. | § § §  Civil Action No. 2:07-cv-371-TJW-CE |
| GOOGLE INC., ET AL., | § § § § |
| Defendants. | |

### ORDER

The Unopposed Motion to Withdraw Eric M. Albritton as Counsel of Record shall be, and is hereby, GRANTED.

SIGNED this 26th day of February, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE