# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**GOOGLE INC., et al.;**<br><br>    Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in the above-referenced proceedings for the Plaintiff, Polaris IP, LLC ("Polaris"). Polaris respectfully requests that the Court take note of this Notice of Appearance and make Andrew W. Spangler, one of the attorneys of record for Polaris in this lawsuit. Copies of all communications and other documents should be emailed or faxed to Andrew W. Spangler, at the address set forth below.

April 2, 2008                                     Respectfully submitted,

/s/ *Andrew W. Spangler*
**Andrew W. Spangler**
State Bar No. 24041960
Spangler Law P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843
Email: spangler@spanglerlawpc.com

Attorney for Plaintiff
**POLARIS IP, LLC**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 2nd day of April, 2008.

            /s/ *Andrew W. Spangler*
            Andrew W. Spangler