# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | **NO. 2:07-CV-00371-TJW-CE** |
| **Plaintiff,** | |
| v. | **JURY DEMANDED** |
| **GOOGLE INC. ET AL.,** | |
| **Defendants.** | |

## ORDER SUBSTITUTING COUNSEL

Defendants IAC/InterActiveCorp. and IAC Search and Media, Inc. filed their unopposed motion to substitute counsel pursuant to Local Rule 11(d). Such motion is GRANTED.

It is therefore ORDERED that Michael Jacobs and Morrison & Foerster LLP are withdrawn as counsel for IAC/InterActiveCorp. and IAC Search and Media, Inc. The following attorneys and law firms are substituted in their place:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Antonio R. Sistos
antioniosistos@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22d Floor
San Francisco, California  94111
Phone: 415-875-6600
Fax:    415-875-6700

51283/2352426.1

SIGNED this 2nd day of April, 2008.

                                                CHARLES EVERINGHAM IV
                                                UNITED STATES MAGISTRATE JUDGE