IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX IP, LLC | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-371(TJW-CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

**O R D E R**

This case is set for a status conference in Marshall, Texas, on May 1, 2008, at 10:15 a.m., before the Honorable T. John Ward and the Honorable Chad Everingham. The purpose of the conference will be to assign a claim construction hearing date and a trial setting. The parties shall be prepared to inform the Court whether they will consent to trial before the Magistrate Judge.

SIGNED this 3rd day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE