IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

POLARIS IP, LLC §
§
VS. § CIVIL ACTION No. 2:07cv371(TJW-CE)
§
GOOGLE, INC., ET AL §

## ORDER

This case is set for a Status Conference on May 1, 2008. In keeping with the Court's recent practice, the Court intends to give the parties an opportunity, following the conference, to reach agreements on the Docket Control Order and Discovery Order without having to return for an additional conference with the Court. Accordingly, the Court orders that disclosures under P. R. 3-1 and P. R. 3-2 are due on Friday, May 16, 2008.

SIGNED this 11th day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE