# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | |
| Plaintiff, | Civil Action No. 2:07-cv-371-TJW-CE |
| v. | |
| **GOOGLE INC., et al.;** | |
| Defendants. | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Patrick R. Anderson, enters his appearance in the above-referenced proceedings for the Plaintiff, Polaris IP, LLC ("Polaris"). Polaris respectfully requests that the Court take note of this Notice of Appearance and make Patrick R. Anderson, one of the attorneys of record for Polaris in this lawsuit. Copies of all communications and other documents should be emailed or faxed to Patrick R. Anderson, at the address set forth below.

April 30, 2008

Respectfully submitted,

/s/ *Patrick R. Anderson*
**Patrick R. Anderson**
Michigan Bar No. P68961
4225 Miller Road, Bldg. B-9
Suite 358
Flint, MI 48507
Telephone: (517)303-4806
Fax:          (413) 683-0614
E-mail:  Patrick@prapllc.com

Attorney for Plaintiff
**POLARIS IP, LLC**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 30th day of April, 2008.

                 /s/ *Patrick R. Anderson*
                 Patrick R. Anderson