# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**GOOGLE INC., et al.;**<br><br>    Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff Polaris IP, LLC ("Polaris") moves this court for an order permitting the withdrawal of Amy E. LaValle from representation of Polaris in this action.

Polaris does not oppose the withdrawal, and the withdrawal of Ms. LaValle will not have a materially adverse effect on Polaris as it is still represented by competent counsel who are fully capable of representing the interests of Polaris. The Defendants are unopposed to this motion.

Additionally, Polaris requests that Amy E. LaValle no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISE CONSIDERED, Polaris requests this Court to grant the Motion to Withdraw.

Dated: April 30, 2008                               Respectfully submitted,

**POLARIS IP, LLC**

By: /s/ Amy E. LaValle
David M. Pridham
R.I. State Bar No. 6625
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Facsimile: (401) 633-7247
E-mail: david@pridhamiplaw.com

Amy E. LaValle
Texas State Bar No. 24040529
THE LAVALLE LAW FIRM
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

Daniel F. Perez
Texas State Bar No. 15776380
THE PEREZ LAW FIRM
6131 Park Lane
Dallas, Texas 75225
Telephone: (214)289-6659
Facsimile: (214) 521-1128
E-mail: dan@pereziplaw.com

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

John J. Edmonds
The Edmonds Law Firm, PC
709 Sabine Street
Houston, TX 77007

713/858-3320
Fax: 832/415-2535
Email: johnedmonds@edmondslegal.com

Michael J Newton
The Law Offices of Michael J. Newton
2714 Beverly Drive
Flower Mound, TX 75022
469/231-4426
Fax: 903/938-7404
Email: newtons3laws@verizon.net

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: mike@wmalaw.com

**ATTORNEYS FOR PLAINTIFF
POLARIS IP, LLC**

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for the Plaintiff, Amy E. LaValle, conferred with counsel for Defendants concerning this motion and that Defendants do not oppose the motion.

Dated: April 30, 2008                         /s/ Amy E. LaValle

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: April 30, 2008                         /s/ Amy E. LaValle