# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | |
| Plaintiff, | Civil Action No. 2:07-cv-371-TJW-CE |
| v. | |
| **GOOGLE INC., et al.;** | |
| Defendants. | |
| | **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff's unopposed motion to withdraw Amy E. LaValle as its attorney of record shall be, and is hereby, GRANTED.