UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2008 MAY -1  PM 11: 01

TX EASTERN-MARSHALL

BY_____

Polaris IP, LLC §
§
vs. §  CASE NO. 2:07cv371
§
Google Inc et al §
§

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to _____The Honorable_____

__Charles Everingham, IV__, United States Magistrate Judge, for all further proceedings and the entry of

judgment in accordance with 28 U.S.C. Section 636(c), and the foregoing consent of the parties.

05/02/08
Date

T. John Ward
UNITED STATES DISTRICT JUDGE