# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, | § |
| Plaintiff, | § |
| vs. | § Civil Action No. 2:07-cv-371-CE |
| (1) GOOGLE, INC.; | § |
| (2) YAHOO! INC.; | § |
| (3) AMAZON.COM, INC.; | § |
| (4) A9.COM, INC.; | § |
| (5) BORDERS, INC.; | § JURY TRIAL DEMANDED |
| (6) BORDERS GROUP INC.; | § |
| (7) AOL LLC; | § |
| (8) AMERICA ONLINE, INC.; | § |
| (9) IAC/INTERACTIVECORP; and | § |
| (10) IAC SEARCH AND MEDIA, INC., | § |
| Defendants. | § |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF GOOGLE INC.

Michael J. Sacksteder of the law firm of Fenwick & West LLP hereby enters his appearance in the above-captioned case on behalf of Google Inc. For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick & West attorney Michael J. Sacksteder is:

    Michael J. Sacksteder:    msacksteder@fenwick.com; gdunlap@fenwick.com

Dated: May 14, 2008

Respectfully submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
msacksteder@fenwick.com


Of Counsel:

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:     (903) 509-5000
Facsimile:      (903) 509-5092
jainsworth@wilsonlawfirm.com

Tyler A. Baker, Texas State Bar No. 01595600
Darryl M. Woo, California Bar No. 100513
LEAD ATTORNEY
Saina S. Shamilov, CA Bar No. 215636
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
tbaker@fenwick.com
dwoo@fenwick.com
sshamilov@fenwick.com
eball@fenwick.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 14th day of May 2008.

>                    */s/ Michael J. Sacksteder*
>                    Michael J. Sacksteder