UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

POLARIS IP, LLC

v.

GOOGLE INC., et al.

No. 2:07-cv-371-TJW-CE

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Polaris IP, LLC hereby moves this Court for a two week extension of time, until May 29, 2008 to provide the Court with an agreed Docket Control Order and Discovery Order. Plaintiff Polaris IP, LLC further requests a two week extension of time, until May 30, 2008 to serve Infringement Contentions pursuant to Local Patents Rules 3.1 through 3.2.

Respectfully submitted,

By: /s/ Andrew W. Spangler
Andrew W. Spangler
State Bar No. 24041960
**Spangler Law P.C.**
208 N. Green St., Suite 300
Marshall, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email:spangler@spanglerlawpc.com

Michael J Newton
**The Law Offices of Michael J. Newton**
2714 Beverly Drive
Flower Mound, TX 75022
469/231-4426
Fax: 903/938-7404
Email: newtons3laws@verizon.net

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
**WILLIAMS, MORGAN & AMERSON, P.C.**

1

10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: mike@wmalaw.com

Daniel F. Perez
Texas State Bar No. 15776380
**THE PEREZ LAW FIRM**
6131 Park Lane
Dallas, Texas 75225
Telephone: (214)289-6659
Facsimile: (214) 521-1128
E-mail: dan@pereziplaw.com

David M. Pridham
**Intellectual Property Navigation Group, LLC**
Rhode Island State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas  75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail: david@ipnav.com

John J. Edmonds
Texas State Bar No. 00789758
**THE EDMONDS LAW FIRM, PC**
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
Email: johnedmonds@edmondslegal.com

**ATTORNEYS FOR PLAINTIFF POLARIS IP, LLC**

**CERTIFICATE OF SERVICE**

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of May, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Andrew W. Spangler
                                        Andrew W. Spangler