UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

POLARIS IP, LLC

    v.                                                       No. 2:07-cv-371-TJW-CE

GOOGLE INC., et al.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court, having considered the Unopposed Motion by Plaintiff Polaris IP, LLC for an Extension of Time, hereby GRANTS the Motion. The parties are provided a two week extension of time, until May 29, 2008 to provide the Court with an agreed Docket Control Order and Discovery Order. The parties are also permitted a two week extension of time, May 30, 2008 to serve Infringement Contentions.