UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | No. 2:07-cv-371-TJW-CE |
| GOOGLE INC., et al. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having considered the Unopposed Motion by Plaintiff Polaris IP, LLC for an Extension of Time, hereby GRANTS the Motion. The parties are provided a two week extension of time, until May 29, 2008 to provide the Court with an agreed Docket Control Order and Discovery Order. The parties are also permitted a two week extension of time, May 30, 2008 to serve Infringement Contentions.

SIGNED this 16th day of May, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE