# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §    Civil Action No. 2:07-cv-371-CE |
| | § |
| (1)    GOOGLE, INC.; | § |
| (2)    YAHOO! INC.; | § |
| (3)    AMAZON.COM, INC.; | § |
| (4)    A9.COM, INC.; | § |
| (5)    BORDERS, INC.; | §    JURY TRIAL DEMANDED |
| (6)    BORDERS GROUP INC.; | § |
| (7)    AOL LLC; | § |
| (8)    AMERICA ONLINE, INC.; | § |
| (9)    IAC/INTERACTIVECORP; and | § |
| (10)   IAC SEARCH AND MEDIA, INC., | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF GOOGLE INC.

C. J. Alice Chuang of the law firm of Fenwick & West LLP hereby enters her appearance in the above-captioned case on behalf of Google Inc. For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick & West attorney C. J. Alice Chuang is:

    C. J. Alice Chuang:     achuang@fenwick.com;      dyoungman@fenwick.com

- 1 -

Dated: May 16, 2008               Respectfully submitted,

                                  By:  /s/ C. J. Alice Chuang
                                       C. J. Alice Chuang

                                  Tyler A. Baker, TX State Bar No. 01595600
                                  LEAD ATTORNEY
                                  Saina S. Shamilov, CA Bar No. 215636
                                  Eric J. Ball, CA Bar No. 241327
                                  C. J. Alice Chuang, CA Bar No. 228556
                                  FENWICK & WEST LLP
                                  801 California Street
                                  Mountain View, CA  94041
                                  Telephone:    (650) 988-8500
                                  Facsimile:    (650) 938-5200
                                  tbaker@fenwick.com
                                  sshamilov@fenwick.com
                                  eball@fenwick.com
                                  achuang@fenwick.com

                                  Darryl M. Woo, California Bar No. 100513
                                  LEAD ATTORNEY
                                  Michael J. Sacksteder, CA Bar No. 191605
                                  FENWICK & WEST LLP
                                  555 California Street, 12th Floor
                                  San Francisco, CA  94104
                                  Telephone:    (415) 875-2300
                                  Facsimile:    (415) 281-1350
                                  dwoo@fenwick.com
                                  msacksteder@fenwick.com

                                  Of Counsel:

                                  Jennifer Parker Ainsworth, TX State Bar No. 00784720
                                  WILSON, ROBERTSON & CORNELIUS, P.C.
                                  P.O. Box 7339
                                  Tyler, Texas 75711
                                  Telephone:    (903) 509-5000
                                  Facsimile:    (903) 509-5092
                                  jainsworth@wilsonlawfirm.com

                                  ATTORNEYS FOR DEFENDANT
                                  GOOGLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 16th day of May 2008.

*/s/ C. J. Alice Chuang*
C. J. Alice Chuang

1285407.1