# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:07-cv-371-CE |
| | § | |
| (1)   GOOGLE, INC.; | § | |
| (2)   YAHOO! INC.; | § | |
| (3)   AMAZON.COM, INC.; | § | |
| (4)   A9.COM, INC.; | § | JURY TRIAL DEMANDED |
| (5)   BORDERS, INC.; | § | |
| (6)   BORDERS GROUP INC.; | § | |
| (7)   AOL LLC; | § | |
| (8)   AMERICA ONLINE, INC.; | § | |
| (9)   IAC/INTERACTIVECORP; and | § | |
| (10)  IAC SEARCH AND MEDIA, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF GOOGLE INC.

Saina S. Shamilov of the law firm of Fenwick & West LLP hereby enters her

appearance in the above-captioned case on behalf of Google Inc.  For purposes of receipt of

Notices of Electronic Filing, the e-mail address for Fenwick & West attorney Saina S.

Shamilov is:

Saina S. Shamilov:    sshamilov@fenwick.com;    vschmitt@fenwick.com

Dockets.Justia.com

Dated: May 16, 2008

Respectfully submitted,

By:  _/s/ Saina S. Shamilov_
      Saina S. Shamilov

Tyler A. Baker, TX State Bar No. 01595600
LEAD ATTORNEY
Saina S. Shamilov, CA Bar No. 215636
Eric J. Ball, CA Bar No. 241327
C. J. Alice Chuang, CA Bar No. 228556
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
eball@fenwick.com
achuang@fenwick.com

Darryl M. Woo, California Bar No. 100513
LEAD ATTORNEY
Michael J. Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Of Counsel:

Jennifer Parker Ainsworth, TX State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:     (903) 509-5000
Facsimile:      (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 16th day of May 2008.


*/s/ Saina S. Shamilov*
Saina S. Shamilov


24616/00403/LIT/1285404.1