IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; | § | JURY DEMANDED |
| 2. YAHOO! INC.; | § | |
| 3. AMAZON.COM, INC.; | § | |
| 4. A9.COM, INC.; | § | |
| 5. BORDERS, INC.; | § | |
| 6. BORDERS GROUP INC.; | § | |
| 7. AOL LLC; | § | |
| 8. AMERICA ONLINE, INC.; | § | |
| 9. IAC/INTERACTIVECORP; and | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC and Defendants Google Inc., Yahoo! Inc., AOL LLC, America Online, Inc., IAC/Interactivecorp, and IAC Search and Media, Inc. ("Defendants") hereby move this Court for a one day extension of time until May 30, 2008 to provide the Court with an Agreed Docket Control Order and Discovery Order. Additionally, the parties request that the current deadline for plaintiff to comply with P.R. 3-1 and 3-2, which had been extended until May 30, 2008, be vacated such that a new deadline for P.R. 3-1 and 3-2 will be provided for in the submitted and agreed Docket Control Order and Discovery Order.

Dated: May 29, 2008            Respectfully submitted,

                               By:     */s/ Michael E. Jones*
                                             Michael E. Jones
                                             State Bar No. 10929400
                                             POTTER MINTON
                                             A Professional Corporation
                                             110 N. College, Suite 500 (75702)
                                             P. O. Box 359
                                             Tyler, Texas 75710
                                             (903) 597 8311
                                             (903) 593 0846 (Facsimile)
                                             mikejones@potterminton.com

{A07\7854\0003\W0366769.1 }

Jason White
jwhite@usebrinks.com
BRINKS HOFER GILSON & LIONE
NBC Tower, Ste. 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611-5599
Tel: 312-321-4200
ATTORNEYS FOR DEFENDANT
YAHOO! INC.


*/s/ Jennifer Ainsworth, with permission by*
*Michael E. Jones*
Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
WILSON SHEEHY KNOWLES
ROBERTSON & CORNELIUS PC
909 ESE Loop 323, Suite 400
PO Box 7339
Tyler, TX 75711-7339
Tel: 903-509-5000
Fax: 903-509-5092

Darryl M. Woo
dwoo@fenwick.com
Michael J. Sacksteder
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
T: 415-875-2300
F: 415-281-1350

Tyler A. Baker
tbaker@fenwick.com
Saina S. Shamilov
sshamilov@fenwick.com
Eric J. Ball
eball@fenwick.com
C. J. Alice Chuang
achuang@fenwick.com
FENWICK & WEST LLP
801 California St.
Mountain View, CA 94041
T: 650-988-8500
F: 650-938-5200
ATTORNEYS FOR DEFENDANT
GOOGLE INC.

*/s/ Kevin Smith, with permission by Michael E. Jones*
Kevin Smith
kevinsmith@quinnemanuel.com
Jennifer Kash
jenniferkash@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
T: 415- 875-6600
F: 415- 875-6700

Victoria Fishman Maroulis
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-/801-5100

Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
T: 903-934-8450
F: 903-934-9257
ATTORNEYS FOR DEFENDANTS
AOL and AMERICA ONLINE, INC.


*/s/ Otis Carroll, with permission by Michael E. Jones*
Otis Carroll
Collin Maloney
IRELAND, CARROLL & KELLEY, P.C.
6101 s. Broadway, Suite 500
Tyler, TX 75703
T: 903-561-1600
F: 903-581-1071
Fedserv@icklaw.com

Michael Jacobs
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 34th Floor
San Francisco, CA 94105-2482
Tel: 415-268-7000
Fax: 415-268-7522

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Matthew D. Cannon
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700
ATTORNEYS FOR DEFENDANTS
IAC/INTERACTIVECORP and
IAC SEARCH AND MEDIA, INC.


*/s/ Andrew Spangler, with permission by*
*Michael E. Jones*
Andrew Spangler
Spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Marshall, TX 75601
Tel: 903-753-9300
Fax: 903-553-0403

Danny L. Williams
danny@wmalaw.com
J. Mike Amerson
mike@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, suite 1100
Houston, TX 77042
Tel: 713-934-4060
Fax: 713-934-7011

Daniel F. Perez
dan@pereziplaw.com
THE PEREZ LAW FIRM
6131 Park Lane

Dallas, TX 75225
Tel: 214-289-6659
Fax: 214-521-1128

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Fax: (401) 633-7247
E-mail: david@pridhamiplaw.com

John J. Edmonds
johnedmonds@edmondslegal.com
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, TX 77007
Tel: 713-858-3320
Fax: 832-415-2535

Michael J. Newton
The Law Offices of Michael J. Newton
Newtons3laws@verizon.net
2714 Beverly Drive
Flower Mound, TX 75022
Tel: 469-231-4426
Fax: 903-938-7404
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of May, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ *Michael E. Jones*
Michael E. Jones