IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; | § | JURY DEMANDED |
| 2. YAHOO! INC.; | § | |
| 3. AMAZON.COM, INC.; | § | |
| 4. A9.COM, INC.; | § | |
| 5. BORDERS, INC.; | § | |
| 6. BORDERS GROUP INC.; | § | |
| 7. AOL LLC; | § | |
| 8. AMERICA ONLINE, INC.; | § | |
| 9. IAC/INTERACTIVECORP; and | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC and Defendants

Google Inc., Yahoo! Inc., AOL LLC, America Online, Inc., IAC/Interactivecorp, and IAC

Search and Media, Inc. ("Defendants") Joint Motion for Extension of Time to provide the Court

with an agreed Docket Control Order and Discovery Order, and for Plaintiff Bright Response,

LLC f/k/a Polaris IP, LLC to comply with P.R. 3-1 and 3-2, by June 6, 2008. The Court

GRANTS this motion.

IT IS THEREFORE ORDERED that the parties have until June 6, 2008 to file an agreed

Docket Control Order and Discovery Order with the Court, and that the P.R. 3-1 and 3-2

Infringement Contentions are also due on June 6, 2008.

SIGNED this 2nd day of June, 2008.

_____

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE