IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; | § | JURY DEMANDED |
| 2. YAHOO! INC.; | § | |
| 3. AMAZON.COM, INC.; | § | |
| 4. A9.COM, INC.; | § | |
| 5. BORDERS, INC.; | § | |
| 6. BORDERS GROUP INC.; | § | |
| 7. AOL LLC; | § | |
| 8. AMERICA ONLINE, INC.; | § | |
| 9. IAC/INTERACTIVECORP; and | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC and Defendants Google Inc., Yahoo! Inc., AOL LLC, America Online, Inc., IAC/Interactivecorp, and IAC Search and Media, Inc. ("Defendants") Joint Motion for Extension of Time to provide the Court with an agreed Docket Control Order and Discovery Order by May 30, 2008 and to vacate the previously extended deadline for PR 3-1 and 3-2 disclosures. The Court GRANTS this motion.

IT IS THEREFORE ORDERED that the parties have until May 30, 2008 to file an agreed Docket Control Order and Discovery Order with the Court and that the P.R. 3-1 and 3-2 Infringement Contentions are no longer due on May 30, 2008, but will be provided for in the agreed Docket Control Order and Discovery Order.

SIGNED this 2nd day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE