# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**POLARIS IP, LLC**
    *Plaintiff,*

**v.**

**GOOGLE, INC.,** *et al.*

    *Defendants.*

**CIVIL ACTION NO. 2:07-cv-371[TJW-CE]**

**JURY DEMAND**

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR DEFENDANT YAHOO! INC.

Defendant YAHOO! INC. ("Defendant"), files this its Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 5, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By: */s/ John F. Bufe*
    John F. Bufe
    State Bar No. 03316930
    Email: johnbufe@potterminton.com
    110 N. College, Suite 500 (75702)
    P. O. Box 359
    Tyler, Texas 75710
    Telephone: (903) 597 8311
    Facsimile: (903) 593 0846

*Attorneys for Defendant*
**YAHOO! INC.**

{VRT\7854\0003\W0367279.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe
