IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC <br><br> v. <br><br> GOOGLE, INC., et al. | NO. 2:07-cv-371-TJW-CE <br><br> JURY |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE P.R. 3-1 AND 3-2 DISCLOSURES AS TO IAC/INTERACTIVE CORP. and IAC SEARCH AND MEDIA, INC.

COMES NOW Plaintiff Bright Response, LLC (f/k/a Polaris IP, LLC) ("Plaintiff") and files this Motion for Extension of Time to Complete P.R. 3-1 and 3-2 Disclosures as to Defendants IAC/Interactive Corp. and IAC Search and Media, Inc. (collectively "IAC"), and in support thereof would respectfully show the Court as follows:

On June 2, 2008, the Court entered an Order setting a June 6, 2008 deadline for Plaintiff to submit its P.R. 3-1 and 3-2 Infringement Contentions. Plaintiff and IAC are working diligently towards an amicable resolution of the claims in this lawsuit. Plaintiff has requested, and IAC does not oppose, a 10 day extension for submission of Plaintiff's P.R. 3-1 and 3-2 Infringement Contentions relative to IAC.

Plaintiff respectfully requests the Court enter an Order extending Plaintiff's deadline to submit its P.R. 3-1 and 3-2 Infringement Contentions to IAC up to and including June 20, 2008.

| | |
|---|---|
| June 6, 2008 | Respectfully submitted, <br><br> By: /s/ John J. Edmonds <br> Andrew W. Spangler–LEAD COUNSEL <br> State Bar No. 24041960 <br> Spangler Law P.C. <br> 208 N. Green Street, Suite 300 <br> Longview, Texas 75601 <br> Telephone: (903) 753-9300 |

Facsimile: (903) 553-0403
spangler@spanglerlawpc.com

Danny L. Williams
Texas Bar No. 21518050
J. Mike Amerson
Texas Bar No. 01150025
Terry D. Morgan
Texas Bar No. 14452430
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wma.law.com
mike@wma.law.com
tmorgan@wmalaw.com

David M. Pridham
R.I. State Bar No. 6625
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Fax: (401) 633-7247
david@pridhamiplaw.com

Daniel F. Perez
Texas State Bar No. 15776380
THE PEREZ LAW FIRM
6131 Park Lane
Dallas, Texas 75225
Telephone: (214) 289-6659
Facsimile: (214) 521-1128
dan@pereziplaw.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535 (Fax)
johnedmonds@edmondslegal.com

Michael J. Newton
The Law Offices of Michael J. Newton
2714 Beverly Drive
Flower Mound, TX 75022
Tel: 469-231-4426
Fax: 903-938-7404
Newtons3laws@verizon.net

COUNSEL FOR PLAINTIFF
BRIGHT RESPONSE LLC, F/K/A POLARIS IP, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

June 6, 2008 /s/ John J. Edmonds
John J. Edmonds