IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | NO. 2:07-cv-371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## **ORDER**

CAME ON TO BE CONSIDERED Plaintiff's Motion for Extension of Time to Complete P.R. 3-1 and 3-2 Disclosures as to Defendants IAC/Interactive Corp. and IAC Search and Media, Inc. (collectively "IAC").

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Plaintiff's deadline to submit its P.R. 3-1 and 3-2 Infringement Contentions as to IAC is extended until and including June 20, 2008.

SIGNED this 9th day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE