IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; | § | JURY DEMANDED |
| 2. YAHOO! INC.; | § | |
| 3. AMAZON.COM, INC.; | § | |
| 4. A9.COM, INC.; | § | |
| 5. BORDERS, INC.; | § | |
| 6. BORDERS GROUP INC.; | § | |
| 7. AOL LLC; | § | |
| 8. AMERICA ONLINE, INC.; | § | |
| 9. IAC/INTERACTIVECORP; and | § | |
| 10. IAC SEARCH AND MEDIA, INC. | § | |

**JOINT MOTION FOR ENTRY OF PROPOSED
DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC and Defendants Google Inc., Yahoo! Inc., AOL LLC, America Online, Inc., IAC/Interactivecorp, and IAC Search and Media, Inc. ("Defendants") respectfully request the Court enter the attached proposed Docket Control Order and Discovery Order.

Dated: June 9, 2008                                  Respectfully submitted,

                                                     By:    */s/ C. J. Alice Chuang*
                                                            C. J. Alice Chuang

                                                            Tyler A. Baker
                                                            tbaker@fenwick.com
                                                            Saina S. Shamilov
                                                            sshamilov@fenwick.com
                                                            Eric J. Ball
                                                            eball@fenwick.com
                                                            C. J. Alice Chuang
                                                            achuang@fenwick.com
                                                            FENWICK & WEST LLP
                                                            801 California St.
                                                            Mountain View, CA 94041

Tel: 650-988-8500
Fax: 650-938-5200

Darryl M. Woo
dwoo@fenwick.com
Michael J. Sacksteder
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Tel: 415-875-2300
Fax: 415-281-1350

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
WILSON SHEEHY KNOWLES
ROBERTSON & CORNELIUS PC
909 ESE Loop 323, Suite 400
PO Box 7339
Tyler, TX 75711-7339
Tel: 903-509-5000
Fax: 903-509-5092

ATTORNEYS FOR DEFENDANT
GOOGLE INC.


*/s/ Kevin Smith, with permission by*
*C J. Alice Chuang*
Kevin Smith
kevinsmith@quinnemanuel.com
Jennifer Kash
jenniferkash@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415- 875-6600
Fax: 415- 875-6700

Victoria Fishman Maroulis
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-/801-5100

Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
Tel: 903-934-8450
Fax: 903-934-9257

ATTORNEYS FOR DEFENDANTS
AOL and AMERICA ONLINE, INC.

*/s/ Michael E. Jones, with permission by*
*C. J. Alice Chuang*
Michael E. Jones
mikejones@potterminton.com
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
Tel: (903) 597 8311
Fax: (903) 593 0846

Jason White
jwhite@usebrinks.com
BRINKS HOFER GILSON & LIONE
NBC Tower, Ste. 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611-5599
Tel: 312-321-4200

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

*/s/ Otis Carroll, with permission by*
*C. J. Alice Chuang*
Otis Carroll
Collin Maloney
IRELAND, CARROLL & KELLEY, P.C.
6101 s. Broadway, Suite 500
Tyler, TX 75703
Tel: 903-561-1600
Fax: 903-581-1071
Fedserv@icklaw.com

Michael Jacobs
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 34th Floor
San Francisco, CA 94105-2482
Tel: 415-268-7000
Fax: 415-268-7522

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Matthew D. Cannon
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

ATTORNEYS FOR DEFENDANTS
IAC/INTERACTIVECORP and
IAC SEARCH AND MEDIA, INC.


*/s/ Andrew Spangler, with permission by*
*C. J. Alice Chuang*
Andrew Spangler
Spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Marshall, TX 75601
Tel: 903-753-9300
Fax: 903-553-0403

Danny L. Williams  
danny@wmalaw.com  
J. Mike Amerson  
mike@wmalaw.com  
WILLIAMS, MORGAN & AMERSON, P.C.  
10333 Richmond, suite 1100  
Houston, TX 77042  
Tel: 713-934-4060  
Fax: 713-934-7011  

Daniel F. Perez  
dan@pereziplaw.com  
THE PEREZ LAW FIRM  
6131 Park Lane  
Dallas, TX 75225  
Tel: 214-289-6659  
Fax: 214-521-1128  

David M. Pridham  
david@pridhamiplaw.com  
Law Office of David Pridham  
25 Linden Road  
Barrington, Rhode Island 02806  
Tel: (401) 633-7247  
Fax: (401) 633-7247  

John J. Edmonds  
johnedmonds@edmondslegal.com  
THE EDMONDS LAW FIRM, PC  
709 Sabine Street  
Houston, TX 77007  
Tel: 713-858-3320  
Fax: 832-415-2535  

Michael J. Newton  
The Law Offices of Michael J. Newton  
Newtons3laws@verizon.net  
2714 Beverly Drive  
Flower Mound, TX 75022  
Tel: 469-231-4426  
Fax: 903-938-7404  

ATTORNEYS FOR PLAINTIFF  
BRIGHT RESPONSE, LLC f/k/a  
POLARIS IP, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of June 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                                                      */s/ C. J. Alice Chuang*
                                                                                      C. J. Alice Chuang