IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | NO. 2:07-cv-371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, Bright Response, LLC, formerly known as Polaris IP, LLC ("Bright Response"), and Defendants, IAC/lnterActiveCorp and IAC Search and Media, Inc. (collectively, the "IAC Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action with regard to the claims of Bright Response against the IAC Defendants in their entirety, subject to the terms of the Settlement Agreement between Bright Response and the IAC Defendants, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

June 19, 2008

By: /s/ Charles K. Verhoeven
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)

Counsel for Defendants
IACINTERACTIVECORP and
IAC SEARCH AND MEDIA, INC.

Respectfully submitted,

By: /s/ John J. Edmonds
David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Fax: (401) 633-7247
david@pridhamiplaw.com

John J. Edmonds
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
johnedmonds@edmondslegal.com

COUNSEL FOR PLAINTIFF BRIGHT
RESPONSE, LLC, F/K/A POLARIS IP, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: June 19, 2008                                /s/ John J. Edmonds
                                                    John J. Edmonds