IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | NO. 2:07-cv-371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal with Prejudice of all claims asserted between Plaintiff, Bright Response, LLC, formerly known as Polaris IP, LLC ("Bright Response"), and Defendants, IAC/lnterActiveCorp and IAC Search and Media, Inc. (collectively, the "IAC Defendants"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Bright Response and the IAC Defendants are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims, subject to the terms of the Settlement Agreement between Bright Response and the IAC Defendants.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 20th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE