IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; ET AL | § | JURY DEMANDED |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Please take notice that, Jason C. White, counsel for Defendant Yahoo! Inc. in the above captioned case has changed firms. Mr. White's new contact information is as follows:

Jason C White
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610-2402
Direct: +1 312.846.5680
Fax: +1 312.602.3986
whitej@howrey.com


Dated: June 23, 2008

Respectfully submitted,

By:  */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

Jason C White
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610-2402
Direct: +1 312.846.5680
Fax: +1 312.602.3986
whitej@howrey.com

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

{A07\7854\0003\W0368329.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of June, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones
