IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; ET AL | § | JURY DEMANDED |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Yahoo! Inc. respectfully requests that Laura Beth Miller, Kevin Patariu, Mircea Tipescu, and the BRINKS HOFER GILSON & LIONE law firm be permitted to withdraw as counsel of record for Yahoo! Inc. in the above-captioned matter. All pleadings and correspondence in this matter shall be directed to Jason White, Howrey LLP, 321 North Clark Street, Suite 3400, Chicago, IL 60610-2402. Plaintiff does not oppose this motion.

Dated: June 26, 2008					Respectfully submitted,

							By:	*/s/ Michael E. Jones*
								Michael E. Jones
								State Bar No. 10929400
								POTTER MINTON
								A Professional Corporation
								110 N. College, Suite 500 (75702)
								P. O. Box 359
								Tyler, Texas 75710
								(903) 597 8311
								(903) 593 0846 (Facsimile)
								mikejones@potterminton.com

								Jason C White
								HOWREY LLP
								321 North Clark Street, Suite 3400
								Chicago, IL 60610-2402
								Direct: +1 312.846.5680
								Fax: +1 312.602.3986
								whitej@howrey.com

								ATTORNEYS FOR DEFENDANT
								YAHOO! INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of June, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Michael E. Jones
Michael E. Jones