IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-371[TJW-CE] |
| | § | |
| 1. GOOGLE INC.; ET AL | § | JURY DEMANDED |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Before the Court is Defendant Yahoo! Inc.'s Unopposed Motion to Withdraw Counsel Laura Beth Miller, Kevin Patariu, Mircea Tipescu and the BRINKS HOFER GILSON & LIONE law firm. The motion is GRANTED.

IT IS ORDERED that Laura Beth Miller, Kevin Patariu, Mircea Tipescu, and the BRINKS HOFER GILSON & LIONE law firm are withdrawn as counsel for Defendant Yahoo! Inc. in this matter.

SIGNED this 30th day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE