IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC,<br><br>v.<br><br>GOOGLE, INC., et al | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:07-CV-371-TJW-CE |

### NOTICE OF APPEARANCE OF KAROLYNE H. CHENG

Notice is hereby given that the undersigned attorney, Karolyne H. Cheng, enters his appearance in this matter for Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC for the purpose of receiving notices and orders from the Court.

Dated:  July 14, 2008.                                             Respectfully submitted,

/s/ Karolyne H. Cheng
State Bar No. 24053883
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2008, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Karolyne H. Cheng

k:\bright response\pleadings\notice of appearance khc.doc

1