IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE, INC., et al. | NO. 2:07-CV-371-CE<br><br>JURY |

## UNOPPOSED MOTION BY PLAINTIFF FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Bright Response, LLC (f/k/a Polaris IP, LLC) requests leave to file the amended complaint attached at Exhibit 1 hereto.

The Defendants do not oppose this motion for leave, provided that their rights to challenge the adequacy of the Amended Complaint are preserved. Bright Response is agreeable to the foregoing.

Wherefore, premises considered, Bright Response requests leave to file the Amended Complaint at Exhibit 1 hereto.

July 18, 2008                                      Respectfully submitted,

                                                   BRIGHT RESPONSE, LLC F/K/A POLARIS
                                                   IP, LLC

                                                   By: /s/ John J. Edmonds
                                                   Andrew W. Spangler – LEAD COUNSEL
                                                   Texas Bar No. 24041960

Dockets.Justia.com

Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
spangler@spanglerlawpc.com

David M. Pridham
R.I. State Bar No. 6625
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Fax: (401) 633-7247
david@pridhamiplaw.com

Daniel F. Perez
Texas State Bar No. 15776380
THE PEREZ LAW FIRM
6131 Park Lane
Dallas, Texas 75225
Telephone: (214) 289-6659
Facsimile: (214) 521-1128
dan@pereziplaw.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535 (Fax)
johnedmonds@edmondslegal.com

COUNSEL FOR PLAINTIFF BRIGHT
RESPONSE LLC, F/K/A POLARIS IP, LLC

## CERTIFICATE OF CONFERENCE

  Plaintiff has conferred by email with Defendants and this Motion for Leave is unopposed.

July 18, 2008             /s/ John J. Edmonds
                   John J. Edmonds

## CERTIFICATE OF SERVICE

  I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

July 18, 2008             /s/ John J. Edmonds
                   John J. Edmonds