IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC | |
| v. | NO. 2:07-CV-371-TJW-CE |
| GOOGLE, INC., et al. | JURY |

## MOTION TO SUBSTITUTE COUNSEL

PLEASE TAKE NOTICE that Defendants AOL LLC and America Online, Inc. hereby move pursuant to Local Rule 11(d) for substitution of counsel. AOL LLC and America Online, Inc. request that the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP and its attorneys of record be permitted to withdraw as counsel of record. AOL LLC and America Online, further request that the law firm of Fenwick & West, LLP and the attorneys listed below be substituted as counsel of record:

Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com

1

achaung@fenwick.com
eball@fewnick.com

Dated: July 21, 2008                    Respectfully submitted,

                                              **AOL LLC and AMERICA ONLINE, INC.**

                                              /s/ Darryl M. Woo
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fewnick.com

COUNSEL FOR GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.

**CERTIFICATE OF CONFERENCE**

AOL LLC and America Online, Inc. has conferred by email with Defendants Yahoo! Inc., Google Inc., and plaintiff Bright Response, LLC, f/k/a Polaris IP, LLC, and this Motion to Substitute Counsel is unopposed.

Dated: July 21, 2008

Respectfully submitted,

**AOL LLC and AMERICA ONLINE, INC.**

/s/ C. J. Alice Chuang _____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fewnick.com

COUNSEL FOR GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 21st day of July.

Dated: July 21, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**AOL LLC, and AMERICA ONLINE, INC.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Eric J. Ball_____
　　　　　　　　　　　　　　　　　　　　　　Darryl M. Woo, CA Bar No. 100513
　　　　　　　　　　　　　　　　　　　　　　LEAD ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　Michael Sacksteder, CA Bar No. 191605
　　　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP
　　　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(415) 875-2300
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(415) 281-1350
　　　　　　　　　　　　　　　　　　　　　　dwoo@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　msacksteder@fenwick.com

　　　　　　　　　　　　　　　　　　　　　　Tyler A. Baker, Texas Bar No. 01595600
　　　　　　　　　　　　　　　　　　　　　　Saina S. Shamilov, CA Bar No. 215636
　　　　　　　　　　　　　　　　　　　　　　C. J. Alice Chaung, CA Bar No. 228556
　　　　　　　　　　　　　　　　　　　　　　Eric J. Ball, CA Bar No. 241327
　　　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP
　　　　　　　　　　　　　　　　　　　　　　Silicon Valley Center
　　　　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　　　　Mountain View, CA  94041
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(650) 988-8500
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(650) 938-5200
　　　　　　　　　　　　　　　　　　　　　　tbaker@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　sshamilov@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　achaung@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　eball@fewnick.com

　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR GOOGLE INC., AOL LLC and
　　　　　　　　　　　　　　　　　　　　　　AMERICA ONLINE, INC.