IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC<br><br>    v.<br><br>GOOGLE, INC., et al. | NO. 2:07-cv-371-TJW-CE<br><br>JURY |

## **UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION**

Plaintiff, Bright Response, LLC, formerly known as Polaris IP, LLC ("Bright Response"), moves this Court for an order granting that Danny L. Williams and J. Mike Amerson be withdrawn from representation in the above cause due to the fact that they and their law firm Williams, Morgan & Amerson, P.C. no longer represent Plaintiff in this action. Plaintiff's other counsel remain of record.

Wherefore, premises considered, Bright Response moves the court for an order discharging Danny L. Williams and J. Mike Amerson as its attorneys of record, and granting such other relief as the court may deem proper. Additionally, the plaintiff requests that Danny L. Williams and J. Mike Amerson also no longer receive cm/ecf notices.

                                                                Respectfully submitted,

Dated: July 21, 2008                        By: /s/Danny L. Williams
                                                                Danny L. Williams
                                                                Texas State Bar No. 21518050
                                                                J. Mike Amerson
                                                                Texas State Bar No. 01150025
                                                                **Williams, Morgan & Amerson, P.C.**
                                                                10333 Richmond, Suite 1100
                                                                Houston, Texas 77042
                                                                Telephone: (713) 934-4060
                                                                Facsimile: (713) 934-7011
                                                                E-mail: danny@wmalaw.com
                                                                E-mail: mike@wmalaw.com

1

David M. Pridham
**Law Office of David Pridham**
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Fax: (401) 633-7247
E-mail: david@pridhamiplaw.com

John J. Edmonds
Texas State Bar No. 00789758
**THE EDMONDS LAW FIRM, PC**
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
Email: johnedmonds@edmondslegal.com

**Kajeer Yar**
2651 East 66th Street
Tulsa, OK 74136
918-292-8158
Fax: 918-292-8158
Email: kyar@yarlawfirm.com

Daniel F. Perez
Texas State Bar No. 15776380
**The Perez Law Firm**
6131 Park Lane
Dallas, Texas 75225
Telephone: (214)289-6659 Fax: (214) 521-1128 E-mail: dan@pereziplaw.com

Andrew W. Spangler
State Bar No. 24041960
**Spangler Law P.C.**
208 N. Green St., Suite 300
Marshall, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email:spangler@spanglerlawpc.com

Patrick R. Anderson
Michigan Bar No. P68961
4225 Miller Road, Bldg. B-9
Suite 358
Flint, MI 48507

Telephone: (517)303-4806
Fax: (413) 683-0614
E-mail: Patrick@prapllc.com

**ATTORNEYS FOR PLAINTIFF,
BRIGHT RESPONSE, LLC,
FORMERLY KNOWN AS
POLARIS IP, LLC**

CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: July 21, 2008 /s/Mark Dunglinson
Mark Dunglinson