IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE, INC., et al. | NO. 2:07-CV-371-CE<br><br>JURY |

## **ORDER**

CAME BEFORE THE COURT the unopposed Motion of the Plaintiff to amend its Complaint. This unopposed motion is hereby GRANTED.

SIGNED this 21st day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE