IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC<br><br>    v.<br><br>GOOGLE, INC., et al. | NO. 2:07-cv-371-TJW-CE<br><br>JURY |

## **ORDER GRANTING MOTION FOR WITHDRAWAL OF REPRESENTATION**

CAME ON THIS DAY for consideration the Unopposed Motion for Withdrawal of Representation of Danny L. Williams and J. Mike Amerson as attorneys of record for Bright Response, LLC, formerly known as Polaris IP, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion is hereby GRANTED.

SIGNED this 23rd day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE