IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP, LLC <br><br> v. <br><br> GOOGLE, INC., et al. | NO. 2:07-CV-371-TJW-CE <br><br> JURY |

## **ORDER SUBSTITUTING COUNSEL**

Defendants AOL LLC and America Online, Inc. filed their unopposed motion to

substitute counsel pursuant to Local Rule 11(d). Such motion is GRANTED.

It is therefore ORDERED that the law firm of Quinn Emanuel Urquhart Oliver &

Hedges, LLP and its attorneys of record are permitted to withdraw as counsel of record. The law

firm of Fenwick & West, LLP and the attorneys listed below are substituted as counsel of record:

Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fewnick.com

1

SIGNED this 23rd day of July, 2008.

                                                                                                 CHARLES EVERINGHAM IV  
                                                                                                  UNITED STATES MAGISTRATE JUDGE