# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC,** § § § | | |
| **Plaintiff** § § | | |
| vs. § | NO. 2:07-CV-371-CE | |
| **GOOGLE INC., et al,** § § | JURY | |
| **Defendants.** § § | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendants Google Inc., Yahoo! Inc., AOL LLC and America Online, Inc. (collectively "Defendants") hereby move the Court to enlarge the time within which Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement to and including August 20, 2008.

Counsel for Plaintiff Bright Response, LLC f/k/a Polaris IP, LLC, is unopposed to this request.

Defendants seek this extension of time not for delay, but for good cause and that justice may be served.

Accordingly, Defendants respectfully request that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement until August 20, 2008. An order reflecting the requested relief is attached for the Court's convenience.

Dated: July 24, 2008	Respectfully submitted,

/s/ Darryl M. Woo_____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:	(415) 875-2300
Facsimile:	(415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:	(650) 988-8500
Facsimile:	(650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fenwick.com

COUNSEL FOR GOOGLE INC., AOL LLC
and AMERICA ONLINE, INC.

Dated: July 24, 2008                    Respectfully submitted,


                                        <u>/s/ Jason White, *with permission by*</u>
                                        <u>*Darryl M. Woo*</u>
                                        Michael E. Jones, TX Bar No. 10929400
                                        POTTER MINTON
                                        A Professional Corporation
                                        110 N. College, Suite 500 (75702)
                                        P. O. Box 359
                                        Tyler, Texas 75710
                                        Telephone:     (903) 597-8311
                                        Facsimile:     (903) 593-0846
                                        mikejones@potterminton.com

                                        Jason White
                                        HOWREY LLP
                                        321 North Clark Street, Suite 3400
                                        Chicago, IL 60610-2402
                                        Telephone:     (312) 846-5680
                                        Facsimile:     (312) 602-3986
                                        whitej@howrey.com

                                        COUNSEL FOR YAHOO! INC.

# CERTIFICATE OF CONFERENCE

Defendants Google Inc., Yahoo! Inc., AOL LLC and America Online, Inc., have conferred by telephone and/or email with plaintiff Bright Response, LLC, f/k/a Polaris IP, LLC, and this Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Amended Complaint is unopposed.

Dated: July 24, 2008

Respectfully submitted,

/s/ C. J. Alice Chuang _____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fenwick.com

COUNSEL FOR GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.

Dated: July 24, 2008						Respectfully submitted,

/s/ Jason White, *with permission by Darryl M. Woo*
Michael E. Jones, TX Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
Telephone:	(903) 597-8311
Facsimile:	(903) 593-0846
mikejones@potterminton.com

Jason White
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610-2402
Telephone:	(312) 846-5680
Facsimile:	(312) 602-3986
whitej@howrey.com

COUNSEL FOR YAHOO! INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 24th day of July.

Dated: July 24, 2008

Respectfully submitted,

/s/ Eric J. Ball _____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:     (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fenwick.com

COUNSEL FOR GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.