IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BRIGHT RESPONSE, LLC | |
|---|---|
| v. | 2:07-CV-371-CE |
| GOOGLE INC., et al. | JURY |

## **<u>UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER</u>**

Plaintiff, Bright Response, LLC moves for entry of the Agreed Protective Order submitted herewith. This Motion is unopposed.

Respectfully submitted,

By: _/s/ John J. Edmonds_____
Andrew W. Spangler – LEAD COUNSEL
State Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
R.I. Bar No. 6625
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247
david@pridhamiplaw.com

Daniel F. Perez
Texas Bar No. 15776380
THE PEREZ LAW FIRM
6131 Park Lane
Dallas, Texas 75225
(214) 289-6659
(214) 521-1128 (fax)
dan@pereziplaw.com

John J. Edmonds
Texas Bar No. 00789758
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

**COUNSEL FOR PLAINTIFF
BRIGHT RESPONSE LLC, F/K/A
POLARIS IP, LLC**

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendants have conferred by telephone and e-mail and this motion is unopposed.

July 25, 2008                                             /s/ John J. Edmonds_____
                                                         John J. Edmonds

### CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

July 25, 2008                                             /s/ John J. Edmonds_____
                                                         John J. Edmonds