# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BRIGHT RESPONSE, LLC F/K/A** | § | |
| **POLARIS IP, LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | NO. 2:07-CV-371-CE |
| | § | |
| **GOOGLE INC., et al,** | § | JURY |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

The Court, having considered the Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Amended Complaint, hereby GRANTS the motion.

Defendants Google Inc., Yahoo! Inc., AOL LLC and America Online, Inc. shall answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement on or before August 20, 2008.

SIGNED this 5th day of August, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE