# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**BRIGHT RESPONSE, LLC**
**F/K/A POLARIS IP, LLC**

        **Plaintiff,**

v.

**GOOGLE, INC. et al.**

        **Defendants.**

Case No. 2:07-cv-371-TJW-CE

**JURY TRIAL DEMANDED**

## NOTICE OF DISCLOSURE

Yahoo hereby certifies that its disclosures, pursuant to P. R. 3-3 and 3-4, were served on Plaintiff's counsel via email and overnight courier on August 7, 2008.

Dated: August 7, 2008

    s/Jason C. White
Jason C. White
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
(312) 595-1239
(312) 595-2250(Facsimile)
whitej@howrey.com

Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record via the Court's CM/EMF system on August 7, 2008.

                                                                s/Jason C. White
                                                                 Jason C. White