# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC,** § § § | |
| **Plaintiff** § § | |
| **vs.** § | **NO. 2:07-CV-371-CE** |
| **GOOGLE INC., et al,** § § | **JURY** |
| **Defendants.** § § | |

## NOTICE OF DISCLOSURE

Google Inc. hereby certifies that its disclosures, pursuant to P.R. 3-3 and 3-4, were served on Plaintiff's counsel via email and overnight courier on August 7, 2008.

Dated: August 8, 2008

Respectfully submitted,

/s/ Darryl M. Woo_____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fenwick.com

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

COUNSEL FOR GOOGLE INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 8th day of August.

Dated: August 8, 2008                Respectfully submitted,

/s/ Eric Ball_____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5092

COUNSEL FOR GOOGLE INC.