IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC,** | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | NO. 2:07-CV-371-CE |
| **GOOGLE INC., et al,** | § § | JURY |
| **Defendants.** | § § | |

## NOTICE OF DISCLOSURE

AOL, LLC and America Online, Inc. hereby certifies that their disclosures, pursuant to P.R. 3-3 and 3-4, were served on Plaintiff's counsel via email and overnight courier on August 7, 2008.

Dated: August 8, 2008                    Respectfully submitted,

                      /s/ Darryl M. Woo_____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fenwick.com

COUNSEL FOR AOL, LLC AND AMERICA ONLINE, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 8th day of August.

Dated: August 8, 2008

Respectfully submitted,

/s/ Eric Ball_____
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael Sacksteder, CA Bar No. 191605
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, Texas Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chaung, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achaung@fenwick.com
eball@fewnick.com

COUNSEL FOR AOL, LLC AND AMERICA ONLINE, INC.