IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE, INC., et al. | NO. 2:07-CV-371-TJW-CE<br><br>JURY |
|---|---|

## **ORDER**

The Court, having considered the Consent Motion to Extend Discovery Deadlines and Allow For Amendment of the Parties' Infringement and Invalidity Contentions, hereby GRANTS the motion.

It is therefore ORDERED as follows:

(1) The parties' time to comply with the Court's mandatory disclosure requirements under Paragraph 3 of the Court's Discovery Order is extended 60-days until October 14, 2008.

(2) Defendants will provide supplemental responses to Bright Response's First Set of Interrogatories, including the identification of documents by bates ranges, subject to each of the Defendants' General and Specific Objections by October 14, 2008.

(3) Within 60-days after the production of source code, if any, Plaintiff may supplement its Infringement Contentions with respect to the produced source code. Plaintiff's supplementation shall comply with Section II, P.R. 3-1(h) of Appendix C from the Court's Standard Discovery Order.

1

(4) Within 60-days after Plaintiff serves its amended Infringement Contentions pursuant to paragraph (3) above, each Defendant opposing a claim of patent infringement may serve supplemental Invalidity Contentions pursuant to Section II, P.R. 3-3(f) of Appendix C from the Court's Standard Discovery Order.

SIGNED this 19th day of August, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE