# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,** | |
| **Plaintiff,** | Civil Action No. 2:07-cv-371-TJW-CE |
| **v.** | |
| **GOOGLE INC., et al.;** | |
| **Defendants.** | |
| | **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, Polaris IP, LLC, moves this court for an order permitting the withdrawal of Kajeer Yar from representation of Polaris in this action. Plaintiff's other counsel remain of record.

Polaris does not oppose the withdrawal, and the withdrawal of Kajeer Yar will not have a materially adverse affect on Polaris as it is still represented by competent counsel who are fully capable of representing the interests of Polaris. The Defendants are unopposed to this motion.

Additionally, Polaris requests that Kajeer Yar no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, Polaris requests this Court to grant the Motion to Withdraw.

Dated:  September 17, 2008                    Respectfully submitted,

By: \s\ *Kajeer Yar*
    Kajeer Yar
    State Bar No. 24025838
    2431 East 61st Street, Suite 320
    Tulsa, Oklahoma 74136
    Telephone: (918) 292-8158
    Facsimile: (918) 292-8158
    E-mail:  kyar@yarlawfirm.com

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of September, 2008, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

\s\ *Kajeer Yar*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

September 17, 2008                    */s/Kajeer Yar*