# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GOOGLE INC., et al.;**<br><br>    Defendants. | Civil Action No. 2:07-cv-371-TJW-CE<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Attorney of Kajeer Yar, attorney of record for Polaris IP, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion be and the same is hereby GRANTED.

SIGNED this 18th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE