UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS IP § | |
|    *Plaintiff,* § | |
| § | |
| vs. § | Civil Action No. 2:07cv371 |
| § | |
| GOOGLE, INC., et al § | |
|    *Defendants.* § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendants, AOL, LLC and America Online, Inc., move this Court for an order granting the withdrawal of Harry L. Gillam, Jr. as attorney of record in the above cause due to the fact that the law firm of Gillam & Smith will no longer represent AOL, LLC and America Online, Inc. in this action.

Wherefore, premises considered, AOL, LLC and America Online, Inc. move the court for an order discharging Harry L. Gillam, Jr. as their attorney of record, and granting such other relief as the court may deem proper. Additionally, the defendants request that Harry L. Gillam, Jr. no longer receive electronic notices regarding this matter.

                                                                         Respectfully submitted,

                                                                         _____/s/_____
                                                                         Harry L. Gillam, Jr.
                                                                         Texas State Bar No. 07921800
                                                                         GILLAM & SMITH, L.L.P.
                                                                         303 South Washington Avenue
                                                                         Marshall, Texas 75670
                                                                         PHONE: (903) 934-8450
                                                                         FAX: (903) 934-9257
                                                                         gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 18th day of September, 2008.

      /s/
      Harry L. Gillam, Jr.