**Appendix K**  Revised: 1/24/07

2-1-4076

FILED-CLERK
U.S. DISTRICT COURT
2008 SEP 10 AM 11: 21
TX EASTERN-MARSHALL
BY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>MARSHALL</u> DIVISION

**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # __2:07-cv-371-CE__
   Style: <u>Polaris IP, LLC vs. Google Inc., et al.</u>

2. Applicant is representing the following party/ies:   <u>Google, Inc.; AOL LLC</u>

3. Applicant was admitted to practice in __CA__ (state) on __1999__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    __Court of Appeals, Federal Circuit; Court of Appeals, 9th Cir.; Northern District California; Supreme Court California__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Jennifer Kash__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __Sept. 5, 2008__   Signature _____

  Name (please print) __Jennifer Kash__
  State Bar Number __CA 203679__
  Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
  Address/P.O. Box: __50 California St, 22nd fl.__
  City/State/Zip: __San Francisco, CA 94111__
  Telephone #: __(415) 875-6600__
  Fax #: __(415) 875-6700__
  E-mail Address: __jenniferkash@quinnemanuel.com__
  Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above This application has been approved for the court on: __9-10-08__

  David J Maland, Clerk
  U.S. District Court, Eastern District of Texas

  By _____
  Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004076

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Friday, September 12, 2008

Received from:

**QUIN EMANUEL**

**SAN FRANCISCO, CA**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 2:07cv371 PHV KASH

Comments: CK 40777

Received by: **pa**