**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC,<br><br>Plaintiff,<br>v.<br><br>GOOGLE INC., ET AL.,<br><br>Defendants. | §§§§§§§§§§§§§ | No. 2:07-cv-00371-CE<br><br>Jury Demanded |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>DEFENDANTS AOL LLC AND AMERICA ONLINE, INC.</u>**

Defendants AOL LLC and America Online, Inc. file this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for AOL LLC and America Online, Inc. in the above-referenced matter.

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092

ATTORNEY FOR DEFENDANTS
AOL LLC and AMERICA ONLINE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 19th day of September, 2008.

*/s/ Jennifer Parker Ainsworth*_____
Jennifer Parker Ainsworth