**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § § | |
| Defendants. | § § | Jury Demanded |

**DEFENDANTS GOOGLE INC., AOL LLC, AND AMERICA ONLINE, INC.'S
<u>UNOPPOSED MOTION TO SUBSTITUTE COUNSEL</u>**

PLEASE TAKE NOTICE that Defendants Google Inc., AOL LLC, and America Online, Inc. hereby move pursuant to Local Rule 11(d) for substitution of counsel.

Google Inc., AOL LLC, and America Online, Inc. request that Darryl Woo, Michael Sacksteder, Tyler Baker, Saina Shamilov, C. J. Alice Chuang, and Eric Ball of Fenwick & West LLP be permitted to withdraw as counsel for Google Inc., AOL LLC, and America Online, Inc.; and Harry Lee Gillam, Jr. of Gillam & Smith, LLP be permitted to withdraw as counsel for AOL LLC and America Online, Inc.  Google Inc., AOL LLC, and America Online, Inc. further request that the following law firms and attorneys be substituted as attorneys of record:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California St, 22nd Floor
San Francisco, CA 94111
Phone: 415-875-6600
Fax:    415-875-6700

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Phone: (903) 509-5000
Fax: (903) 509-5092


Dated: September 19, 2008

Respectfully submitted,

By: */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

By: */s/ Michael Sacksteder*
  *(with permission, JPA)*
Darryl M. Woo, CA Bar No. 100513
LEAD ATTORNEY
Michael J. Sacksteder, CA Bar No. 191605
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
dwoo@fenwick.com
msacksteder@fenwick.com

Tyler A. Baker, TX Bar No. 01595600
Saina S. Shamilov, CA Bar No. 215636
C. J. Alice Chuang, CA Bar No. 228556
Eric J. Ball, CA Bar No. 241327
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com
sshamilov@fenwick.com
achuang@fenwick.com
eball@fenwick.com

By:   */s/ Jennifer A. Kash*
*(with permission, JPA)*
Charles K. Verhoeven, CA Bar No. 170151
LEAD ATTORNEY
Jennifer A. Kash, CA Bar No. 203679
David A. Perlson, CA Bar No. 209502
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
jenniferkash@quinnemanuel.com
davidperslon@quinnemanuel.com

ATTORNEYS FOR DEFENDANTS
GOOGLE INC., AOL LLC, and
AMERICA ONLINE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 19th day of September, 2008.

*/s/ Jennifer P. Ainsworth*_____
Jennifer P. Ainsworth

## **CERTIFICATE OF CONFERENCE**

This is to certify that Jennifer A. Kash conferred with counsel for plaintiff Polaris IP, LLC on September 9, 2008 concerning this motion and counsel does not oppose the motion.

*/s/ Jennifer P. Ainsworth*____
Jennifer P. Ainsworth