# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **POLARIS IP** § | |
|    *Plaintiff,* § | |
| § | |
| vs. § | Civil Action No. 2:07cv371 |
| § | |
| **GOOGLE, INC., et al** § | |
|    *Defendants.* § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this date came on for consideration the Motion to Withdraw filed by Harry L. Gillam, Jr. as counsel for AOL, LLC and America Online, Inc. Having considered the Motion, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that said Motion is GRANTED, and that Harry L. Gillam, Jr. shall no longer be named as counsel for Defendants, AOL, LLC and America Online, Inc., in this matter and shall no longer receive electronic notices in regard to this matter.

SIGNED this 22nd day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE