## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS IP, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-371-CE |
| | § | |
| (1)  GOOGLE INC.; | § | |
| (2)  YAHOO! INC.; | § | |
| (3)  AMAZON.COM, INC.; | § | |
| (4)  A9.COM, INC.; | § | |
| (5)  BORDERS, INC.; | § | |
| (6)  BORDERS GROUP, INC.; | § | |
| (7)  AOL LLC; | § | |
| (8)  AMERICAN ONLINE, INC.; | § | |
| (9)  IAC/INTERACTIVE CORP; AND | § | |
| (10) IAC SEARCH AND MEDIA, INC. | § | |

## **ORDER**

Before the Court are Defendants' Motions (Nos. 37, 39, 40) to Dismiss or, in the Alternative, for a More Definite Statement, to Strike, and to Stay Discovery.  For the reasons stated below, the undersigned denies the Motions to Dismiss and the Motion for a More Definite Statement, to Strike, and to Stay Discovery.

In *FotoMedia v. AOL*, the defendants asked this Court to heighten the pleading standards for willful infringement and indirect infringement claims in light of *Bell Atlantic v. Twombly*.  *See FotoMedia Technologies, LLC v. AOL, LLC*, 2008 WL 4135906 (E.D. Tex. 2008), *Bell Atl. Corp. v. Twombly*, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2008). The Defendants in this case are asking the Court to impose similar, heightened standards.  In *FotoMedia*, this Court rejected that request in light of a recent Federal Circuit decision.  *FotoMedia*, 2008 WL 4135906, *McZeal v. Sprint Nextel Corp.*, 501 F.3d 1354 (Fed. Cir. 2007).  For the same reasons as discussed in *FotoMedia*, the Court denies Defendants' Motion.

SIGNED this 23rd day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE