IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| POLARIS IP, LLC | |
|---|---|
| v. | NO. 2:07-CV-371-CE |
| GOOGLE, INC., et al. | JURY |

## UNOPPOSED MOTION TO MODIFY CASE STYLE

Plaintiff Bright Response, LLC (formerly known as Polaris IP, LLC) respectfully submits this unopposed motion as follows:

Plaintiff has changed its name with the Texas Secretary of State from Polaris IP, LLC to Bright Response, LLC. So that the style of this case reflects the correct name of the Plaintiff, and in order to avoid any potential jury confusion over same, Plaintiff requests, and Defendants do not oppose, modifying the style of this case to be as follows: "Bright Response, LLC v. Google, Inc., et al."

Plaintiff thus requests entry of the proposed order submitted herewith, which would affect the foregoing modification.

September 30, 2008                     Respectfully submitted,

                                                  BRIGHT RESPONSE, LLC

                                                  By: /s/ John J. Edmonds
                                                  Andrew W. Spangler
                                                  State Bar No. 24041960
                                                  Spangler Law P.C.
                                                  208 N. Green Street, Suite 300
                                                  Longview, Texas 75601
                                                  Telephone: (903) 753-9300
                                                  Facsimile: (903) 553-0403
                                                  spangler@spanglerlawpc.com

1

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Facsimile: (401) 633-7247
david@pridhamiplaw.com

Jonathan T. Suder
Michael T. Cooke
Karolyne Hu Cheng
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
cheng@fsclaw.com

Daniel F. Perez
The Perez Law Firm
6131 Park Lane
Dallas, TX 75225
Ph. (214) 289-6659
Fax: (214) 521-1128
dan@pereziplaw.com

John J. Edmonds
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
johnedmonds@edmondslegal.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd., Bldg. B-9, Suite 358
Flint, MI 48507
Ph. 517-303-4806
Fax 248-928-9239
patrick@prapllc.com

Counsel for Plaintiff Bright Response, LLC

f/k/a Polaris IP, LLC

**CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for all Defendants and this motion is unopposed.

September 30, 2008 /s/ John J. Edmonds
John J. Edmonds

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 30, 2008 /s/ John J. Edmonds
John J. Edmonds