IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| POLARIS IP, LLC | |
|---|---|
| v. | NO. 2:07-CV-371-CE |
| GOOGLE, INC., et al. | JURY |

### ORDER

Came before the Court the Plaintiff's unopposed motion to modify the style of this case. The unopposed motion is GRANTED. It is ORDERED that the clerk of Court shall take note that the style of this case is now: "Bright Response, LLC v. Google, Inc., et al."

SIGNED this 2nd day of October, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE