2-1-41 87

Appendix K                                                              Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>MARSHALL</u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2008 OCT 26 AM 10:04

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # __2:07-CV-371-CE__
Style: __Bright Response, LLC v. Google Inc., et al.__
2. Applicant is representing the following party/ies: __Google Inc__
3. Applicant was admitted to practice in __CA__ (state) on __December 2, 2003__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__State Bar of California, Northern District of California, Southern District of California__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Andrea Pallios Roberts__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10/23/08__                                   Signature __Andrea Pallios Roberts__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Andrea Pallios Roberts__
State Bar Number __CA 228128__
Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
Address/P.O. Box: __555 Twin Dolphin Drive, Suite 560__
City/State/Zip: __Redwood Shores, CA 94065__
Telephone #: __(650) 801-5000__
Fax #: __(650) 801-5100__
E-mail Address: __andreaproberts@quinnemanuel.com__
Secondary E-Mail Address: __sandramontoya@quinnemanuel__.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __10-26-01__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

**Receipt for Payment**  Receipt No: 2-1-0004181

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Monday, October 27, 2008**

Received from:

**QUINN EMANUEL**

**LOS ANGELES, CA**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: **Check**

Case or other reference: **2:07cv371 (4) Cannon Roberts**

Comments: **ck12172 12173 12174 12175**
**Perlson Roberts**

Received by: **pa**