IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br><br>v.<br><br>GOOGLE, INC., et al. | NO. 2:07-CV-371-CE<br><br>JURY |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

The Plaintiff, Bright Response, LLC, respectfully requests, and Defendant Google, Inc. ("Google") does not oppose, an extension of time for Plaintiff to respond to Google's Motion for Protective Order from December 3, 2008 until December 5, 2008.

Wherefore, premises considered, Plaintiff requests the foregoing relief.

Dated:  December 2, 2008           Respectfully submitted,

                                   BRIGHT RESPONSE, LLC

                                   By:  /s/ John J. Edmonds
                                   Andrew W. Spangler
                                   Spangler Law P.C.
                                   208 N. Green Street, Suite 300
                                   Longview, Texas 75601
                                   Telephone: (903) 753-9300
                                   Facsimile:  (903) 553-0403
                                   spangler@spanglerlawpc.com

                                   David M. Pridham
                                   Law Office of David Pridham
                                   25 Linden Road
                                   Barrington, Rhode Island 02806
                                   Telephone: (401) 633-7247
                                   Facsimile:  (401) 633-7247
                                   david@pridhamiplaw.com

1

Jonathan T. Suder
Michael T. Cooke
Karolyne Hu Cheng
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
cheng@fsclaw.com

Daniel F. Perez
The Perez Law Firm
6131 Park Lane
Dallas, TX 75225
Ph. (214) 289-6659
Fax: (214) 521-1128
dan@pereziplaw.com

John J. Edmonds
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
johnedmonds@edmondslegal.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd., Bldg. B-9, Suite 358
Flint, MI 48507
Ph. 517-303-4806
Fax 248-928-9239
patrick@prapllc.com

Counsel for Plaintiff Bright Response, LLC

### CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Google and this motion is unopposed.

December 2, 2008  /s/ John J. Edmonds

John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 2, 2008                    /s/ John J. Edmonds
                                    John J. Edmonds