IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BRIGHT RESPONSE, LLC

v.                                                    NO. 2:07-CV-371-CE

GOOGLE, INC., et al.                                  JURY

## <u>ORDER</u>

Came before the Court, Plaintiff's Unopposed Motion for Extension of Time to Respond to Google, Inc.'s Motion for Protective Order. The Unopposed Motion is GRANTED. It is ORDERED that Plaintiff has an extension of time to file its response to Google's Motion for Protective Order up to and including December 5, 2008.

SIGNED this 4th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE