#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC <br> F/K/A POLARIS IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., ET AL., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § No. 2:07-cv-00371-CE <br> § <br> § <br> § <br> § Jury Demanded |

### JOINT MOTION TO EXTEND DEADLINES REGARDING
### <u>GOOGLE'S MOTION FOR PROTECTIVE ORDER [DKT #164]</u>

Plaintiff Bright Response, LLC ("Bright Response") and Defendant Google Inc. file this Joint Motion to Extend Deadlines Regarding Google's Motion for Protective Order Barring Discovery of Google's First Amendment Privileged and Irrelevant Lobbying Activities ("Motion for Protective Order") [Dkt #164].

Defendant Google has requested an extension of time to file its Reply brief in regard to the Motion for Protective Order. Plaintiff Bright Response has agreed to extend that deadline to December 18, 2008.

Plaintiff Bright Response has requested and extension of time to file its Sur-Reply brief in regard to the Motion for Protective Order. Defendant Google has agreed to extend that deadline to January 2, 2009.

Accordingly, Defendant Google respectfully requests that it be granted an extension of time to file its Reply brief in regard to the Motion for Protective Order to December 18, 2008.

Plaintiff Bright Response respectfully requests that it be granted an extension of time to file its Sur-Reply brief in regard to the Motion for Protective Order to January 2, 2009.

DATED: December 15, 2008              Respectfully submitted,

    By  */s/ Jennifer Parker Ainsworth*
       Jennifer Parker Ainsworth
       Texas State Bar No. 00784720
       jainsworth@wilsonlawfirm.com
       WILSON, ROBERTSON & CORNELIUS, P.C.
       P.O. Box 7339
       Tyler, Texas 75711
       Telephone: (903) 509-5000
       Facsimile: (903) 509-5092

       Charles K. Verhoeven, *pro hac vice*
       charlesverhoeven@quinnemanuel.com
       David A. Perlson, *pro hac vice*
       davidperlson@quinnemanuel.com
       Jennifer A. Kash, *pro hac vice*
       jenniferkash@quinnemanuel.com
       Antonio Sistos, *pro hac vice*
       antoniosistos@quinnemanuel.com
       Jamena Scott-Pirone
       jamenapirone@quinnemanuel.com
       QUINN EMANUEL URQUHART OLIVER &
       HEDGES, LLP
       50 California Street, 22nd Floor
       San Francisco, California 94111
       Telephone: (415) 875-6600
       Facsimile: (415) 875-6700

       Andrea P. Roberts, *pro hac vice*
       andreaproberts@quinnemanuel.com
       Brian C. Cannon, *pro hac vice*
       briancannon@quinnemanuel.com
       QUINN EMANUEL URQUHART OLIVER & HEDGES
       555 Twin Dolphin Drive, Suite 560
       Redwood Shores, CA 94065
       Telephone: 650-801-5000
       Facsimile: 650-801-5100

       COUNSEL FOR DEFENDANT GOOGLE INC.

DATED: December 15, 2008  Respectfully submitted,

By  */s/ Andrew W. Spangler*
  *(by permission, Jennifer Parker Ainsworth)*
  Andrew W. Spangler – LEAD COUNSEL
  SPANGLER LAW P.C.
  208 N. Green Street, Suite 300
  Longview, Texas 75601
  Telephone: 903-753-9300
  Facsimile: 903-553-0403
  spangler@spanglerlawpc.com

  Jonathan T. Suder
  Michael T. Cooke
  Karolyne H. Cheng
  FRIEDMAN, SUDER & COOKE
  604 East Fourth St., Ste. 200
  Fort Worth, Texas 76102
  Telephone: 817-334-0400
  Facsimile: 817-334-0401
  jts@fsclaw.com
  mtc@fsclaw.com
  cheng@fsclaw.com

  David M. Pridham
  LAW OFFICE OF DAVID PRIDHAM
  25 Linden Road
  Barrington, Rhode Island 02806
  Telephone: 401-633-7247
  Facsimile: 401-633-7247
  david@pridhamiplaw.com

  Daniel F. Perez
  THE PEREZ LAW FIRM
  6131 Park Lane
  Dallas, Texas 75225
  Telephone: 214-289-6659
  Facsimile: 214-521-1128
  dan@pereziplaw.com

John J. Edmonds
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: 713-858-3320
Facsimile: 832-415-2535
johnedmonds@edmondslegal.com

COUNSEL FOR PLAINTIFF BRIGHT RESPONSE, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 15th day of December, 2008.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth