UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>*Formerly known as*<br>POLARIS LP, LLC<br><br>      v.<br><br>GOOGLE INC., et al. | No. 2:07-cv-371-TJW-CE |

## **PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Plaintiff files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Jonathon T. Suder, Karolyne Hu Cheng, Michael T. Cooke, and the Friedman Suder & Cooke law firm be permitted to withdraw herein as counsel of record for Bright Response, LLC in the above-captioned matter. Defendants consent to this request and Plaintiff is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record. Defendants do not oppose this motion.

Respectfully submitted,

By: /s/ Andrew W. Spangler
　　　Andrew W. Spangler
　　　State Bar No. 24041960
　　　**Spangler Law P.C.**
　　　208 N. Green St., Suite 300
　　　Marshall, TX 75601
　　　Telephone: (903) 753-9300
　　　Facsimile: (903) 553-0403
　　　Email:spangler@spanglerlawpc.com

**ATTORNEYS FOR PLAINTIFF
BRIGHT RESPONSE, LLC**

1

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ Andrew W. Spangler
                                                Andrew W. Spangler