# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC <br> F/K/A POLARIS IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., ET AL., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § No. 2:07-cv-00371-CE <br> § <br> § <br> § Jury Demanded |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES REGARDING GOOGLE'S MOTION FOR PROTECTIVE ORDER [DKT #164]

Before this Court is Plaintiff Bright Response, LLC ("Bright Response") and Defendant Google Inc.'s ("Google") Motion for Protective Order Barring Discovery of Google's First Amendment Privileged and Irrelevant Lobbying Activities ("Motion for Protective Order") [Dkt #164].

Therefore it is hereby ORDERED that:

1) Defendant Google's Reply brief regarding the Motion for Protective Order is to be filed by December 18, 2008.

2) Plaintiff Bright Response's Sur-Reply brief regarding the Motion for Protective Order is to be filed by January 2, 2009.

SIGNED this 19th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE