UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>*Formerly known as*<br>POLARIS LP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | No. 2:07-cv-371-TJW-CE |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the unopposed Motion to Withdraw as Counsel of Plaintiff Bright Response, LLC. After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Jonathon T. Suder, Karolyne Hu Cheng, Michael T. Cooke, and the Friedman Suder & Cooke law firm be allowed to withdraw and are withdrawn as attorneys of record for Plaintiff PA Advisors, LLC in the above referenced matter.

SIGNED this 19th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE