UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE, INC., et al.<br><br>　　　　　Defendants. | Civil Action No. 2:07-CV-00371-CE<br><br>JURY TRIAL REQUESTED |

## **UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants Google Inc. and AOL, LLC ("Google and AOL") respectfully request that Jamena Scott-Pirone be permitted to withdraw as counsel of record for Google and AOL in this matter. The reason for this request is that Ms. Pirone has terminated her employment with Quinn Emanuel Urquhart Oliver & Hedges, LLP.

No other changes are requested regarding the other attorneys acting as counsel of record. Plaintiff does not oppose this motion.

Further, the clerk is requested to terminate ECF/CM notices as to Jamena Scott-Pirone for this civil action.

51452/2920009.1

DATED:  May 18, 2009        By  */s/ Jennifer Parker Ainsworth*
                                                Jennifer Parker Ainsworth
                                                Texas State Bar No. 00784720
                                                jainsworth@wilsonlawfirm.com
                                                WILSON, ROBERTSON & CORNELIUS, P.C.
                                                P.O. Box 7339
                                                Tyler, Texas 75711
                                                Telephone:  (903) 509-5000
                                                Facsimile:   (903) 509-5092

                                                Charles K. Verhoeven, *pro hac vice*
                                                David A. Perlson, *pro hac vice*
                                                Jennifer A. Kash, *pro hac vice*
                                                Brian C. Cannon, *pro hac vice*
                                                Antonio R. Sistos, *pro hac vice*
                                                Andrea Pallios-Roberts, *pro hac vice*
                                                David Tayler Rudolph, *pro hac vice*
                                                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                                                50 California Street, 22nd Floor
                                                San Francisco, California  94111
                                                Telephone:     (415) 875-6600
                                                Facsimile:      (415) 875-6700

                                                Attorneys for Defendants
                                                Google Inc. and AOL, LLC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 18th day of May, 2009.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for defendants Google Inc. and AOL, LLC has conferred with counsel for plaintiff Bright Response, LLC concerning this motion and they do not oppose the motion.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth