UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE, INC., et al.<br><br>        Defendants. | Civil Action No. 2:07-CV-00371-CE<br><br>JURY TRIAL REQUESTED |

## **ORDER**

Before the Court is the Unopposed Motion for Withdrawal of Counsel of Jamena Scott-Pirone as attorney of record for Google Inc. and AOL, LLC.

After careful consideration and with good cause shown, the Court hereby GRANTS the motion and Jamena Scott-Pirone is withdrawn as counsel for Google Inc. and AOL, LLC.

SIGNED this 20th day of May, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

51452/2920013.1