IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC | |
| v. | NO. 2:07-CV-371-CE |
| GOOGLE, INC., et al. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Attorney John J. Edmonds respectfully submits this unopposed motion to withdraw as counsel for the Plaintiff, Bright Response, LLC. Plaintiff consents to this withdrawal. The Defendants do not oppose it. Plaintiff's other counsel remain of record.

WHEREFORE, PREMISES CONSIDERED, Attorney John J. Edmonds respectfully requests that he be permitted to withdraw as counsel for Plaintiff.

June 2, 2009                                          Respectfully submitted,

                                                   /s/ John J. Edmonds
John J. Edmonds
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

**COUNSEL FOR PLAINTIFF BRIGHT RESPONSE, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Defendants in accordance with Local Rule CV-7, and this motion is unopposed.

June 2, 2009                                          /s/ John J. Edmonds
John J. Edmonds

## CERTIFICATE OF SERVICE

       I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

June 2, 2009                                      /s/ John J. Edmonds
                                                         John J. Edmonds