IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BRIGHT RESPONSE, LLC

v.

NO. 2:07-CV-371-CE

GOOGLE, INC., et al.

## **ORDER**

Came before the Court the unopposed Motion for attorney John J. Edmonds to withdraw as counsel for the Plaintiff, Bright Response, LLC. The Motion is GRANTED. It is ORDERED that John J. Edmonds is withdrawn as counsel for Plaintiff.

SIGNED this 8th day of June, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE