# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**BRIGHT RESPONSE, LLC**

               **Plaintiff,**

v.

**GOOGLE INC., et al.,**

               **Defendants.**

Civil Action No. 2:07-cv-371-TJW

JURY

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Marc A. Fenster, enters his appearance in the above-referenced proceedings for the Plaintiff, Bright Response, LLC ("Bright"). Bright respectfully requests that the Court take note of this Notice of Appearance and make Marc A. Fenster one of the attorneys of record for Bright in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Marc A. Fenster at the address set forth below.

Dated: June 16, 2009

Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff
BRIGHT RESPONSE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on June 16, 2009with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: June 16, 2009                                /s/ Marc A. Fenster
                                                    Marc A. Fenster