Appendix K

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07

FILED CLERK DISTRICT COURT
2009 JUL -9 AM 8:48
TX EASTERN-MARSHALL
BY _____

1. This application is being made for the following: Case # __2:07-cv-371__
Style: __Bright Response, LLC v. Google Inc., et al.__
2. Applicant is representing the following party/ies: __Bright Response, LLC__
3. Applicant was admitted to practice in __CA__ (state) on __1998__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Central, Southern and Northern District of California, 9th Circuit__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, __Stanley H. Thompson, Jr.__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __July 8, 2009__    Signature _/s/ Stanley Thompson_

Please mail this application to the Clerk's Office that is processing your case. The first digit in your case number is the office code. ex. 1:07-cv-8. The office code is 1. Code Office ------- 1
Beaumont 2    Marshall 4
Sherman 5    Texarkana 6    Tyler
9    Lufkin

U.S. Clerk's Office 300 Willow Street, Suite 104 Beaumont, Texas 77701  U.S. Clerk's Office 100 E. Houston, Room 125 Marshall, Texas 75670  U.S. Clerk's Office 101 E. Pecan, Room 216 Sherman, Texas 75090

U.S. Clerk's Office 500 State Line Avenue Texarkana, Texas 75501  U.S. Clerk's Office 211 West Ferguson Street, Room 106 Tyler, Texas 75702  U.S. Clerk's Office 104 North Third Street Lufkin, Texas 75901

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) **Stanley H. Thompson, Jr.**
State Bar Number **196825 – California**
Firm Name: **RUSS, AUGUST & KABAT**
Address/P.O. Box: **12424 Wilshire Blvd., 12th Floor**
City/State/Zip: **Los Angeles, CA 90025**
Telephone #: **310/826-7474**
Fax #: **310/826-6991**
E-mail Address: **sthompson@raklaw.com**
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **7-10-09**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004804

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Friday, July 10, 2009**

Received from:

**IP NAVIGATION GROUP**
**DALLAS, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07cv371 PHV Thompson**
Comments: **ck 5305**

Received by: **pa**