**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BRIGHT RESPONSE, LLC § <br> F/K/A POLARIS IP, LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> § No. 2:07-cv-00371-CE <br> GOOGLE INC., ET AL., § <br> § <br> Defendants. § Jury Demanded <br> § <br> § <br> § | |

## <u>ORDER SUBSTITUTING COUNSEL</u>

Defendants Google, Inc., AOL LLC, and America Online, Inc. filed their unopposed motion to substitute counsel pursuant to Local Rule 11(d). Such motion is GRANTED.

It is therefore ORDERED that Darryl Woo, Michael Sacksteder, Tyler Baker, Saina Shamilov, C. J. Alice Chuang, and Eric Ball of Fenwick & West LLP are withdrawn as counsel for Google, Inc., AOL LLC, and America Online, Inc., and Harry Lee Gillam, Jr. of Gillam & Smith, LLP is withdrawn as counsel for AOL LLC and America Online, Inc. The following attorneys and law firms are substituted in their place:

> Charles K. Verhoeven
> charlesverhoeven@quinnemanuel.com
> David A. Perlson
> davidperlson@quinnemanuel.com
> Jennifer A. Kash
> jenniferkash@quinnemanuel.com
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> 50 California St, 22nd Floor
> San Francisco, CA 94111
> Phone: 415-875-6600
> Fax:   415-875-6700

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Phone: (903) 509-5000
Fax: (903) 509-5092

SIGNED this 15th day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE