UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BRIGHT RESPONSE, LLC
*Formerly known as*
POLARIS LP, LLC                              No. 2:07-cv-371-TJW-CE

     v.

GOOGLE INC., et al.

## PLAINTIFF'S UNOPPOSED MOTION TO COMPLY WITH P.R. 4-3

Plaintiff hereby moves this Court for an extension of time until August 6, 2009 to comply with the P.R. 4-3 deadline.

Defendants do not oppose this relief and have agreed to Plaintiff's request to extend the deadline to comply with P.R. 4-3 until August 6, 2009. Therefore, Plaintiff respectfully requests that the Court enter the proposed order accompanying this motion.

Respectfully submitted,

By:  /s/ Andrew W. Spangler
       Andrew W. Spangler
       State Bar No. 24041960
       **Spangler Law P.C.**
       208 N. Green St., Suite 300
       Marshall, TX 75601
       Telephone:  (903) 753-9300
       Facsimile:  (903) 553-0403
       Email:spangler@spanglerlawpc.com

       **ATTORNEYS FOR PLAINTIFF**
       **BRIGHT RESPONSE, LLC**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler