UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BRIGHT RESPONSE, LLC
*Formerly known as*
POLARIS LP, LLC

No. 2:07-cv-371-TJW-CE

v.

GOOGLE INC., et al.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPLY WITH P.R. 4-3

On this day, came on to be considered the Unopposed Motion to Comply with P.R. 4-3. After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion to Comply with P.R. 4-3 is GRANTED. The parties will have through August 6, 2009 to comply with P.R. 4-3.

SIGNED this 31st day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE