**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BRIGHT RESPONSE, LLC,** § | Civil Action No. 2:07-cv-371-CE | |
| Plaintiff, § | | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| **GOOGLE, INC., et al.,** § | | |
| Defendants. § | | |

### NOTICE OF APPEARANCE OF JOHN M. BUSTAMANTE

Notice is hereby given that the undersigned attorney, John M. Bustamante of Bustamante, P.C., enters his appearance in this matter for Plaintiff, Bright Response, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 4th day of August, 2009.

                Respectfully submitted,

                BUSTAMANTE, P.C.

                By: \s\ John M. Bustamante
                    John M. Bustamante
                    jmb@BustamanteLegal.com
                    BUSTAMANTE, P.C.
                    54 Rainey Street, No. 721
                    Austin, Texas 78701
                    Tel. 512.940.3753
                    Fax. 512.551.3773
Attorney for Bright Response, LLC

# CERTIFICATE OF SERVICE

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of August, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                      \s\ John M. Bustamante
                                          John M. Bustamante