IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC** <br><br> v. <br><br> **GOOGLE, INC., et al.** | NO. 2:07-CV-371-CE <br><br> JURY |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPLY WITH P.R. 4-3

On this day, came on to be considered the Unopposed Motion to Comply with P.R. 4-3. After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion to Comply with P.R. 4-3 is GRANTED. The parties will have through September 7, 2009 to comply with P.R. 4-3.

SIGNED this 12th day of August, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE