# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

## AGREED MOTION TO WITHDRAW GOOGLE INC.'S MOTION TO QUASH AND FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF GOOGLE'S HIGH-LEVEL EXECUTIVES

Whereas:

1. Google Inc. filed a Motion to Quash and for Protective Order to Preclude Depositions of Google's High Level Executives (Dkt. No. 185) on July 28, 2009.

2. Plaintiff Bright Response LLC has agreed to withdraw the deposition subpoenas to Google's executives without prejudice.

The Parties jointly and respectfully move this Court for an Order withdrawing Google's Motion to Quash and for Protective Order without prejudice.

August 12, 2009                                                  Respectfully submitted,

By: /s/ David A. Perlson
Charles K. Verhoeven, CA Bar No. 170151
LEAD ATTORNEY
David A. Perlson, CA Bar No. 209502
Jennifer A. Kash, CA Bar No. 203679
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com

1

davidperslon@quinnemanuel.com
jenniferkash@quinnemanuel.com
rachelsmith@quinnemanuel.com

Jennifer Parker Ainsworth
TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:  (903) 509-5000
Facsimile:   (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on August 12, 2009, and all parties agree to the Motion.

/s/ David A.Perlson
David A. Perlson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 12 of August, 2009. Local Rule CV-5(a)(3)(A).

/s/ David A. Perlson
David A. Perlson