IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07CV-371-TJW-CE |
|---|---|

### [PROPOSED] ORDER GRANTING AGREED MOTION TO WITHDRAW GOOGLE INC.'S MOTION TO QUASH AND FOR PROTECTIVE ORDER

Before this Court is the Parties' Agreed Motion to Withdraw Google Inc.'s Motion to Quash and for Protective Order To Preclude Depositions of Its High-Level Executives. Having reviewed the Agreed Motion and finding good cause therefor, the Court hereby ORDERS as follows:

The Agreed Motion to Withdraw Google Inc.'s Motion to Quash and for Protective Order To Preclude Depositions of Its High-Level Executives is GRANTED.

SIGNED this 13th day of August, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE