# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC, | § | Civil Action No. 2:07-cv-371-CE |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| | § | |
| vs. | § | |
| GOOGLE INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## GOOGLE'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER PATENT RULE 4-3

TO THE HONORABLE JUDGE OF THIS COURT:

Google Inc. files this unopposed motion and respectfully asks the Court to extend the deadline to submit the Joint Claim Construction and Prehearing Statement under P.R. 4-3 until September 11. Plaintiff and the other Defendants have advised that they do not oppose this motion. Therefore, Google requests that the Court extend the deadline for filing the Joint Claim Construction and Prehearing Statement until September 11, 2009.

DATED: September 9, 2009            Respectfully submitted,

By: /s/ Antonio Sistos

Charles K. Verhoeven, CA Bar No. 170151
LEAD ATTORNEY
David A. Perlson, CA Bar No. 209502
Jennifer A. Kash, CA Bar No. 203679
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor

1

San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperslon@quinnemanuel.com
jenniferkash@quinnemanuel.com
rachelsmith@quinnemanuel.com
antoniosistos@quinnemanuel.com

Jennifer Parker Ainsworth
TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT GOOGLE

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 9th day of September, 2009.

                                                                                               /s/ Antonio Sistos