Polaris IP, LLC v. Google Inc. et al                                                                    Doc. 200

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC, | § | Civil Action No. 2:07-cv-371-CE |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| | § | |
| vs. | § | |
| GOOGLE INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER PATENT RULE 4-3

Google Inc. filed its unopposed motion and asked the Court to extend the deadline to file the Joint Claim Construction and Prehearing Statement under P.R. 4-3 through and until September 11, 2009. Upon consideration, it is hereby ORDERED that said Motion shall be in all things granted, and it is further ORDERED that the deadline for Plaintiff and Defendants to file the Joint Claim Construction and Prehearing Statement under P.R. 4-3 shall be extended until and through September 11, 2009.

SIGNED this 11th day of September, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com