IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BRIGHT RESPONSE, LLC, | § | Civil Action No. 2:07-cv-371-CE |
|---|---|---|
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| vs. | § § | |
| GOOGLE INC., et al., | § § | |
| Defendants. | § § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Bright Response, LLC. ("Bright Response") and Defendants Google, Inc., AOL LLC, America Online, Inc., and Yahoo! Inc. (collectively "Defendants") hereby submit the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 and the Docket Control Order entered June 11, 2008.

### I. CONSTRUCTION OF CLAIM TERMS AND PHRASES ON WHICH THE PARTIES AGREE

| No. | Claim No.[1] | Claim Terms or Phrase | Agreed Construction |
|---|---|---|---|
| 1. | 39 | Fixed data | Data in a predetermined arrangement. |
| 2. | 40 | Variable data | Data in any arrangement. |

### II. THE PARTIES' CONSTRUCTION OF DISPUTED CLAIM TERMS AND PHRASES AND IDENTIFICATION OF EVIDENCE

Pursuant to P.R. 4-3(b), and in the claim chart attached as Exhibit A, the parties designate disputed claim terms and phrases and state their positions on those terms and phrases.

---

[1] Terms and phrases are defined only once, where they first appear.

2995-011 090911 4-3 JT ClaimConstruction Stmt        1

The parties also identify in Exhibit A the intrinsic and extrinsic evidence, if any, upon which they may rely to support their proposed constructions.

### III. LENGTH OF CLAIM CONSTRUCTION HEARING

By its Docket Control Order, the Court set the claim construction hearing to begin at 9:00 a.m. on March 31, 2010. Pursuant to P.R. 4-3(c), the parties request two hours per side for the Markman hearing.

### IV. SUMMARY OF OPINION TO BE OFFERED BY EXPERT WITNESSES

Neither party anticipates calling any witnesses at the Claim Construction Hearing.

### V. OTHER ISSUES

Pursuant to P.R. 4-3(e), the parties state that at present they are unaware of any additional issues which might require the scheduling of a prehearing conference.

Respectfully submitted, this the 11th day of September, 2009.

| | |
|---|---|
| By: /s/Stanley H. Thompson, Jr.<br>Marc A. Fenster, CA Bar # 181067<br>E-mail: mfenster@raklaw.com<br>Stanley H. Thompson, Jr., CA Bar # 198825<br>Email: sthompson@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: 310/826-7474<br>Facsimile: 310/826-6991<br><br>Andrew W. Spangler - Lead Counsel<br>TX Bar # 24041960<br>E-mail: spangler@spanglerlawpc.com<br>SPANGLER LAW P.C. | Charles K. Verhoeven, CA Bar # 170151<br>LEAD ATTORNEY<br>David A. Perlson, CA Bar # 209502<br>Jennifer A. Kash, CA Bar # 203679<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415/875-6600<br>Facsimile: 415/875-6700<br>charlesverhoeven@quinnemanuel.com<br>davidperslon@quinnemanuel.com<br>jenniferkash@quinnemanuel.com<br>rachelsmith@quinnemanuel.com |

| | |
|---|---|
| 208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>Telephone: 903/753-9300<br>Facsimile: 903/553-0403<br><br>David M. Pridham, R.I. Bar # 6625<br>E-mail: david@pridhamiplaw.com<br>LAW OFFICE OF DAVID PRIDHAM<br>25 Linden Road<br>Barrington, Rhode Island 02806<br>Telephone: 401/633-7247<br>Facsimile: 401/633-7247<br><br>John M. Bustamante, TX Bar No. 24040618<br>E-mail: jmb@BustamanteLegal.com<br>BUSTAMANTE, P.C.<br>54 Rainey Street, No. 721<br>Austin, Texas 78701<br>Telephone: 512/940-3753<br>Facsimile: 512/551-3773<br><br>Ari Rafilson, TX State Bar No. 24060456<br>Email: ari@rafilsonlawpllc.com<br>THE RAFILSON LAW FIRM, PLLC<br>1318 Royal Palm Lane<br>Carrollton, Texas 75007<br>Telephone: 214/789-4035<br>Facsimile: 972/236-5397<br><br>Attorneys for Plaintiff<br>BRIGHT RESPONSE, LLC | Jennifer Parker Ainsworth, TX Bar # 00784720<br>WILSON, ROBERTSON & CORNELIUS, P.C.<br>P.O. Box 7339<br>Tyler, Texas 75711<br>Telephone: 903/509-5000<br>Facsimile: 903/509-5092<br>jainsworth@wilsonlawfirm.com<br><br>Attorneys for Defendants GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.<br><br>Jason C White<br>HOWREY LLP – Chicago<br>321 North Clark Street, Suite 3400<br>Chicago, Illinois 60610<br>Telephone: 312/595-1239<br>Facsimile: 312/595-2250<br>whitej@howrey.com<br><br>John Frederick Bufe<br>Michael Edwin Jones<br>POTTER MINTON PC<br>110 N College, Suite 500<br>PO Box 359<br>Tyler, Texas 75710-0359<br>Telephone: 903/597-8311<br>Facsimile: 903/593-0846<br>johnbufe@potterminton.com<br>mikejones@potterminton.com<br><br>Attorneys for Defendant<br>YAHOO!, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 11th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.

By: /s/Stanley H. Thompson, Jr.
Stanley H. Thompson, Jr.