# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

## AGREED MOTION TO EXTEND TIME TO COMPLY WITH PATENT RULE 4.4

Whereas:

1. The date for completion of claim construction discovery pursuant to Patent Rule 4.4 is currently October 30, 2009 (Dkt. # 115).

2. The Parties have agreed to extend the Patent Rule 4.4 deadline to November 27, 2009.

The Parties jointly and respectfully move this Court for an Order extending time for the parties to comply with Patent Rule 4.4 until November 27, 2009.


September 25, 2009                     Respectfully submitted,

                                       By:  /s/ David A. Perlson
                                       Charles K. Verhoeven, CA Bar No. 170151
                                       LEAD ATTORNEY
                                       David A. Perlson, CA Bar No. 209502
                                       Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                       50 California Street, 22nd Floor
                                       San Francisco, CA 94111
                                       Telephone:  (415) 875-6600
                                       Facsimile:   (415) 875-6700
                                       charlesverhoeven@quinnemanuel.com
                                       davidperslon@quinnemanuel.com

                                       Jennifer Parker Ainsworth
                                       TX Bar No. 00784720
                                       Wilson, Robertson & Cornelius, P.C.

P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on September 25, 2009, and all parties agree to the Motion.

/s/ David A.Perlson
David A. Perlson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 25 of September, 2009. Local Rule CV-5(a)(3)(A).

/s/ David A. Perlson
David A. Perlson