IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07CV-371-TJW-CE |

## ORDER GRANTING AGREED MOTION TO EXTEND TIME TO COMPLY WITH PATENT RULE 4.4

Before this Court is the Parties' Agreed Motion to EXTEND TIME TO COMPLY WITH PATENT RULE 4.4. Having reviewed the Agreed Motion and finding good cause therefor, the Court hereby ORDERS as follows:

The deadline for compliance with Patent Rule 4.4 shall be extended until November 27, 2009.

SIGNED this 28th day of September, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE