IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| Vs. | § | CIVIL ACTION NO. 2:07CV371 |
| GOOGLE INC., ET AL. | § | |

## **ORDER**

The court grants the plaintiff's motion to supplement its infringement contentions (#194).

SIGNED this 28th day of September, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE