UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>          Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., et al.<br><br>          Defendants. | Civil Action No. 2:07-CV-00371-CE<br><br>JURY TRIAL REQUESTED |

## NOTICE OF DESIGNATION OF LEAD ATTORNEY

Defendants Google Inc., AOL, LLC, and America Online, Inc. (collectively "Defendants") file this Notice of Designation of Lead Attorney for Defendants and hereby notify the Court that the following designated attorney should be designated as the Lead Attorney and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendants:

David A. Perlson
California State Bar No. 209502
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  415-875-6600
Facsimile:  415-875-6700
Email: davidperlson@quinnemanuel.com

Dated:  September 30, 2009         By  */s/ David A. Perlson*

David A. Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
David T. Rudolph
davidrudolph@quinnemanuel.com
Eugene Novikov
eugenenovikov@quinnemanuel.com
Rachel H. Smith
rachelsmith@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Brian C. Cannon
briancannon@quinnemanuel.com
Andrea P. Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores , CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:  (903) 509-5000
Facsimile:   (903) 509-5092

Attorneys for Defendants
Google Inc., AOL, LLC, and America Online, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 30th day of September, 2009.

>*/s/ David A. Perlson*
>David A. Perlson