# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC,** | |
| Plaintiff, | Civil Action No. 2:07-cv-371-TJW-CE |
| v. | |
| **GOOGLE INC., et al.;** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Debera W. Hepburn, enters her appearance in this matter for Defendant, Bright Response, LLC, for the purpose of receiving all papers, including notices and orders from the Court.

Dated: October 15, 2009

Respectfully submitted,

**BRIGHT RESPONSE, LLC**

By: /s/ *Debera W. Hepburn*
Debera W. Hepburn
Texas State Bar No. 24049568
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, TX 75011
214-403-4882 (Telephone)
888-205-8791 (Facsimile)
E-mail: dhepburn@heplaw.com

**ATTORNEY FOR DEFENDANT
BRIGHT RESPONSE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: October 15, 2009             /s/*Debera W. Hepburn*
                                    Debera W. Hepburn