IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br><br>   v.<br><br>GOOGLE INC., ET AL. | No. 2:07-cv-00371-CE<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Attorney Ari Rafilson respectfully submits this unopposed motion to withdraw as counsel for the Plaintiff, Bright Response, LLC. Plaintiff consents to this withdrawal. The Defendants do not oppose it. Plaintiff's other counsel remain of record.

WHEREFORE, PREMISES CONSIDERED, Attorney Ari Rafilson respectfully requests that he be permitted to withdraw as counsel for Plaintiff.

Dated: October 15, 2009

Respectfully submitted,

By: /s/ Ari Rafilson
Ari Rafilson
Texas State Bar No. 24060456
The Rafilson Law Firm, PLLC
1318 Royal Palm Lane
Carrollton, TX 75007
Telephone: (214) 789-4035
Facsimile: (972) 236-5397
Email: ari@rafilsonlawpllc.com

**ATTORNEY FOR PLAINTIFF
BRIGHT RESPONSE, LLC**

1

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Defendants in accordance with Local Rule CV-7, and this motion is unopposed.

Date: October 15, 2009                                         /s/ Ari Rafilson

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date: October 15, 2009                                         /s/ Ari Rafilson