✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BRIGHT RESPONSE, LLC

V.

GOOGLE, INC., ET AL

**NOTICE**

CASE NUMBER: 2:07-cv-371 (CE)

TYPE OF CASE:

X **CIVIL**   **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court | Judge Chad Everingham's Courtroom |
| 100 E. Houston | DATE AND TIME |
| Marshall, Texas 75670 | November 5, 2009, 2:00 p.m. |

TYPE OF PROCEEDING

**HEARING ON BRIGHT RESPONSE, LLC'S MOTION TO COMPEL PRODUCTION OF SOURCE CODE (DKT. #195)**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

October 23, 2009
DATE

Debbie Latham
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

**ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

     **I acknowledge receipt of the indicated notice on the date shown below.**


Case No. _____

Signature of Atty._____
                                                          Date

Print Name of Atty._____

Counsel for _____
              (Name of Party)


Type of Proceeding: _____
                      (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____