# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC** | |
|                       Plaintiff, | Civil Action No. 2:07-cv-371-TJW |
| v. | |
| **GOOGLE INC., et al.,** | JURY |
|                       Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew D. Weiss, enters his appearance in the above-referenced proceedings for the Plaintiff, Bright Response, LLC ("Bright"). Bright respectfully requests that the Court take note of this Notice of Appearance and make Andrew D. Weiss one of the attorneys of record for Bright in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Andrew D. Weiss at the address set forth below.

Dated: October 23, 2009                    Respectfully submitted,

                                                  By: /s/ Andrew D. Weiss
                                                  Andrew D. Weiss, CA Bar No. 232974
                                                  E-mail: aweiss@raklaw.com
                                                  RUSS, AUGUST & KABAT
                                                  12424 Wilshire Boulevard, 12th Floor
                                                  Los Angeles, California 90025
                                                  Telephone: 310/826-7474
                                                  Facsimile: 310/826-6991

                                                  **Attorneys for Plaintiff**
                                                  **BRIGHT RESPONSE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 23, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 23, 2009 /s/ Andrew D. Weiss
Andrew D. Weiss