IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON WHITE IN SUPPORT OF
YAHOO'S SUR-REPLY IN RESPONSE TO
BRIGHT RESPONSE'S MOTION TO COMPEL
<u>PRODUCTION OF SOURCE CODE</u>**

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of a letter from me to nXn's counsel dated October 15, 2009.

3. Attached, as Exhibit 2, is a true and correct copy of a letter from me to nXn's counsel dated October 16, 2009.

4. Attached, as Exhibit 3, is a true and correct copy of a letter from me to nXn's counsel dated October 26, 2009.

5. Attached, as Exhibit 4, is a true and correct copy of a letter from me to nXn's counsel dated October 28, 2009.

6. Attached, as Exhibit 5, is a true and correct copy of a letter from me to nXn's counsel dated November 1, 2009.

7. Attached, as Exhibit 6, is a true and correct copy of an email from me to nXn's counsel dated October 21, 2009.

8. Attached, as Exhibit 7, is a true and correct copy of an email from me to nXn's counsel dated November 3, 2009.

9. Attached, as Exhibit 8, is a true and correct copy of a letter from nXn's counsel dated October 16, 2009.

10. Attached, as Exhibit 9, is a true and correct copy of a letter from nXn's counsel dated October 27, 2009.

11. Attached, as Exhibit 10, is a true and correct copy of a letter from nXn's counsel dated October 29, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 3, 2009 in Chicago, Illinois.

/s/ Jason White
Jason White