# Exhibit 6

| | |
|---|---|
| **From:** | White, Jason |
| **Sent:** | Wednesday, October 21, 2009 11:55 AM |
| **To:** | 'dhepburn@heplaw.com'; _Jones, Michael Edwin; 'johnbufe@potterminton.com' |
| **Cc:** | 'David Pridham'; 'John Bustamante'; 'A Spangler'; 'Stan Thompson'; 'Patrick Anderson' |
| **Subject:** | RE: Yahoo Source Code Inspection Confirmation for October 22d |

Debera -

The source code will be available at Fullbright in Dallas tomorrow morning. Dan Davison is the contact, and I have provided his information below. You previously mentioned wanting access on the weekend, and if you still want to do that, we will need to know which dates, times, and who will be there.

Dan D. Davison
FULBRIGHT & *Jaworski L.L.P.*
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
T: 214 855 8049


**Jason C. White**
**HOWREY** LLP
Direct: +1 312.846.5680

---

**From:** Debera Hepburn [mailto:dhepburn@heplaw.com]
**Sent:** Wednesday, October 21, 2009 11:36 AM
**To:** White, Jason; _Jones, Michael Edwin; johnbufe@potterminton.com
**Cc:** 'David Pridham'; 'John Bustamante'; 'A Spangler'; 'Stan Thompson'; 'Patrick Anderson'
**Subject:** FW: Yahoo Source Code Inspection Confirmation for October 22d
**Importance:** High

Jason,

Please respond to the email below. We need confirmation asap. Our technical advisor is travelling to Dallas today in preparation for the source code inspection tomorrow.

*Best Regards,*

*Debera W. Hepburn*
*dhepburn@heplaw.com*
*Tel: (214) 403-4882*
*Fax: (888) 205-8791*

---

**From:** Debera Hepburn [mailto:dhepburn@heplaw.com]
**Sent:** Tuesday, October 20, 2009 11:41 AM
**To:** 'White, Jason'; 'Michael Edwin Jones'; 'johnbufe@potterminton.com'
**Cc:** 'David Pridham'; 'John Bustamante'; 'A Spangler'; 'Marc A. Fenster'; 'Stan Thompson'; 'patrick@prapllc.com'
**Subject:** Yahoo Source Code Inspection Confirmation for October 22d

Jason,

Please confirm that Yahoo will make source code available for inspection beginning Thursday, October 22 at the law office of Fulbright and Jaworski in Dallas, Texas. Also, please provide the name of the contact person and confirm that s/he will be available at 8:30 am on October 22d.

Best Regards,

*Debera W. Hepburn*
*Hepburn Law Firm PLLC*
*P.O. Box 118218*
*Carrollton, Texas 75011*
*Tel: (214) 403-4882*
*Fax: (888) 205-8791*
[dhepburn@heplaw.com](mailto:dhepburn@heplaw.com)

*****************************************************************************
*This e-mail is sent by a law firm and may contain information that is privileged or confidential.*
*If you are not the intended recipient, please delete the email and any attachments and notify us immediately.*
*****************************************************************************