# Exhibit 7

## Sherwin, Scott

| | |
|---|---|
| **From:** | White, Jason |
| **Sent:** | Tuesday, November 03, 2009 3:53 PM |
| **To:** | Andrew Weiss |
| **Cc:** | John Bustamante; Marc Fenster; David Pridham; Andrew Spangler; Debera Hepburn; .nXn v. Yahoo; John Bufe |
| **Subject:** | RE: nXn, Bright Response v. Yahoo: Summary of 11/2/09 Meet and Confer |

Andrew -

Thank you for the message. I can confirm that the two laptops were shipped from Yahoo today for first priority delivery tomorrow morning. The laptops will be available at the same location - Fulbright & Jaworski - and Dan Davison will be your contact. Please let me know if you need any additional information from me.

I am available for the rest of the day to discuss the last point in your message - the hearing in the Bright Response case. If you don't reach me at the office, please send me an email with a number where I can reach you. As I mentioned before, if we aren't able to agree to a stipulation or some other means for resolving the issues raised in plaintiff's motion, then Yahoo intends to seek leave to file a sur-reply out of time. I would appreciate it if you could please let me know whether or not such a motion would be opposed. Thank you.

Jason

**Jason C. White**
**HOWREY** LLP
Direct: +1 312.846.5680

---

**From:** Andrew Weiss [mailto:aweiss@raklaw.com]
**Sent:** Monday, November 02, 2009 7:51 PM
**To:** White, Jason
**Cc:** John Bustamante; Marc Fenster; David Pridham; Andrew Weiss; Andrew Spangler; Debera Hepburn
**Subject:** nXn, Bright Response v. Yahoo: Summary of 11/2/09 Meet and Confer

This summarizes our call this evening. Andrew Weiss, John Bustamante and Jason White participated.

***nXn Code***: Yahoo is making the code referenced in Jason's November 1, 2009 letter available for inspection Wednesday morning. The computer is being shipped for early delivery on Wednesday morning, hopefully by 8 or 8:30a. Jason also represented that the nXn laptop will include the previously produced code.

nXn also gave notice that it would begin reviewing the code laptop at 9:00a on Wednesday.

***Bright Response Code***: Yahoo is still processing the Bright Response code referenced in Jason's November 1, 2009 letters. Jason promised that he would provide an update later this week.

***Printer Issue***: We discussed this issue. Yahoo's concern is that it is shipping laptops to Dallas and it does not feel comfortable leaving a printer port available during shipment. Jason informed Andrew and John that Yahoo would be OK if, for example, nXn and Bright Response's consultant maintained a file

on the source code computer with the requested files. Yahoo could then process the file and provide Bates-labeled printouts.

Andrew and John expressed nXn and Bright Response's position. First, the failure to provide a printer is a clear violation of the Protective Order. Second, especially given the upcoming deadlines for nXn, it is very inefficient to require our consultant to have to type up the path and filename for each requested piece of source code. Finally, nXn and Bright Response feel that this is merely a dilatory tactic on Yahoo's behalf, designed to make nXn and Bright Response's source code review more onerous and expensive than is necessary.

The parties could not reach a compromise and Jason indicated that Yahoo would likely get something on file with the Court ASAP, perhaps in the next day or so, to modify the Protective Order. In the meantime, the nXn code being made available will not have a printer attached.

*Code Stipulation*: The parties discussed the stipulation with respect to the source code versions. We discussed negotiating in good faith to enter a stipulation likely using a mix of references to functionality and references to specific source code modules. Jason promised that it was not Yahoo's intent to enter into a stipulation that could used as a "gotcha" later in the case. The parties agreed to continue to negotiate in good faith, both via letter and phone call, to draft acceptable language.

*Bright Response Hearing*: We discussed the upcoming Bright Response hearing and whether there was a way to avoid it. John and Andrew promised to discuss the matter further and get back to Jason.

Andrew

--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.