# Exhibit 10



12424 WILSHIRE BOULEVARD

SUITE 1200

LOS ANGELES CALIFORNIA 90025

TELEPHONE 310.826.7474

FACSIMILE 310.826.6991

Andrew D. Weiss
E-mail: aweiss@raklaw.com

October 29, 2009

**Via Email**

Jason C. White
Howrey LLP
32 North Clark Street
Suite 3400
Chicago, IL 60654-4717

    Re: *Bright Response v. Yahoo! Inc. et al.; nXn v. Yahoo! Inc. et al.*

Dear Jason:

  I write in response to your letter yesterday to me and your letter dated October 26, 2009 to Debera Hepburn.

  First, we agree that it would be more efficient to combine the source code computers for the nXn and Bright Response cases into a single computer. We look forward to receiving a single computer with all of the relevant source code for the nXn and Bright Response matters, including the source code we have requested in the past couple of weeks as well as the source code requested below. Please notify us when the source code computer is ready for inspection.

  Second, with respect to the source code for Yahoo! Mail, I apologize for the confusion. Yahoo! Mail is accused instrumentality in nXn, not Bright Response. Please confirm that the relevant source code for Yahoo! Mail has produced for use in the nXn case.

  Third, please produce source code for Yahoo!'s "Vibes" and/or the recommendation module(s) used within Yahoo! Shopping. It appears that this source code is relevant but has not been produced. If the source code has been produced, please let us know where we can find it.

          Sincerely,

          Russ, August & Kabat

          /s/ Andrew D. Weiss

          Andrew D. Weiss

ADW