# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE INC., et al.,<br>　　Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

# ORDER GRANTING
# YAHOO'S MOTION FOR LEAVE TO FILE A SUR-REPLY
# IN RESPONSE TO BRIGHT RESPONSE'S MOTION TO COMPEL
# PRODUCTION OF SOURCE CODE

Before the Court is Yahoo! Inc.'s Motion for Leave to File a Sur-Reply in Response to Bright Response's Motion to Compel Production of Source Code. After a review of the relevant case law, citations to the record, and consideration of the briefs before the Court, it is ordered that Yahoo! Inc.'s Motion for Leave to File a Sur-Reply in Response to Bright Response's Motion to Compel Production of Source Code is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chad Everingham
　　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge