IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

### YAHOO'S MOTION FOR LEAVE TO FILE A SUR-REPLY
### IN RESPONSE TO BRIGHT RESPONSE'S MOTION TO COMPEL
### PRODUCTION OF SOURCE CODE

Defendant Yahoo! Inc. ("Yahoo") submits this motion for leave to file a sur-reply to inform the Court of relevant information and events that have occurred after the parties' briefing on this issue. Specifically, by October 7, 2009, Yahoo produced all of the source code that is the subject of plaintiff Bright Response, LLC's ("Bright Response's") motion to compel. This sur-reply brief will explain these facts surrounding Yahoo's production. For this reason, Yahoo respectfully requests leave to file a sur-reply brief.

Dated: November 3, 2009

Respectfully submitted,

         /s/ Jason White
Jason C. White
HOWREY LLP – Chicago
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
Telephone: 312/595-1239
Facsimile: 312/595-2250
whitej@howrey.com

John Frederick Bufe
Michael Edwin Jones
POTTER MINTON PC
110 N. College, Suite 500

PO Box 359
Tyler, Texas 75710-0359
Telephone: 903/597-8311
Facsimile: 903/593-0846
johnbufe@potterminton.com
mikejones@potterminton.com

Attorneys for Defendant
Yahoo! Inc.

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2009.

      /s/ Jason White
      Jason White

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), Defendant Yahoo hereby certifies that its counsel has conferred, on numerous occasions, with opposing counsel in a good faith to attempt to resolve this matter without the Court's intervention. Plaintiff, Bright Response opposes this motion.

      /s/ Jason White
      Jason White