IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

**ORDER GRANTING
YAHOO'S MOTION FOR LEAVE TO FILE A SUR-REPLY
IN RESPONSE TO BRIGHT RESPONSE'S MOTION TO COMPEL
<u>PRODUCTION OF SOURCE CODE</u>**

Before the Court is Yahoo! Inc.'s Motion for Leave to File a Sur-Reply in Response to Bright Response's Motion to Compel Production of Source Code. After a review of the relevant case law, citations to the record, and consideration of the briefs before the Court, it is ordered that Yahoo! Inc.'s Motion for Leave to File a Sur-Reply in Response to Bright Response's Motion to Compel Production of Source Code is GRANTED.