# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO FILE
## YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

Defendant Yahoo! Inc. ("Yahoo") submits this motion for leave to file a motion to modify the protective order. The motion to modify the protective order explains the facts surrounding the necessity of modifying the protective order to protect Yahoo's confidential information in a way that will not prejudice plaintiff Bright Response, LLC. For this reason, Yahoo respectfully requests leave to file a motion to modify the protective order.

Dated:   November 5, 2009

Respectfully Submitted,

          /s/ Jason White
Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel:  312.595.1239
Fax:  312.595.2250
Email:  whitej@howrey.com

John F. Bufe
Michael Jones
Potter Minton
110 N. College St., Suite 500
P. O. Box 359

Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 597-0846
Email: mikejones@potterminton.com

*Attorneys for Defendant Yahoo! Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on November 5, 2009 upon all counsel of record.

        /s/ Jason White
        Jason White

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), Defendant Yahoo hereby certifies that its counsel has conferred, on numerous occasions, including on November 2, 2009, with Plaintiff Bright Response, including Andrew Weiss and John Bustamante, in a good faith to attempt to resolve this matter without the Court's intervention. There was no agreement because Plaintiff Bright Response's counsel wants to leave one port active on the source code computers. These discussions have conclusively ended in an impasse. Thus, Bright Response opposes this motion.

        /s/ Jason White
        Jason White

        /s/ John F. Bufe
        John F. Bufe