IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

### DECLARATION OF JASON WHITE IN SUPPORT OF
### YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of the Protective Order entered the J2 litigation, Docket Entry Number 43.

3. Attached, as Exhibit 2, is a true and correct copy of a letter from me to Mr. Rafilson dated September 24, 2009.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 5, 2009 in Chicago, Illinois.

                                                    /s/ Jason White
                                                      Jason White