**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE INC., et al.,<br>　　　Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

**ORDER GRANTING
<u>YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER</u>**

Before the Court is Yahoo! Inc. Motion to Modify the Protective Order. After a review

of the relevant case law, citations to the record, and consideration of the briefs before the Court,

it is ordered that Yahoo! Inc. Motion for to Modify the Protective Order, as described in Yahoo!

Inc.'s Exhibit A, is GRANTED.