IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07CV371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

## Motion Hearing Minutes
## November 5, 2009

**OPEN: 1:58 p.m.**                                                                 **ADJOURN: 2:19 p.m.**

ATTORNEYS FOR PLAINTIFF:            See attached Sign-in sheet.

ATTORNEYS FOR DEFENDANTS:        See attached Sign-in sheet.

LAW CLERK:                                       Jim Warriner

COURT REPORTER:                           Shelly Holmes, CSR

COURTROOM DEPUTY:                     Jan Lockhart

1:58 p.m. Court opened. The attorneys announced ready.

1:59 p.m. Mr. Spangler presented argument on behalf of Plaintiff. The Court responded.

2:06 p.m. Mr. White presented argument on behalf of Defendant Yahoo. The Court responded.

2:15 p.m. Mr. Spangler presented rebuttal argument. The Court responded.

2:17 p.m. The Court made rulings.

2:18 p.m. Mr. White responded.

2:19 p.m. Court adjourned.