IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE | § | |
| | § | |
| VS. | § | CASE NO. 2:07CV371(CE) |
| | § | |
| GOOGLE, INC. | § | |

Date: NOVEMBER 5, 2009                     Time:   2:00 p.m..

## SIGN-IN SHEET

## PLEASE   PRINT CLEARLY

| ATTORNEY NA ME | REPRESENTING |
|---|---|
| Andrew Spangler | Bright Response |
| Jason White | Yahoo |
| John Bufe | Yahoo |
| Jennifer Ainsworth | Google |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |