# EXHIBIT C

| From: | Andrew Weiss <aweiss@raklaw.com> |
|---|---|
| Subject: | **Bright Response, LLC v. Yahoo: Source Code Printout** |
| Date: | November 5, 2009 7:09:07 PM PST |
| To: | Jason White <whitej@howrey.com> |
| Cc: | Michael Jones <mikejones@potterminton.com>, johnbufe@potterminton.com, David Pridham <David@pridhamiplaw.com>, Andrew Spangler <spangler@spanglerlawpc.com>, Marc Fenster <mfenster@raklaw.com>, Stan Thompson <sthompson@raklaw.com>, John Bustamante <jmb@bustamantelegal.com>, Debera Hepburn <dhepburn@heplaw.com>, Andrew Weiss <aweiss@raklaw.com> |

1 Attachment, 12.3 KB

Jason:
Attached are the files Bright Response would like printed from the source code computer.



11:5:09 Yah....txt (12.3 KB)
Thank you,
Andrew

On Oct 23, 2009, at 7:59 AM, Debera Hepburn wrote:

> Counsel,
>
> Please find the attached correspondence.
>
> Best Regards,
>
> **Debera W. Hepburn**
> Hepburn Law Firm PLLC
> P.O. Box 118218
> Carrollton, Texas 75011
> Tel: (214) 403-4882
> Fax: (888) 205-8791
> dhepburn@heplaw.com
>
> PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT

*****************************************************************

*This e-mail is sent by a law firm and may contain information that is privileged or confidential.*

*If you are not the intended recipient, please delete the email and any attachments and notify us immediately.*

*****************************************************************

<Hepburn Letter re Yahoo Stipulation Bright Response 102309.pdf>

--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

YSM/Ad Selection Code/Keystone Front End/kfe_be/src/Broker.hh    definition   24

YSM/Ad Selection Code/Keystone Front End/kfe_be/src/Broker.hh    creator definition   78 - 87

YSM/Ad Selection Code/Keystone Front End/kfe_be/src/Broker.cc   KFEBroker::handleWsQuery   390 - 413

YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.hh   Abbreviations   10 - 21

YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::processRequest          458 - 716
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleUPSResponse       718 - 738
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleParallelResponses   842 - 946
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleRISeResponseWrapper   1044 - 1075
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleRISeResponse       948 - 994
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleOSBFAResponseWrapper 1319 - 1350
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleOSBFAResponse      1078 - 1205
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::handleOSDAResponse       1352 - 1533
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::deliverDefaultCreative    1639 - 1692
YSM/Ad Selection Code/Keystone Front End/kfe_be/src/AdRequestContext.cpp   AdRequestContext::sendResponse             1536 - 1637

YSM/Ad Selection Code/Keystone Front End/kfe_be_client/src/kfe_be_clientlib.cc RequestData::deserialize 80 - 143

YSM/Ad Selection Code/Keystone Front End/kfe_feed/FeedClientInitiated.hh   53 - 84

YSM/Ad Selection Code/Keystone Front End/kfe_feed/src/FeedBase.cpp   FeedBase::processQueryArgs()

YSM/Ad Selection Code/Keystone Front End/kfe_feed/FeedHandler.cpp   FeedHandler::processQueryArgs   101 - 251

YSM/Ad Selection Code/Keystone Front End/kfe_ws/src/mod_kfe_ws.cpp   kfe_ws_handler 208 - 417

YSM/Ad Selection Code/Keystone Front End/kfe_ws/src/mod_kfe_ws.cpp sendResponse   82 - 102

YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sComputeQualityScore  247 - 251
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sComputeRevenue     254 - 384
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sThrottle         386 - 427
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp  sDedupe   429 - 518
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sApplyMinimumScores    521 - 662
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sMatchWithDaResponse  666 - 705
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp  sShuffle   708 - 724
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sUpdateUFBlob       726 - 796
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sCreativeFatigue     897 - 967
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp sComputeCost       971 - 1015
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp ManageYieldAfterBFA   1290 - 1382
YSM/Ad Selection Code/Keystone Front End/kfe_ym/src/kfe_ymlib.cpp ManageYieldAfterDA    1384 - 1497

YSM/Ad Selection Code/Keystone Rise/tools/trainginScorer.cpp main 9 - 41

YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.cpp   scoreCurrentAd()   483 - 502

YSM/Ad Selection Code/Keystone Rise/lib/BambooScorer.cpp BambooScorer::scoreCurrentAd()        6 - 39
YSM/Ad Selection Code/Keystone Rise/lib/BambooScorer.h       idf() 30 - 33
YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.cpp CombinedScorer::scoreCurrentAd()     152 - 240
YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.cpp buildBidScoreLookupTable()         264 - 280
YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.cpp   calcMaxScore() 126 - 150
YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h CombinedScorer::accumulateUpperBound() 396 - 442

| File | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h | CombinedScorer::getQualityScore() | 445 - 465 |
| YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h | CombinedScorer::getBidScore() | 468 - 483 |
| YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h | getStaticScore() | 486 - 507 |
| YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h | scoreAdQuery() | 83 - 100 |
| YSM/Ad Selection Code/Keystone Rise/lib/CombinedScorer.h | posnAndScoreAd() | 60 - 81 |
| YSM/Ad Selection Code/Keystone Rise/lib/FastCombinedScorer.h | scoreCurrentAd() | 38 - 110 |
| YSM/Ad Selection Code/Keystone Rise/lib/FastCombinedScorer.h | calcMaxScore() | 28 - 36 |
| YSM/Ad Selection Code/Keystone Rise/lib/FastMaxEntScorer.cpp | FastMaxEntScorer::scoreCurrentAd() | 27 - 43 |
| YSM/Ad Selection Code/Keystone Rise/lib/FastMultiScorer.h | FastMultiScorer::scoreCurrentAd() | 39 - 49 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | MaxEntScorer::scoreCurrentAd() | 92 - 110 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | calcMaxScore() | 79 - 90 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | buildMaxEndUpperBoundTable() | 563 - 577 & 580 - 591 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | MaxEntScorer::scoreCurrentAdRaw() | 113 - 168 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | posnAndScoreAd() | 171 - 194 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | MaxEntScorer::scoreAdQuery() | 197 - 286 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | expandQuery() | 296 - 382 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.cpp | augmentQuery() | 384 - 561 |
| YSM/Ad Selection Code/Keystone Rise/lib/MaxEntScorer.h | mapWeightToProbability() | 123 - 136 |
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.cpp | MultiScorer::posnAndScoreAd() | 59 - 83 |
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.cpp | MultiScorer::scoreAdQuery() | 85 - 199 |
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.h | MultiScorer::scoreCurrentAdRaw() | 330 - 481 |
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.h | MultiScorer:scoreCurrentAd() | 483 - 502 - |
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.h | normalizeScore | 161 - 168 |

| Path | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Keystone Rise/lib/MultiScorer.h | MultiScorer::calcRawMaxScore | 298 - 328 |
| YSM/Ad Selection Code/Keystone Rise/lib/Scorer.cpp | Scorer::posnAndScoreAd() | 18 - 44 |
| YSM/Ad Selection Code/Keystone Rise/lib/Scorer.cpp | Scorer::scoreAdQuery() | 64 - 126 |
| YSM/Ad Selection Code/Keystone Rise/lib/Scorer.h | Scorer::scoreCurrentAd() | 88 - 123 |
| YSM/Ad Selection Code/Keystone Rise/lib/WANDIterator.h | getNextAdCandidate() | 410 - 540 |

YSM/Ad Selection Code/Domain Blocking/TopLinkSearch.pm

| Path | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Keystone Rise/lib/QueryEvaluatorImplBase.h | QueryEvaluatorImplBase::inputQuery() | 464 - 508 |

| Path | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Keystone Rise/lib/QueryEvaluator.cpp | QueryEvaluator::createInstance | 26 ñ 145 |

| Path | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Domain Blocking/RevenueReorder.pm | lookupStat | 42 ñ 93 |
| YSM/Ad Selection Code/Domain Blocking/RevenueReorder.pm | relativeNorm | 95 - 116 |
| YSM/Ad Selection Code/Domain Blocking/RevenueReorder.pm | getScores | 118 - 208 |
| YSM/Ad Selection Code/Domain Blocking/RevenueReorder.pm | re_order | 210 - 270 |

| Path | Function | Lines |
|---|---|---|
| YSM/Ad Selection Code/Keystone Front End/kfe_be-src/UPSBrokerHandler.cpp | UPSBrokerHandler::apply | 113 ñ 139 |
| YSM/Ad Selection Code/Keystone Front End/kfe_be-src/UPSBrokerHandler.cpp | UPSBrokerHandler::upsToFb | 261 - 288 |

| Path | Function | Lines |
|---|---|---|
| YST/runtime/secore/idpd/server/impl/main.c | startupThread | 581 - 987 |

| Path | Function | Lines |
|---|---|---|
| YST/runtime/secore/idpd/idpse/impl/idp.c | idp_acceptor | 223 - 245 |
| YST/runtime/secore/idpd/idpse/impl/idp.c | idp_exec | 461 - 567 |
| YST/runtime/secore/idpd/idpse/impl/idp.c | startIdpv4Service | 468 - 565 |

| Path | Function | Lines |
|---|---|---|
| YST/runtime/secore/idpd/idpse/impl/idpv4.cc | messageReceiver | 524 - 593 |

| Path | Function | Lines |
|---|---|---|
| YST/runtime/secore/idpd/idpse/impl/idpbasics.c | IdpExecCommandSend | 205 - 266 |

| Path | Function | Lines |
|---|---|---|
| YST/runtime/secore/idpd/idpse/impl/idpsearch.c | IdpSearchCommandSendV4 | 2381 ñ 243 |
| YST/runtime/secore/idpd/idpse/impl/idpsearch.c | IdpSearchCommandSend | |

2505 - 2602
YST/runtime/secore/idpd/idpse/impl/idpsearch.c IdsSearchCommandComplete 2605 ñ 2677

YST/runtime/secore/libs/parser/api/queryparse.h
279 ñ 287

YST/runtime/secore/libs/parser/impl/simpleqparse.y
343 ñ 406

YST/runtime/secore/libs/searchengine/impl/seqApi.cc SeqQobjStart 713 ñ 739

YST/runtime/secore/libs/searchengine/impl/seqSubsystem.c InjectIntoSubsystem    122 ñ 142
YST/runtime/secore/libs/searchengine/impl/seqSubsystem.c processRequest 236 ñ 298

YST/runtime/secore/libs/searchengine/impl/sections.cc buildIndexLookupTables   367 - 529

YST/runtime/secore/libs/searchengine/impl/inkse.c InkSeLoadWordInfoDoDegrade    2196 - 2165
YST/runtime/secore/libs/searchengine/impl/inkse.c process_query_local 2205 ñ 2270
YST/runtime/secore/libs/searchengine/impl/inkse.c master_gather_sort_docids 2314 - 2461
YST/runtime/secore/libs/searchengine/impl/inkse.c proc_inktomi_query_master 2463 - 2689
YST/runtime/secore/libs/searchengine/impl/inkse.c proc_inktomi_query_internal   2691 - 2801
YST/runtime/secore/libs/searchengine/impl/inkse.c proc_inktomi_query 2803 - 2852
YST/runtime/secore/libs/searchengine/impl/inkse.c executeSearchQuery 3665 - 3732
YST/runtime/secore/libs/searchengine/impl/inkse.c createQuery 3732 - 3771
YST/runtime/secore/libs/searchengine/impl/inkse.c parseQueryHelper 3774 ñ 3823
YST/runtime/secore/libs/searchengine/impl/inkse.c prepareQuery 3826 ñ 3912
YST/runtime/secore/libs/searchengine/impl/inkse.c proc_tree9_query 3916 ñ 4200

YST/runtime/secore/libs/searchengine/impl/proxy.c createCanonicalQuery 188 ñ 224
YST/runtime/secore/libs/searchengine/impl/proxy.c proxy_query

227 – 340

YST/runtime/secore/libs/searchengine/seqed/impl/YstScore.cc
YstScore::ScoreProximity()    146 – 374
YST/runtime/secore/libs/searchengine/seqed/impl/YstScore.cc
YstScore::ScoreSections()    376 – 552
YST/runtime/secore/libs/searchengine/seqed/impl/YstScore.cc
YstScore::GetDocumentScore() 860 - 919

YST/runtime/secore/libs/searchengine/seqed/impl/YSTScoreSection.hh Scan() 71 - 78

YST/runtime/secore/libs/searchengine/seqed/impl/YSTScoreText.cc Scan()52 - 277
YST/runtime/secore/libs/searchengine/seqed/impl/YSTScoreText.cc Summerize()279 - 397

YST/runtime/secore/libs/searchengine/seqed/impl/YstScoreText.hh SummarizeProximityWindows() 78 - 120

YST/runtime/secore/libs/searchengine/seqed/impl/YSTScoreSegment.cc Summerize() 107 - 137

YST/runtime/secore/libs/searchengine/seqed/impl/YstScoreSections.hh SummarizeProximityWindows() 154 - 196


YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc normalizeRawscore() 922 – 928
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc getMeanData() 930 – 934
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc hasInterestingInfo() 154 – 159
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc FacetInfo::calculateScore() 875 - 896
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc FacetInfo::FacetInfo() – creator – 859 – 873
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc FacetSelectorHandler::handleResponse() 1176 - 1235
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc FacetSelectorHandler::selectFacets() 1238 – 1323
YST/runtime/secore/proxy/modules/facet_selector/impl/facet_selector.cc FacetSelectorHandler::handleRequest()1029 – 1100