✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN                    DISTRICT OF                    TEXAS

BRIGHT RESPONSE, LLC

**NOTICE**

V.

GOOGLE, INC., ET AL                    CASE NUMBER:  2:07-cv-371 (CE)

TYPE OF CASE:

X  **CIVIL**                    **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court | Judge Chad Everingham's Courtroom |
| 100 E. Houston | DATE AND TIME |
| Marshall, Texas 75670 | November 23, 2009, 9:30 a..m. |

TYPE OF PROCEEDING

**HEARING ON YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. #222)**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

November 17, 2009                    Debbie Latham
DATE                    (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

# ATTENTION:   STAFF OF JUDGE CHAD EVERINGHAM

# ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

---

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____
                                                      Date

Print Name of Atty._____

Counsel for _____
                (Name of Party)

Type of Proceeding:  _____
                          (e.g., Scheduling Conference)

Date of Proceeding:  _____

Time of Proceeding:  _____

Location of Proceeding:  _____