## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-371-CE |
| | § | |
| GOOGLE, INC., ET AL. | § | |

### **ORDER**

On November 17, 2009, the parties informed the court that a dispute had arisen regarding the defendant Yahoo!, Inc.'s ("Yahoo") failure to provide a printer to the plaintiff Bright Response, LLC's ("Bright Response") expert during her source code review. The court orders Yahoo to comply with the protective order currently in place (Dkt. No. 134), and specifically Section 10(c), which states in part, "The Producing Party shall make available a laser printer with commercially reasonable printing speeds for on-site printing during inspection of the code." The court will address Yahoo's motion for protective order modification (Dkt. No. 222) at a later date.

SIGNED this 18th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE