UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-371-CE |
| | § | |
| GOOGLE INC., YAHOO!, INC., AOL LLC, | § | |
| and AMERICA ONLINE, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice that Jennifer H. Doan, of the law firm HALTOM & DOAN, hereby enters her appearance as counsel of record for Defendant Yahoo!, Inc. ("Yahoo") and requests, pursuant to Local Rule CV-11(e), that any correspondence, motions, notices, and pleadings in this action directed to Yahoo also be served upon Jennifer H. Doan at the following address:

> Jennifer H. Doan
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX 75503
> Telephone: (903) 255-1000
> Facsimile: (903) 255-0800
> Email: jdoan@haltomdoan.com

Wherefore, Defendant Yahoo requests that all counsel of record take notice of this appearance.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com

**ATTORNEYS FOR YAHOO!, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 18th day of November, 2009.

/s/ Jennifer H. Doan
Jennifer H. Doan