Polaris IP, LLC v. Google Inc. et al     Doc. 234

Appendix K                                        Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

2009 NOV 20 AM 10: 17

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:07-cv-371-CE    BY_____

Style: Polaris IP, LLC, v. Google Inc., et al.

2. Applicant is representing the following party/ies: Google

3. Applicant was admitted to practice in CA (state) on January 9, 2009 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: State Bar of California, Northern District of California, US District Court for the District of Massachusetts

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Alison E. Monahan, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date November 17, 2009                  Signature /s/ Alison Monahan

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Alison E. Monahan__
State Bar Number __CA Bar No: 261991__
Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
Address/P.O. Box: __50 California, Floor 22__
City/State/Zip: __San Francisco, CA 94111__
Telephone #: __Telephone: (415) 875-6600__
Fax #: __Facsimile: (415) 875-6700__
E-mail Address: __alisonmonahan@quinnemanuel.com__
Secondary E-Mail Address: ____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __11-20-09__

DAVID J. MALAND, Clerk

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005042

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Friday, November 20, 2009**

Received from:

**Quinn Emanuel Urquhart Oliver & Hedges LLP**
**50 California Street 22nd Floor**
**San Francisco, Ca  94111**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07-cv-371**
Comments: **Ck# 41047  PHV for Monahan**

Received by: **ch**