# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF AUTHORITY**

Pursuant to the Protective Order entered in this case, Defendant Yahoo! Inc. ("Yahoo") files its supplemental sur-reply containing information regarding Protected Information under seal.

Dated: November 20, 2009

Respectfully Submitted,

    /s/ Jason White
Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Jennifer Doan
Joshua Reed Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, Texas 75503
Tel: 903.255.1002
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: sandrews@haltomdoan.com
Email: jthane@haltomdoan.com

Michael Jones
Potter Minton
110 N. College St., Suite 500
P. O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 597-0846
Email: mikejones@potterminton.com

*Attorneys for Defendant Yahoo! Inc.*

      /s/ Jason White
      Jason White