IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07CV371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

**Motion Hearing Minutes**
**November 23, 2009**

**OPEN: 9:25 a.m.**                                        **ADJOURN: 9:41 a.m.**

ATTORNEYS FOR PLAINTIFF:        See attached Sign-in sheet.

ATTORNEYS FOR DEFENDANTS:     See attached Sign-in sheet.

LAW CLERK:                         Jim Warriner

COURTROOM DEPUTY:             Jan Lockhart

9:30 a.m. Court opened. The attorneys announced ready.

Mr. White presented argument on behalf of Yahoo. The Court responded.

Mr. Spangler presented argument on behalf of Plaintiff. The Court responded.

The Court ruled.

9:41 a.m. Court adjourned.