IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BRIGHT RESPONSE §
§
VS. § CASE NO. 2:07CV371(CE)
§
GOOGLE, INC. §
§

Date: NOVEMBER 23, 2009            Time: 9:30 a.m.

## SIGN-IN SHEET

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Andrew Spangler | Bright Response |
| Jason White | Yahoo |
| Josh Thane | Yahoo |
| Scott Andrews | Yahoo |