Polaris IP, LLC v. Google Inc. et al                                                                              Doc. 240

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE LLC | § |
| | § |
| v. | § |
| | § Civil Action No. 2:07-cv-371 [CE] |
| GOOGLE, INC., ET AL | § Jury Trial Demanded |

### DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Yahoo! Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones, John F. Bufe, Allen F. Gardner and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for Yahoo! Inc. in the above-captioned matter. Yahoo! Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dated: November 23, 2009

Respectfully submitted,

By: */s/ Michael E. Jones*
MICHAEL E. JONES
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
John F. Bufe
State Bar No. 03316930
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Phone: 903.597.8311
Facsimile: 903.593.0846

Email: mikejones@potterminton.com
allengardner@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant*
Yahoo! Inc.

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of November, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES