# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br>    Defendants. | Civil Action No. 2:07-cv-371-CE<br>JURY TRIAL DEMANDED |

## ORDER GRANTING
## YAHOO! INC.'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY TO
## THE MOTION TO MODIFY THE PROTECTIVE ORDER

Before the Court is Yahoo! Inc. ("Yahoo's") Motion for Leave to file a Supplemental Reply to the Motion to Modify the Protective Order. Having considered same, the Court hereby **GRANTS** said Motion. It is therefore **ORDERED** that Yahoo is granted leave file its Supplemental Reply to the Motion to Modify the Protective Order.

SIGNED this 24th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE