**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|                           |     |                          |
|---------------------------|-----|--------------------------|
| BRIGHT RESPONSE, LLC      | §   |                          |
|                           | §   |                          |
| vs.                       | §   | CASE NO. 2:07-CV-371-CE  |
|                           | §   |                          |
| GOOGLE, INC., ET AL.      | §   |                          |

## ORDER

On November 23, 2009, the court heard oral argument regarding the defendant Yahoo!, Inc.'s ("Yahoo") motion for leave to file motion to modify protective order (Dkt. No. 221) and motion for protective order modification (Dkt. No. 222). Yahoo's motion for leave is GRANTED; Yahoo's motion for protective order modification is DENIED.

SIGNED this 24th day of November, 2009.

_____

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com