# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC** | |
|                     Plaintiff, | Civil Action No. 2:07-cv-371-TJW |
| v. | |
| **GOOGLE INC., et al.,** | JURY |
|                     Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Alexander C. Giza, enters his appearance in the above-referenced proceedings for the Plaintiff, Bright Response, LLC ("Bright"). Bright respectfully requests that the Court take note of this Notice of Appearance and make Alexander C. Giza one of the attorneys of record for Bright in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Alexander C. Giza at the address set forth below.

Dated: December 21, 2009                    Respectfully submitted,

                                                  By: /s/ Alexander C. Giza
                                                   Alexander C. Giza, CA Bar No. 212327
                                                   E-mail: agiza@raklaw.com
                                                 RUSS, AUGUST & KABAT
                                                 12424 Wilshire Boulevard, 12th Floor
                                                 Los Angeles, California 90025
                                                 Telephone: 310/826-7474
                                                 Facsimile: 310/826-6991

                                                 **Attorneys for Plaintiff**
                                                 **BRIGHT RESPONSE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 21, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 21, 2009  /s/ *Alexander C. Giza*
Alexander C. Giza