# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC, | § § § | |
| Plaintiff,<br>v. | § § § | |
| | § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § § | |
| Defendants. | § § | Jury Demanded |

## UNOPPOSED MOTION OF DEFENDANT GOOGLE INC.
## TO WITHDRAW MOTION TO COMPEL
### WITHOUT PREJUDICE

COMES NOW Defendant Google Inc. ("Google"), and files this motion to withdraw its currently pending motion to compel without prejudice, and would show the Court as follows:

1.      On December 11, 2009, Google filed its Motion to Compel Production of Documents and Privilege Logs from Plaintiff and Acclaim Financial Group, LLC (Dkt. #244).

2.      Pursuant to the agreement reached with Plaintiff Bright Response with regard to the documents and information sought from Plaintiff and Acclaim Financial Group, Google requests that its Motion to Compel Production of Documents and Privilege Logs from Plaintiff and Acclaim Financial Group, LLC (Dkt. #244) be withdrawn without prejudice to the re-filing of same.

3.      This motion is not opposed by Plaintiff Bright Response.

Dated:  December 23, 2009                    Respectfully submitted,


                                             By:  */s/ Jennifer Parker Ainsworth*
                                             Jennifer Parker Ainsworth
                                             TX Bar No. 00784720
                                             Wilson, Robertson & Cornelius, P.C.
                                             P.O. Box 7339
                                             Tyler, Texas 75711
                                             Telephone:  (903) 509-5000
                                             Facsimile:   (903) 509-5092
                                             jainsworth@wilsonlawfirm.com


                                             Charles K. Verhoeven, CA Bar No. 170151
                                             David A. Perlson, CA Bar No. 209502
                                             LEAD ATTORNEY
                                             Jennifer A. Kash, CA Bar No. 203679
                                             Rachel H. Smith, CA Bar No. 222075
                                             Quinn Emanuel Urquhart Oliver & Hedges,
                                             LLP
                                             50 California Street, 22nd Floor
                                             San Francisco, CA 94111
                                             Telephone:   (415) 875-6600
                                             Facsimile:    (415) 875-6700
                                             charlesverhoeven@quinnemanuel.com
                                             jenniferkash@quinnemanuel.com
                                             davidperslon@quinnemanuel.com

                                             ATTORNEYS FOR DEFENDANTS
                                             GOOGLE INC., AOL LLC, and
                                             AMERICA ONLINE, INC.



                       **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was filed electronically in
compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have
consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 23rd day of December,
2009.


                                             */s/ Jennifer P. Ainsworth*_____
                                             Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that Jennifer P. Ainsworth conferred with counsel for plaintiff Bright Response on December 17, 2009 concerning this motion and counsel does not oppose the motion.

_/s/ Jennifer P. Ainsworth_____
Jennifer P. Ainsworth