# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC,<br><br>      Plaintiff,<br>v.<br><br>GOOGLE INC., ET AL.,<br><br>      Defendants. | § § § § § § § § § § § | No. 2:07-cv-00371-CE<br><br>Jury Demanded |

## ORDER GRANTING
## UNOPPOSED MOTION OF DEFENDANT GOOGLE INC.
## TO WITHDRAW MOTION TO COMPEL WITHOUT PREJUDICE

After consideration of the Unopposed Motion filed by Defendant Google Inc. ("Google"), to Withdraw its Motion to Compel Production of Documents and Privilege Logs from Plaintiff and Acclaim Financial Group, LLC (Dkt. #244), the Court finds that the Motion should be GRANTED. It is therefore ORDERED that the Motion to Compel Production of Documents and Privilege Logs from Plaintiff and Acclaim Financial Group, LLC (Dkt. #244) filed by Google, Inc., shall be withdrawn without prejudice to the re-filing of same.