**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| | § | |
| **BRIGHT RESPONSE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | No. 2:07-CV-371-CE |
| **v.** | § | |
| | § | |
| **GOOGLE INC.,** *et al.*, | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Elizabeth A. Wiley, enters her appearance in the above-referenced proceedings for the Plaintiff Bright Response, LLC. Bright Response respectfully requests that the Court take note of this Notice of Appearance and make Elizabeth A. Wiley one of the attorneys of record for Bright Response in this lawsuit for the purposes of receives orders, notices, and other communications from the Court. Copies of all such communications should be e-mailed or faxed to Elizabeth A. Wiley at the address set forth below.

Dated: January 4, 2010.                    Respectfully submitted,


By: ___/s/ Elizabeth A. Wiley_____
    Elizabeth A. Wiley
    Texas State Bar No. 00788666
    P.O. Box 303280
    Austin, Texas 78703-3280
    Telephone: (512) 560.3480
    Facsimile: (512) 551.0028
    Email: lizwiley@wileyfirmpc.com

ATTORNEY FOR PLAINTIFF BRIGHT RESPONSE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served January 4, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

Dated: January 4, 2010                    /s/ Elizabeth A. Wiley
                                          Elizabeth A. Wiley