EXHIBIT B



✓ ---------------------------------
Browsing the web?
*Bring the dictionary!*
Download IE Toolbar and
Firefox Search Tools today

SEARCH AGAIN AT ▲
TOP OF PAGE

[ Bookmark entry ] [ Print entry ] [ E-mail entry ] [ Browse dictionary ] [ Get help ] [🔊]

ADVANCED SEARCH    FIND THIS WORD IN    Collegiate | Thesaurus | Encyclopedia | Medical | Spanish-English | French-English

2 entries found.

repository[1,noun]
repository[2,adjective]

To select an entry, click on it.
Click 'Go' if one entry is listed.

[ Go ]

Double-click any word in the
entry to see its definition.

Main Entry: ¹re·pos·i·to·ry    Pronunciation Guide
Pronunciation: rə'päzə‚tōrē, rē'p-, -tȯr-, -ri
Function: *noun*
Inflected Form(s): **-es**
Etymology: Latin *repositorium,* from *repositus* (past participle of *reponere*) + *-orium* -ory
**1** : a place, room, or container where something is deposited or stored : DEPOSITORY <the child's desk ... as a *repository* for his music papers and other oddments -- Marcia Davenport>: as **a** : a building or room for the exhibition of a collection (as of works of art) : MUSEUM <a single museum serves not only as local *repository* for cultural monuments but also as a community center -- Lincoln Kirstein> **b** : a burial vault **c** : a place where something is kept or shown for sale : a warehouse, store, or showroom <now had an office and a clerk and they had a *repository* ... for their finished work -- Ben Riker> **d** : a side altar or niche in a Roman Catholic church where the consecrated Host is deposited from Maundy Thursday until Good Friday -- called also *altar of repose*
**2** : one that contains or stores something nonmaterial : STOREHOUSE <although well written and attractively printed, is little more than a *repository* of linguistic superstitions -- R.A.Hall b.1911> <theoretically the mob is the *repository* of all political wisdom and virtue -- H.L.Mencken>
**3** : a place or region richly supplied with some natural resource <the *repository* of fabulous oil resources -- A.E.Stevenson b.1900>
**4** : a person to whom something is confided or entrusted <he had been an entranced *repository* of many secrets -- John Buchan>

Citation format for this entry:

"repository." *Webster's Third New International Dictionary, Unabridged.*
Merriam-Webster, 2002. http://unabridged.merriam-webster.com (3 Feb. 2010).