# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| F/K/A POLARIS IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § | |
| | § | |
| Defendants. | § | Jury Demanded |

## DEFENDANT GOOGLE INC.'S UNOPPOSED
## MOTION TO EXTEND TIME TO FILE RESPONSE

Defendant Google Inc. ("Google") files this Unopposed Motion to Extend Time to File its Response to Bright Response's Motion to Compel Google Inc. to Produce Complete Source Code for all Accused Instrumentalities ("Motion to Compel") [Dkt #251].

Defendant Google has requested an extension of time to file its Response to the Motion to Compel. Plaintiff Bright Response has agreed to extend that deadline to February 15, 2010.

Accordingly, Defendant Google respectfully requests that it be granted an extension of time to file its Response to the Motion to Compel to February 15, 2010.

Dated: February 11, 2010         Respectfully submitted,

By   */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

David A. Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
David T. Rudolph
davidrudolph@quinnemanuel.com
Britt H. Evangelist
brittevangelist@quinnemanuel.com
Eugene Novikov
eugenenovikov@quinnemanuel.com
Rachel H. Smith
rachelsmith@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Brian C. Cannon
briancannon@quinnemanuel.com
Andrea P. Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores , CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendants
Google Inc., AOL, LLC, and America Online, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 11th day of February, 2010.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that, pursuant to Fed. R. Civ. P. CV-7(h), they have conferred in good faith with counsel for Plaintiff who has advised that Plaintiff does not oppose this motion.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth