## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC <br> F/K/A POLARIS IP, LLC, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § <br> § <br> § | |
| Defendants. | § | Jury Demanded |

### ORDER GRANTING DEFENDANT GOOGLE INC.'S
### UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE

Before this Court is Defendant Google Inc.'s ("Google") Unopposed Motion to Extend Time to File its Response to Bright Response's Motion to Compel Google Inc. to Produce Complete Source Code for all Accused Instrumentalities ("Motion to Compel") [Dkt #251].

Therefore it is hereby ORDERED that:

1) Defendant Google's Response to the Motion to Compel is to be filed by February 15, 2010.