IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND DEADLINES REGARDING
CLAIM CONSTRUCTION BRIEFING**

Defendants Google Inc., AOL, LLC, America Online, Inc. and Yahoo!, Inc. (collectively "Defendants"), with agreement of Plaintiff Bright Response, LLC, file this Motion to Extend Deadlines Regarding Claim Construction Briefing.

Defendants have requested an extension of time to comply with P.R. 4-5(b), their Claim Construction Opposition Brief. Plaintiff Bright Response has agreed to extend that deadline to February 22, 2010.

Plaintiff Bright Response has requested an extension of time to comply with P.R. 4-5(c), its Claim Construction Reply Brief. Defendants have agreed to extend that deadline to March 8, 2010.

Accordingly, Defendants respectfully request that they be granted an extension of time to comply with P.R. 4-5(b) to February 22, 2010.

Plaintiff Bright Response respectfully requests that it be granted an extension of time to comply with P.R. 4-5(c) to March 8, 2010.

- 1 -

Dated: February 17, 2010             Respectfully submitted,

By   */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone:  (903) 509-5000
Facsimile:   (903) 509-5092

David A. Perlson – Lead Attorney
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
David T. Rudolph
davidrudolph@quinnemanuel.com
Britt H. Evangelist
brittevangelist@quinnemanuel.com
Eugene Novikov
eugenenovikov@quinnemanuel.com
Rachel H. Smith
rachelsmith@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Brian C. Cannon
briancannon@quinnemanuel.com
Andrea P. Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores , CA 94065

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Google Inc., AOL, LLC, and America Online, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 17th day of February, 2010.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth