IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § § § | |
| Plaintiff, | § | |
| v. | § § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES
REGARDING CLAIM CONSTRUCTION BRIEFING**

Before this Court is the Unopposed Motion of Defendants to Extend Deadlines Regarding Claim Construction Briefing.

Therefore it is hereby ORDERED that:

1) Defendants are to comply with P.R. 4-5(b), their Claim Construction Opposition Brief by February 22, 2010.

2) Plaintiff Bright Response is to comply with P.R. 4-5(c), its Claim Construction Reply Brief Reply, by March 8, 2010.