IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES REGARDING CLAIM CONSTRUCTION BRIEFING

Before this Court is the Unopposed Motion of Defendants to Extend Deadlines Regarding Claim Construction Briefing.

Therefore it is hereby ORDERED that:

1) Defendants are to comply with P.R. 4-5(b), their Claim Construction Opposition Brief by February 22, 2010.

2) Plaintiff Bright Response is to comply with P.R. 4-5(c), its Claim Construction Reply Brief Reply, by March 8, 2010.

SIGNED this 22nd day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE