# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

## AGREED MOTION TO EXTEND TIME TO FILE CLAIM CONSTRUCTION BRIEFS

Defendants respectfully request, and Plaintiff does not oppose, a one-day extension of time for the parties to file their outstanding claim construction briefs. Defendants' claim construction brief is currently due Monday, February 22, 2010. Plaintiff's claim construction reply brief is currently due Monday, March 8, 2010. Accordingly, a one-day extension would result in Defendants' claim construction brief being due on Tuesday, February 23, and Plaintiff's claim construction reply brief being due on Tuesday, March 9, 2010.

February 23, 2010

Respectfully submitted,

By:  /s/ David A. Perlson
Charles K. Verhoeven, CA Bar No. 170151
LEAD ATTORNEY
David A. Perlson, CA Bar No. 209502
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperslon@quinnemanuel.com

Jennifer Parker Ainsworth
TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711

Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

Attorneys for Defendants Google Inc.,
America Online, Inc., and AOL, LLC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on February 22, 2010, and all parties agree to the Motion.

/s/ David A.Perlson
David A. Perlson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 23 of February, 2010. Local Rule CV-5(a)(3)(A).

/s/
David A. Perlson