IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME TO FILE CLAIM CONSTRUCTION BRIEFS

Before the Court is Defendants' Agreed Motion to Extend Time to File Claim Construction Briefs. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

SIGNED this 24th day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE