# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

## JOINT MOTION TO EXTEND TIME TO FILE
## CLAIM CONSTRUCTION BRIEFS

Plaintiff Bright Response, LLC. ("Bright Response") and Defendants Google, Inc., AOL LLC, America Online, Inc., and Yahoo! Inc. (collectively "Defendants") jointly request a one-day extension of time to file their outstanding claim construction briefs. In an effort to narrow the parties' dispute regarding claim construction, Counsel for Google, AOL, and Bright Response met and conferred on February 24, 2010 regarding proposed compromise constructions for some of the disputed terms. The parties request an extension to enable them to further review the proposed compromises and to confer again on February 25, 2010. The requested extension would result in Defendants' claim construction brief being due on Thursday, February 25, 2010, and Plaintiff's claim construction reply brief being due on Thursday, March 11, 2010.

Dated: February 24, 2010

| By: /s/ | By: /s/ |
|---|---|
| Andrew W. Spangler - Lead Counsel<br>TX Bar No. 24041960<br>E-mail: spangler@spanglerlawpc.com<br>SPANGLER LAW P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>Telephone: 903/753-9300<br>Facsimile: 903/553-0403 | Charles K. Verhoeven, CA Bar No. 170151<br>LEAD ATTORNEY<br>David A. Perlson, CA Bar No. 209502<br>Jennifer A. Kash, CA Bar No. 203679<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 |

David M. Pridham, R.I. Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: 401/633-7247
Facsimile: 401/633-7247

John M. Bustamante, TX Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Telephone: 512/940.3753
Facsimile: 512/551.3773
jmb@BustamanteLegal.com

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Stanley H. Thompson, Jr., CA Bar No. 198825
Email: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Ari Rafilson, TX State Bar No. 24060456
Email: ari@rafilsonlawpllc.com
THE RAFILSON LAW FIRM, PLLC
1318 Royal Palm Lane
Carrollton, Texas 75007
Telephone: 214/789-4035
Facsimile: 972/236-5397

Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperslon@quinnemanuel.com
jenniferkash@quinnemanuel.com
rachelsmith@quinnemanuel.com

Jennifer Parker Ainsworth
TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC., AOL LLC and AMERICA ONLINE, INC.

Jason C White
Howrey LLP - Chicago
321 North Clark Street
Suite 3400
Chicago , IL 60610
312-595-1239
312-595-2250 – facsimile
whitej@howrey.com

Jennifer H. Doan
Joshua R. Thane
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Tel:  (903) 255-1002
Fax: (903) 255-0800
jdoan@haltomdoan.com
jthane@haltomdoan.com

ATTORNEYS FOR DEFENDANT YAHOO!, INC.