# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-371-TJW-CE |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE CLAIM CONSTRUCTION BRIEFS

Before the Court is the parties' Joint Motion to Extend Time to File Claim Construction Briefs. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.