# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. CV 04-9484 AHM (SHx)

PERFECT 10, INC., a California:   VIDEOTAPED
corporation,                   :   DEPOSITION
                               :       OF
                               :ROSANNA PICCOLO
                               :
         vs.                   :
                               :
                               :
GOOGLE, INC., a corporation;   :
and DOES 1 through 100,        :
inclusive,                     :
                               :
              Defendants.      :


T R A N S C R I P T of the

stenographic notes of LISA FORLANO, CCR, CRR, RMR,

Certified LiveNote Reporter and Notary Public, taken

at the offices of Quinn, Emanuel, Urquhart, Oliver &

Hedges, LLP, 51 Madison Avenue, 22nd Floor, New

York, New York, 10010, on Thursday, July 9, 2009,

commencing at 9:15 a.m.


Job No.: 206682

1  Q    Yeah. Why don't you just read that
2  claim and let me know when you're done.
3  A    I'm done.
4  Q    Okay. Do you know what a
5  non-interactive electronic message is?
6  A    No.
7  Q    Does that phrase have any meaning to
8  you?
9  A    Electronic message, yes, e-mail.
10 Non-interactive, I really don't want to guess as to
11 what I believe it is. I don't know.
12 Q    Okay. You don't know what that means?
13 A    Non-interactive electronic message, no.
14 Q    Do you recall who came up with the name
15 EZ Reader?
16 A    No.
17 Q    Have you ever been a consultant for --
18 let me start over and my apologies if this is
19 something duplicative of what I already read.
20       Have you ever been a consultant for
21 Bright Response, the plaintiff in this case?
22 A    No.
23 Q    Have you ever received any money from
24 them?
25 A    No.

3d32852e-0f57-4981-91d4-8dc9807609c6

1  C E R T I F I C A T I O N
2
3       I, LISA FORLANO, a Certified Realtime
4  Reporter, Certified Shorthand Reporter and
5  Notary Public, do hereby certify that I
6  reported the deposition in the above-captioned
7  matter, that the said witness was duly sworn
8  by me; that the foregoing is a true and
9  correct transcript of the stenographic notes
10 of testimony taken by me in the
11 above-captioned matters.
12      I further certify that I am not an
13 attorney or counsel for any of the parties,
14 not a relative or employee of any attorney or
15 counsel connected with the action, nor
16 financially interested in the action.
17
18      LISA FORLANO, CCR, CRR, RMR
19
20 DATED:   July 21, 2009
21
22
23
24
25