UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC | |
| v. | No. 2:07-cv-371 |
| GOOGLE, INC., ET AL | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, Bright Response, LLC ("Bright Response") moves this court for an order permitting the withdrawal of Debera Hepburn from representation of Bright Response in this action. Bright Response's other counsel remain of record.

Bright Response does not oppose the withdrawal, and the withdrawal of Debera Hepburn will not have a materially adverse affect on Bright Response as it is still represented by competent counsel who are fully capable of representing the interests of Bright Response. Defendants are unopposed to this motion.

Additionally, Bright Response requests that Debera Hepburn no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, Bright Response requests this Court to grant the Motion to Withdraw.

February 26, 2010                                    Respectfully submitted,

                                                              Bright Response, LLC

                                                              By: /s/ *Debera W. Hepburn*
                                                              Debera W. Hepburn
                                                              Texas State Bar No. 24049568
                                                              Hepburn Law Firm PLLC
                                                              P.O. Box 118218
                                                              Carrollton, Texas 75011
                                                              Telephone: 214/403-4882
                                                              Facsimile: 888/205-8791
                                                              E-mail: dhepburn@heplaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                              /s/     *Debera W. Hepburn*
Dated: February 26, 2010                                              Debera W. Hepburn

## **CERTIFICATE OF CONFERENCE**

     The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

Dated: February 26, 2010
                                                              /s/     *Debera W. Hepburn*
                                                                  Debera W. Hepburn