# EXHIBIT 10

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. CV 04-9484 AHM (SHx)

PERFECT 10, INC., a California:  VIDEOTAPED
corporation,                  :  DEPOSITION
                              :       OF
                              :ROSANNA PICCOLO
                              :
          vs.                 :
                              :
                              :
GOOGLE, INC., a corporation;  :
and DOES 1 through 100,       :
inclusive,                    :
                              :
          Defendants.  :


T R A N S C R I P T of the

stenographic notes of LISA FORLANO, CCR, CRR, RMR,

Certified LiveNote Reporter and Notary Public, taken

at the offices of Quinn, Emanuel, Urquhart, Oliver &

Hedges, LLP, 51 Madison Avenue, 22nd Floor, New

York, New York, 10010, on Thursday, July 9, 2009,

commencing at 9:15 a.m.


Job No.: 206682

1      Q      Yeah.  Why don't you just read that
2  claim and let me know when you're done.
3      A      I'm done.
4      Q      Okay.  Do you know what a
5  non-interactive electronic message is?
6      A      No.
7      Q      Does that phrase have any meaning to
8  you?
9      A      Electronic message, yes, e-mail.
10 Non-interactive, I really don't want to guess as to
11 what I believe it is.  I don't know.
12     Q      Okay.  You don't know what that means?
13     A      Non-interactive electronic message, no.
14     Q      Do you recall who came up with the name
15 EZ Reader?
16     A      No.
17     Q      Have you ever been a consultant for --
18 let me start over and my apologies if this is
19 something duplicative of what I already read.
20            Have you ever been a consultant for
21 Bright Response, the plaintiff in this case?
22     A      No.
23     Q      Have you ever received any money from
24 them?
25     A      No.

3d32852e-0f57-4981-91d4-8dc9807609c6

C E R T I F I C A T I O N

      I, LISA FORLANO, a Certified Realtime
Reporter, Certified Shorthand Reporter and
Notary Public, do hereby certify that I
reported the deposition in the above-captioned
matter, that the said witness was duly sworn
by me; that the foregoing is a true and
correct transcript of the stenographic notes
of testimony taken by me in the
above-captioned matters.

      I further certify that I am not an
attorney or counsel for any of the parties,
not a relative or employee of any attorney or
counsel connected with the action, nor
financially interested in the action.


      LISA FORLANO, CCR, CRR, RMR

DATED:   July 21, 2009

3d32852e-0f57-4981-91d4-8dc9807609c6