## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-CE |
| § | |
| GOOGLE INC., YAHOO!, INC., AOL LLC, § | |
| and AMERICA ONLINE, INC., § | |
| § | |
| Defendants. § | |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS AS TO YAHOO!, INC.

Defendant Yahoo! Inc. ("Yahoo") files this Unopposed Motion to Extend Time to File a Response to Plaintiff's Motion for Leave to Supplement Infringement Contentions as to Yahoo!, Inc. and would respectfully show the Court the following:

The current deadline to file a response is March 1, 2010. Yahoo has conferred with counsel for Plaintiff and Plaintiff does not oppose an extension of time for Yahoo to file a response through and including March 4, 2010.

WHEREFORE, PREMISES CONSIDERED, Yahoo asks this Court to enter an Order extending the due date for Yahoo's response until March 4, 2010.

Dated: February 26, 2010                    Respectfully submitted,

/s/ Joshua R. Thane
Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Jennifer H. Doan
Joshua R. Thane
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, Texas 75503
Tel: 903.255.1002
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

*Attorneys for Defendant Yahoo! Inc*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 26th day of February, 2010.

/s/ Joshua R. Thane
Joshua R. Thane