## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-cv-371-CE |
| GOOGLE INC., YAHOO!, INC., AOL LLC, and AMERICA ONLINE, INC., | § § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendant Yahoo!, Inc.'s Unopposed Motion to Extend Time to File a Response to Plaintiff's Motion for Leave to Supplement Infringement Contentions as to Yahoo!, Inc.. The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that Defendant Yahoo!, Inc. has until March 4, 2010 to file a response to Plaintiff's motion for leave to supplement infringement contentions.

SO ORDERED.

**Order** **- Solo Page**