# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-CE |
| § | |
| GOOGLE INC., YAHOO!, INC., AOL LLC, § | |
| and AMERICA ONLINE, INC., § | |
| § | |
| Defendants. § | |

## **ORDER**

Before the Court is Defendant Yahoo!, Inc.'s Unopposed Motion to Extend Time to File a Response to Plaintiff's Motion for Leave to Supplement Infringement Contentions as to Yahoo!, Inc.. The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that Defendant Yahoo!, Inc. has until March 4, 2010 to file a response to Plaintiff's motion for leave to supplement infringement contentions.

SO ORDERED.

SIGNED this 1st day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE