UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC | |
| v. | No. 2:07-cv-371 |
| GOOGLE, INC., ET AL | JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Attorney of Debera Hepburn, attorney of record for Bright Response, LLC, and it appearing that such Motion should be GRANTED

IT IS, THEREFORE, ORDERED, that such Motion be, and the same is hereby, GRANTED.

SIGNED this 1st day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE