## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-CE |
| § | |
| GOOGLE INC., YAHOO!, INC., AOL LLC, § | |
| and AMERICA ONLINE, INC., § | |
| § | |
| Defendants. § | |

### **ORDER**

Before the Court is Defendant Yahoo!, Inc.'s Unopposed Motion to Extend Time to File a Response to Plaintiff's Motion for Leave to Supplement Infringement Contentions as to Yahoo!, Inc..  The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED.  It is therefore

ORDERED that Defendant Yahoo!, Inc. has until March 5, 2010 to file a response to Plaintiff's motion for leave to supplement infringement contentions.

SO ORDERED.

**Order**  **- Solo Page**