# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07CV371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

## Hotline Hearing Minutes
## March 15, 2010

**OPEN: 1:28 p.m.**                                                          **ADJOURN: 1:45 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Adam Hoffman |
| ATTORNEYS FOR DEFENDANTS: | Jennifer Ainsworth |
| | David Perlson |
| LAW CLERK: | Jim Warriner |
| COURTROOM DEPUTY: | Jan Lockhart |

1:28 p.m. Court opened. The attorneys announced ready.

Mr. Perlson indicated that the parties were having a dispute with respect to objections by counsel for the Defendant to deposition questions posed by Plaintiff's counsel to Google's Deputy General Counsel, Michelle Lee. Mr. Perlson presented argument on behalf of Google. Mr. Hoffman presented argument on behalf of Plaintiff. The Court sustained the objection.

1:45 p.m. Court adjourned.