IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC,<br>　　Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:07-cv-371-CE<br><br>JURY TRIAL DEMANDED |

**ORDER**

On this date the Court considered Bright Response, LLC's Motion for Leave to Serve Supplemental Infringement Contentions (Dkt. No. 259) as to Defendant Yahoo! Inc.  Having considered the parties' respective positions and arguments regarding the Motion, the Court finds that the Motion should be GRANTED.

SIGNED this 24th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE