IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court is the Unopposed Motion for Leave to Supplement Invalidity Contentions of Defendants Google Inc. and AOL, LLC (collectively "Defendants"). Having considered the Motion, which preserves Plaintiff Bright Response, LLC's right to challenge the sufficiency of the Supplemental Invalidity Contentions under Patent Rule 3-3, the Court finds the Motion to be well taken.

Accordingly, the Court GRANTS Defendants' Unopposed Motion for Leave to Supplement Invalidity Contentions.

SIGNED this 31st day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE