**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC, | §<br>§<br>§ | |
| Plaintiff, | § | |
| v. | §<br>§ | No. 2:07-cv-00371-CE |
| GOOGLE INC., ET AL., | §<br>§ | |
| Defendants. | § | Jury Demanded |

# ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Amend their Invalidity Contentions.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED.  It is therefore

ORDERED that the Defendants are granted leave to serve their Amended Invalidity Contentions.

SO ORDERED.

SIGNED this 1st day of June, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

**SOLO PAGE**