# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC** <br><br> v. <br><br> **GOOGLE INC., et al.** | NO. 2:07-CV-371-CE <br><br> JURY |

## ORDER

On this day the Court considered the motion of Plaintiff Bright Response, LLC ("Bright Response") in which Bright Response seeks leave to supplement its infringement contentions ("Motion") as to Yahoo! Inc. ("Yahoo"), as set forth in a stipulation entered into between Bright Response and Yahoo as of July 1, 2010, specifically, that Bright Response may assert claims 28, 30, 31, 33 and 38 of the '947 patent against Yahoo. Yahoo is unopposed to this Motion. Having considered the Motion, the Court finds that that the Motion should be granted.

It is hereby ORDERED that the Court grants Bright Response leave to supplement its infringement contentions as set forth in the above-referenced stipulation.

SIGNED this 6th day of July, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE