IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE, LLC**<br><br>v.<br><br>**GOOGLE INC., et al.** | NO. 2:07-CV-371-CE<br><br>JURY |

### ORDER

On this day the Court considered the motion of Plaintiff Bright Response, LLC ("Bright Response") in which Bright Response seeks leave to supplement its infringement contentions ("Motion") as to Google Inc. ("Google"), as set forth in a stipulation entered into between Bright Response and Google as of July 1, 2010 (Dkt. No. 397).  Specifically, Bright Response will limit the asserted claims to claims 28, 30, 31, 33 and 38 of the '947 patent against Google, and Bright Response therefore seeks leave to supplement its infringement contentions solely to amend the cover pleading to assert claims 28, 30, 31, 33 and 38 of the '947 patent against Google.  Google is unopposed to this Motion.  Having considered the Motion, the Court finds that that the Motion should be granted.

It is hereby ORDERED that the Court grants Bright Response leave to supplement its infringement contentions as set forth in the above-referenced stipulation—to amend the cover pleading to assert claims 28, 30, 31, 33 and 38 of the '947 patent against Google.

SIGNED this 9th day of July, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE