IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>　　　Defendants. | §<br>§<br>§<br>§　Civil Action No. 2:07-cv-371-ce<br>§<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the unopposed motion for dismissal of all claims and counterclaims asserted between Plaintiff and AOL in this action, the motion is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendants America Online, Inc. and AOL, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 3rd day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE