**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

---

**Jury Trial Day Two Minutes**
**August 3, 2010**

**OPEN: 8:30 a.m.**                                                  **ADJOURN: 5:22 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Spangler |
| | Marc Fenster |
| | David Pridham |
| | Alex Giza |
| | John Hueston |
| | |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Amy Candido |
| | David Perlson |
| | William Rooklidge |
| | Jason White |
| | |
| LAW CLERK: | Jim Warriner |
| | Eric Hansen |
| | |
| COURT REPORTER: | Judy Werlinger, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:30 a.m.   Court opened.   The parties announced ready for hearing.

Mr. Verhoeven continued cross examination of Ms. Rice.

Court recess from 10:05 a.m. to 10:30 a.m.

10:30 a.m. Mr. Verhoeven continued cross examination of Ms. Rice.

11:07 a.m.   Mr. Fenster conducted re-direct examination of Ms. Rice.

11:27 a.m.   Mr. Verhoeven requested a moment to visit with co-counsel.   The parties passed the witness.

Page Two
Minutes
August 3, 2010

11:29 a.m.   Mr. Fenster called Dr. Rhyne to testify.   Dr. Rhyne was previously sworn.

11:49 a.m.   Jury excused.

Hearing outside the presence of the jury.

Mr. Fenster indicated that there were remaining issues with respect to demonstratives with Mr. Verhoeven indicated that he had some objections.

The Court will hear the objections at 1:00 p.m.

11:54 a.m.   Court adjourned.

1:00 p.m.   Court hearing outside the presence of the jury.

1:09 p.m.   Court adjourned.

1:20 p.m. Jury returned to courtroom.   Court reconvened.   Mr. Fenster continued his direct examination of Dr. Rhyne.

1:26 p.m.   Bench conference

1:27 p.m.   Mr. Fenster continued his examination of Dr. Rhyne.

1:42 p.m.   Bench conference.

1:44 p.m. Court gave instruction to jury regarding electronic message.   Mr. Fenster continued his examination of Dr. Rhyne.

3:01 p.m.   Jury excused for afternoon recess.

3:02 p.m.   Hearing outside the presence of the jury.

3:04 p.m.   Court break.

3:25 p.m.   Court reconvened.   Jury returned to courtroom.

3:26 p.m.   Mr. Fenster continued his examination of Dr. Rhyne.

4:27 p.m.   Bench conference.   Mr. Fenster continued his examination of Dr. Rhyne.

4:55 p.m.   Bench conference.

Page Three
Minutes
August 3, 2010


4:57 p.m.   Mr. Fenster continued his examination of Dr. Rhyne.

5:16 p.m.   Jury excused.

5:18 p.m.   Hearing outside the presence of the jury.

5:25 p.m.   Court adjourned.