## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

---

**Jury Trial Day Three Minutes**
**August 4, 2010**

**OPEN: 8:37 a.m.**                                    **ADJOURN: 5:36 p.m.**

---

ATTORNEYS FOR PLAINTIFF:              Andrew Spangler
                                      Marc Fenster
                                      David Pridham
                                      Alex Giza
                                      John Hueston

ATTORNEYS FOR DEFENDANTS:             Charles Verhoeven
                                      Amy Candido
                                      David Perlson
                                      William Rooklidge
                                      Jason White

LAW CLERK:                            Jim Warriner
                                      Eric Hansen

COURT REPORTER:                       Judy Werlinger, CSR

COURTROOM DEPUTY:                     Jan Lockhart


8:37 a.m.   Court opened.   The parties announced ready for hearing.

8:39 a.m.   Mr. Fenster continued his direct examination of Dr. Rhyne.

10:14 a.m. Jury excused for morning break. Hearing outside the presence of jury regarding objection by counsel for Google.

10:20 a.m.   Court recess.

10:39 a.m.   Court reconvened.   Mr. Fenster continued his direct examination of Dr. Rhyne.

10:51 a.m.   Mr. Verhoeven conducted cross examination of Dr. Rhyne.

Minutes
August 4, 2010
Page Two

11:59 a.m.   Lunch recess.

1:20 p.m. Court reconvened.   Mr. Verhoeven continued his cross examination of Dr. Rhyne.

1:24 p.m. Mr. Rooklidge conducted further cross examination of Dr. Rhyne.

2:15 p.m.   Mr. Fenster conducted re-direct examination of Dr. Rhyne.

2:30 p.m.   Mr. Rooklidge conducted re-cross examination of Dr. Rhyne.   The parties passed the witness.

2:31 p.m.   Mr. Hueston called Dr. Stephen Becker to testify.   Dr. Becker was sworn and examined under oath.

3:22 p.m.   Jury excused for afternoon break.

3:23 p.m.   Court will give time used to counsel after the break.

3:43 p.m.   Mr. Hueston continued direct examination of Dr. Becker continued.

4:47 p.m.   Due to nature of testimony spectators asked to leave courtroom

4:49 p.m.   Mr. Hueston continued his examination of Dr. Becker.

5:02 p.m.   Mr. Verhoeven conducted cross examination of Dr. Becker.

5:36 p.m.   Court adjourned.