**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

---

**Jury Trial Day Four Minutes**
**August 5, 2010**

**OPEN: 8:36 a.m.**                                          **ADJOURN: 6:51 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Spangler |
| | Marc Fenster |
| | David Pridham |
| | Alex Giza |
| | John Hueston |
| | |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Amy Candido |
| | David Perlson |
| | William Rooklidge |
| | Jason White |
| | Brian Smith |
| | |
| LAW CLERK: | Jim Warriner |
| | Eric Hansen |
| | |
| COURT REPORTER: | Judy Werlinger, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:36 a.m.   Court opened.   Mr. Verhoeven conducted cross examination of Dr. Becker.

9:01 a.m.   Mr. Rooklidge conducted further cross examination of Dr. Becker.

9:38 a.m.   Mr. Houston conducted re-direct examination of Dr. Becker.

10:11 a.m.   Morning recess.   Jury excused.

10:32 a.m.   Mr. Verhoeven conducted re-cross examination   of Dr. Becker.

10:38 a.m. Video depositions shown by Plaintiff of Witness Yeh and Croxall.

Minutes
August 5, 2010
Page Two


10:44 a.m.   Video depositions shown by Defendant of Witness Yeh and Croxall.

10:49 a.m.   Mr. Houston called Mr. Sheafe to testify.   Mr. Sheafe was previously sworn.

11:18 a.m.   Ms. Doan conducted cross examination of Mr. Sheafe.

11:59 a.m.   Jury excused for lunch break.

12:00 p.m.   Hearing outside the presence of the jury regarding violations of court rulings on motions in limine.

12:03 p.m.   Lunch recess until 1:10 p.m.

1:01 p.m. Hearing outside the presence of the jury regarding court's ruling on violations on motions in limine.

1:09 p.m.   Court break

1:15 p.m. Jury returned to courtroom.

1:16 p.m.   Mr. Houston conducted re-direct examination of Mr. Sheafe.

1:17 p.m.   The parties passed the witness.   The Plaintiff

1:18 p.m.   Mr. Verhoeven called Jeff Huber to testify.   Mr. Huber was sworn and examined under oath.

1:52 p.m.   Mr. Fenster conducted cross examination of Mr. Huber.

2:02 p.m.   The parties passed the witness. Next, Mr. Perlson called Bartholomew Furrow to testify. Mr. Furrow was sworn and examined under oath.

2:32 p.m.   Mr. Fenster conducted cross examination of Mr. Furrow.

2:48 p.m.   Mr. Perlson conducted re-direct examination of Mr. Furrow.

2:52 p.m.   Mr. Fenster stated he had no further questions.

2:53 p.m.   Mr. Perlson called Ed Fox to testify.   Mr. Fox was previously sworn and was examined under oath.
Minutes

August 5, 2010
Page Three

3:02 p.m.   Jury excused until 3:25 p.m.

3:03 p.m.   Hearing outside the presence of the jury.  Court admitted exhibits pertaining to Williams documents and gave instructions with respect to their use.

3:06 p.m.   Court recess.

3:30 p.m.   Mr. Perlson continued his direct examination of Dr. Fox.

3:57 p.m.   Bench conference

3:59 p.m.   Mr. Perlson continued his examination of Dr. Fox.

4:25 p.m.   Mr. Perlson passed the witness.

4:26 p.m.   Mr. Fenster conducted cross examination of Dr. Fox.

4:30 p.m.   Bench conference.

4:33 p.m.   Mr. Fenster continued cross examination of Dr. Fox.

4:34 p.m.   Bench conference.

4:36 p.m.   Jury excused.   Hearing outside the presence of the jury regarding electronic message.

4:47 p.m.   Jury returned to courtroom.   Mr. Fenster continued his examination of Dr. Fox.

5:10 p.m.   Ms. Doan called Keith Nielson to testify.   Mr. Nielson was previously sworn and was examined under oath.

5:29 p.m.   Ms. Doan passed the witness.

5:30 p.m.   The Court gave the jury instructions regarding deliberations.   The jury left the courtroom.

5:32 p.m.   The Court heard Judgments as a Matter of Law (JMOL).   Mr. Perlson argued on behalf of Google.     The Court responded.

5:49 p.m.   Ms. Candido presented JMOL on behalf of Google as to damages.   The Court responded.

Minutes
August 5, 2010
Page Four


6:00 p.m.   Mr. White presented JMOL on behalf of Yahoo!.   The Court responded.

6:50 p.m. Court adjourned.