**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

---

**Jury Trial Day Five Minutes
August 6, 2010**

**OPEN: 8:35 a.m.**                                    **ADJOURN: 4:54 p.m.**

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Spangler |
| | Marc Fenster |
| | David Pridham |
| | Alex Giza |
| | John Hueston |
| | |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Amy Candido |
| | David Perlson |
| | William Rooklidge |
| | Jason White |
| | Brian Smith |
| | |
| LAW CLERK: | Jim Warriner |
| | Eric Hansen |
| | |
| COURT REPORTER: | Judy Werlinger, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:35 a.m.  Court opened.  The parties announced ready for hearing.  Mr. Nilsson returned to the witness stand.  Counsel for the parties stated there were no further questions for Mr. Nilsson.  Mr. Nilsson was excused.

8:36 a.m.  Ms. Doan called David Kolm to testify.  Mr. Kolm was previously sworn and was examined under oath.

8:53 a.m. Mr. Giza conducted cross examination of Mr. Kolm.

9:03 a.m. Re-direct examination by Ms. Doan of Mr. Kolm.

Page 2
Minutes
August 6, 2010

9:04 a.m.  The parties' passed the witness.  Mr. Kolm was excused.

9:05 a.m.   Mr. Rooklidge called James Allan to testify.   Mr. Allan was previously sworn and examined under oath.

9:25 a.m.. Mr. Fenster conducted cross examination of Mr. Allan.

9:26 a.m.  Bench conference.

9:28 a.m.  Mr. Fenster continued his examination of Dr. Allan.

9:50 a.m.  Mr. Rooklidge conducted re-direct examination of Dr. Allan.

9:53 a.m.  The parties passed the witness.

9:54 a.m.  Mr. Perlson called James Charles Williams was called to testify.

9:55 a.m.  Bench conference.  Court excused jury until 10:20 a.m.   Mr. Williams was excused from the courtroom.  Hearing outside the presence of the jury regarding witness order.

9:59 a.m.  Court adjourned for morning break.

10:21 a.m.  Jury returned to courtroom.  Court reconvened.

10:22 a.m.  Mr. Perlson called Luther Carl Branting to testify.  Mr. Branting was sworn and examined under oath.

11:02 a.m.  Mr. Fenster conducted cross examination of Mr. Branting.

11:07 a.m.  Mr. Perlson called Mr. James Charles Williams to testify.  Mr. Williams was sworn.  A bench conference was held.

11:10 a.m.  Mr. Perlson conducted direct examination of Mr. Williams.

11:30 a.m. Mr. Fenster conducted cross examination of Mr. Williams.

11:54 a.m.  Mr. Perlson conducted re-direct examination of Mr. Williams.

11:58 a.m.  Mr. Fenster conducted re-cross examination of Mr. Williams.

Page 3
Minutes
August 6, 2010


11:59 a.m.  The parties passed the witness. The witness was excused

12:00 p.m.  Jury excused for lunch recess.  Court adjourned.

1:17 p.m.  Court reconvened.  Ms. Doan called Rosanna Piccolo by video deposition.

1:31 p.m.  Ms. Doan and Mr. Thane next presented oral deposition testimony of Anthony Angotti.

1:38 p.m.  Ms. Doan next presented Phil Khlar by video deposition.

1:49 p.m.  Ms. Candido called William Christopher Bakewell to testify.  Mr. Bakewell was sworn and examined under oath.

2:26 p.m. Mr. Hueston presented cross examination of Mr. Bakewell
2:37 p.m.  Bench conference.

2:38 p.m.  Mr. Hueston continued his examination of Dr. Bakewell.

2:39 p.m.  Ms. Candido conducted re-cross examination of Dr. Bakewell.

2:44 p.m.  Mr. Rooklidge called Mary Woodford to testify.  Ms. Woodford was previously sworn and examined under oath.

3:02 p.m. Court recess until 3:25 p.m.

3:26 p.m. Court reconvened.  Mr. Rooklidge continued his examination of Ms. Woodward.

3:30 p.m.  Mr. Hueston conducted cross examination of Ms. Woodward.

3:34 p.m.  Mr. Rooklidge conducted re-direct examination of Ms. Woodward.

3:35 p.m.  Defendants rests. Bench conference held.

3:38 p.m. Court instruction to jury re rebuttal case.

3:39 p.m.  Mr. Spangler presented Fred Cohen by deposition..

3:40 p.m.  Mr. Hueston called Dr. Becker to testify.  Dr. Becker was previously sworn.

3:44 p.m.  Mr. Verhoeven conducted cross examination of Dr. Becker.

Page 4
Minutes
August 6, 2010

3:48 p.m. Mr. Hueston conducted re-direct examination of Dr. Becker.

3:49 p.m.  Mr. Rooklidge conducted cross examination of Dr. Becker.

3:50 p.m.  Mr. Hueston conducted further re-direct examination of Dr. Becker.

3:51 p.m.  Mr. Fenster called Dr. Rhyne to testify.

3:56 p.m.  Bench conference.

3:57 p.m.  Mr. Fenster continued his examination of Dr. Rhyne.

4;12 p.m.  Mr. Verhoeven conducted cross examination of Dr. Rhyne.

4:15 p.m.  Bench conference.

4:17 p.m.  Mr. Verhoeven continued his cross examination of Dr. Rhyne.

4:27 p.m.  Bench conference.

4:28 p.m.  Mr. Verhoeven continued his examination of Dr. Rhyne.

4:29 p.m.  Mr. Rooklidge conducted cross examination of Dr. Rhyne.

4:36 p.m.  Bench conference

4:37 p.m.  Mr. Fenster conducted re-direct examination of Dr. Rhyne.

4:42 p.m.  Mr. Verhoeven conducted re-cross examination of Dr. Rhyne.

4:43 p.m.  Mr. Rooklidge conducted further re-cross examination of Dr. Rhyne.

4:54 p.m.  Court adjourned.