# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

BRIGHT RESPONSE LLC § 
§
VS. § CASE NO. 2:07-CV-371(CE)
§
GOOGLE, INC., ET AL. §

## Jury Trial Day Six Minutes
## August 7, 2010

**OPEN: 8:00 a.m.**            **ADJOURN: 12:15 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Spangler |
| | Marc Fenster |
| | David Pridham |
| | Alex Giza |
| | John Hueston |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Amy Candido |
| | David Perlson |
| | William Rooklidge |
| | Jason White |
| | Brian Smith |
| LAW CLERK: | Jim Warriner |
| | Eric Hansen |
| COURT REPORTER: | Judy Werlinger, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

8:00 a.m. Court opened. Hearing outside the presence of the jury regarding Judgments as a Matter of Law and the Court's Instructions to the Jury.

Mr. Spangler, Mr. Pridham and Mr. Fenster presented argument/objections on behalf of Plaintiff. Mr. Smith and Ms. Candido presented argument/objections on behalf of Defendants.

8:35 a.m. Court adjourned.

Page 2
Minutes
August 7, 2010

9:06 a.m.  Court opened for the purpose of closing arguments.  Mr. Fenster and Mr. Hueston presented closing argument on behalf of Plaintiff.  Mr. Verhoeven and Mr. Rooklidge presented closing argument on behalf of Defendants.

Court gave its final instructions to the jury.

The jury retired to the jury room for deliberations.

12:10 p.m.  Received Note from Jury.  Jury request to return to deliberate on Monday, August 9, 2010 at 8:30 a.m..  Court final instructions to jury.

12:15 p.m.  Court adjourned.