# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE LLC | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-371(CE) |
| | § | |
| GOOGLE, INC., ET AL. | § | |

**Jury Trial Day Seven  Minutes**
**August 9, 2010**

**OPEN: 10:25 a.m.**                                                              **ADJOURN: 1:29 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrew Spangler |
| | Marc Fenster |
| | David Pridham |
| | Alex Giza |
| | John Hueston |
| | |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Amy Candido |
| | David Perlson |
| | William Rooklidge |
| | Jason White |
| | Brian Smith |
| | |
| LAW CLERK: | Jim Warriner |
| | Eric Hansen |
| | |
| COURT REPORTER: | Susan Simmons, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

10:21 a.m.   Court opened.  Jury Note No. 2 received.  Hearing outside the presence of the jury regarding note.  No objections to instructions to be given to jury.  Jury returned to Courtroom.

10:31 a.m. Court gave instruction to jury.  Jury returned to jury room for deliberations.  Court adjourned.

12:10 p.m.  Note received from jury regarding lunch recess.

1:23 p.m.  Court received a note from the jury stating that the jury had reached a verdict.  Court opened.  Judge Ward read the verdict into the record.  The Court asked the jurors to stand if the

Page 2
Minutes
August 7, 2010


Verdict accurately reflected their verdict.  It was noted that all ten jurors stood.  Judge Ward gave final instructions and released the Jury.

1:29 p.m Court adourned.