# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371-CE |
| § | |
| GOOGLE INC., YAHOO!, INC., AOL LLC, § | |
| and AMERICA ONLINE, INC., § | |
| § | |
| Defendants. § | |

## NOTICE OF AMENDED FINAL TRIAL EXHIBIT LIST

Defendants hereby provide notice of the filing of an amended final trial exhibit list. The amended trial exhibit list, which is attached hereto as Exhibit A, reflects only Defendants' exhibits that were admitted at trial.

.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Jason C. White
Mansi Shah
Scott Sherwin
HOWREY LLP
321 N. Clark, Suite 3400

**DEFENDANTS' NOTICE OF AMENDED FINAL TRIAL EXHIBIT LIST - Page 1**

Chicago, IL 60654
Tel:  312.595.1239
Fax:  312.595.2250
Email:  whitej@howrey.com
Email:  shahm@howrey.com
Email:  sherwins@howrey.com

William C. Rooklidge
HOWREY, LLP
4 Park Plaza, Suite 1700
Irvine CA 92614-2559
Telephone: (949) 721-6900
rooklidgew@howrey.com

**ATTORNEYS FOR YAHOO!, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of August, 2010.


/s/ Jennifer H. Doan
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

Counsel for Defendants informed counsel for Plaintiff of this amendment and the reasoning for such amendment.  Counsel for Plaintiff was provided a copy of the amended trial exhibit list prior to the filing of this notice.


/s/Josh Thane
Josh Thane

**DEFENDANTS' NOTICE OF AMENDED FINAL TRIAL EXHIBIT LIST - Page 2**