UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRIGHT RESPONSE, LLC<br>F/K/A POLARIS IP, LLC<br><br>v.<br><br>GOOGLE INC., et al. | Case No. CV 2:07-CV-371-TJW-CE<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to the agreement between Plaintiff and Google Inc., the Court orders as follows: Plaintiffs' Complaint with respect to Google Inc. is dismissed with prejudice, and without costs to either party. Google's counterclaims with respect to Bright Response are similarly dismissed.

Stipulated to by:

 /s/ Marc Fenster                               /s/ David A. Perlson

Attorneys for Plaintiffs                Attorneys for Defendant Google, Inc.

    SIGNED this 21st day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE