IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT RESPONSE, LLC | § | |
| Vs. | § | CIVIL ACTION NO. 2:07CV371 |
| GOOGLE INC., ET AL. | § | |

## ORDER

Yahoo!'s motion to declare exceptional case and for attorneys fees and costs pursuant to 35 U.S.C. § 285 (#678) is denied.  The court has carefully reviewed the briefs and the applicable law and is not persuaded that this case justifies a declaration of exceptional case status pursuant to 35 U.S.C. § 285.

SIGNED this 14th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE