UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT RESPONSE LLC** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-cv-371 |
| § | |
| **GOOGLE INC., YAHOO!, INC.,** § | |
| **AOL LLC, and AMERICA ONLINE, INC.,** § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

On August 27, 2010, this Court rendered Judgment in this case pursuant to Federal Rule of Civil Procedure 54(b) on the claims tried before the jury. (Dkt. No. 634).

The remaining claim for inequitable conduct was tried to this Court on August 8, 2011. Thereafter, this Court entered its findings pursuant to Federal Rule of Civil Procedure 52 by Order dated August 17, 2011. (Dkt. No. 713).

Accordingly, this Court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58. It is therefore

ORDERED, ADJUDGED AND DECREED that Yahoo!'s claim for inequitable conduct is DENIED and that Yahoo! take nothing by way of its inequitable conduct claim.

**SIGNED this 16th day of October, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE